**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hannah Solar, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3431264** |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1311 Collier Road NW** **Atlanta, GA 30318** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fulton** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Hannah Solar, LLC**                                             Case number (*if known*)
        Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

Debtor     **Hannah Solar, LLC**                                          Case number (*if known*) _____
_____ Name

---

**11. Why is the case filed in this district?**     *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name     _____
       Phone            _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Hannah Solar, LLC**                                          Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 15, 2019**
               MM / DD / YYYY

**X** **/s/ Peter H. Marte**                                   **Peter H. Marte**
   Signature of authorized representative of debtor            Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Michael D Robl**                          Date    **May 15, 2019**
   Signature of attorney for debtor                            MM / DD / YYYY

**Michael D Robl 610905 . Garrett A. Nail 997924 Garner Portnoy & Nail LLC**
Printed name

**Robl Law Group LLC**
Firm name

**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
Number, Street, City, State & ZIP Code

Contact phone    **404-373-5153**       Email address    **michael@roblgroup.com**

**610905 GA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hannah Solar, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlanta Electrical Distributor 1770 Breckinridge Pkwy Duluth, GA 30096** | | **Trade debt** | | | | **$238,204.00** |
| **Atlanta Electrical Distributor 1770 Breckinridge Pkwy Duluth, GA 30096** | | **AED 3477 (Shop Acct)** | | | | **$185,302.83** |
| **Cooperative Energy PO Box 15849 Hattiesburg, MS 39404** | | | **Subject to Setoff** | | | **$374,736.00** |
| **Cummins c/o Sara Kincaid PO Box 403896 Atlanta, GA 30384** | | **Trade debt** | | | | **$102,706.00** |
| **Diversified Resources (DRI) c/o Greg Tillotson 1241 Prince Perry Rd. Easley, SC 29640** | | **Trade debt** | | | | **$109,065.00** |
| **Funding Circle USA, Inc. PO Box 398383 San Francisco, CA 94139-8383** | | | | | | **$426,803.95** |
| **Gel Funding / SPG Advance 500 7th Avenue, 8th Floor New York, NY 10018** | | | **Disputed** | | | **$442,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

| Debtor | **Hannah Solar, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Georgia Dept. of Sales and Use P.O. BOX 105408 Atlanta, GA 30348-5408** | | | | | | $209,975.06 |
| **Grant Tallon 108 Chriswoodell Drive Savannah, GA 31406** | | | | | | $100,970.58 |
| **Luke Electric c/o Daniel Luke 12 US Highway 19, PO Box 106 Meigs, GA 31765** | | Trade debt | | | | $132,259.54 |
| **NEC Energy Solutions, Inc. 155 Flanders Road Westborough, MA 01581** | | | | | | $137,813.28 |
| **O'Neal Constructors/Interface c/o Becky Rollins 10 Falcon Crest Drive Greenville, SC 29607** | | Trade debt | | | | $361,145.00 |
| **Precision Solar Installation 75 5th Street NW, Suite 2150 Atlanta, GA 30308** | | Trade debt | | | | $165,207.00 |
| **Queen Funding 2221 NE 164 St, Ste 1144 North Miami Beach, FL 33160** | | | Disputed | | | $645,000.00 |
| **RBI Solar Inc. c/o Pat Hudepohl 5513 Vine Street Cincinnati, OH 45217** | | Trade debt | | | | $103,087.00 |
| **SubGallagher Investment Trust PO Box 1830 Midlothian, TX 76065** | | | | | | $825,000.00 |
| **Synovus 3400 Overton Park Drive SE 4th Floor Atlanta, GA 30339** | | | | $803,940.00 | $0.00 | $803,940.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Hannah Solar, LLC**                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Talesun c/o Lauren VanDyke 25 Metro Drive, Suite 228 San Jose, CA 95110** | | **Trade debt** | | | | **$291,286.13** |
| **Tennessee Dept. of Revenue 500 Deaderick Street Nashville, TN 37242** | | | | | | **$126,554.48** |
| **Tesla Energy Products 3500 Deer Creek Road Palo Alto, CA 94304** | | | | | | **$197,904.75** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Georgia

In re    **Hannah Solar, LLC**                                                    Case No.

                                                    Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 15, 2019**                    **/s/ Peter H. Marte**

                                        **Peter H. Marte**/**CEO**
                                        Signer/Title

A-1 Brantley Waste Management
2251 Toleddo Drive
Albany, GA 31705

AAA Freight Inc
11805 S. Central Park Ave
Alsip, IL 60803

Aaron Hill
3805 Brogden Road
Smithfield, NC 27577

Ahern Rentals
1401 Mineral Avenue
Las Vegas, NV 89106

Alabama Dept. of Revenue
50 N Ripley Street
Montgomery, AL 36130

Alan Varnson
3008 Hidden Falls Drive
Buford, GA 30519

Alexander Smith
2591 Piedmont Rd. NE
Apt. 1429
Atlanta, GA 30324

Allen Gibbs
2484 Oldfield Rd NW
Atlanta, GA 30327

AlsoEnergy Inc.
1750 30th St, Ste 1-193
Boulder, CO 80301

```
American Express
PO Box 650448
Dallas, TX 75265


American TeleCenters, Inc.
930 Interstate Ridge Dr. Ste G
Gainesville, GA 30501


Anthony Christopher
95 Melanie Drive
Stockbridge, GA 30281


Anthony Coker
3919 Byrnwyck Place
Atlanta, GA 30319


Argo Surety
PO Box 469011
San Antonio, TX 78246-9011


Arrow North Surveying, LLC
862F South Pleasantburg Drive
Greenville, SC 29607


Atlanta Electrical Distributor
1770 Breckinridge Pkwy
Duluth, GA 30096


Atlanta Fire Extinguisher, INC
PO Box 7830
Atlanta, GA 30357


Ben Browning
786 Colston Rd.
Marietta, GA 30064
```

Benjamin Pass
2002 East Camellia Dr.
Decatur, GA 30032


Bento For Business
PO Box 190608
San Francisco, CA 94119


Blu Site Solutions
2310 Pendley Rd.
Cumming, GA 30041


Boston Gin Company
18475 US Highway 84 E
Boston, GA 31626


Braswell Buildings, LLC
130 Woodmen Rd
Moultrie, GA 31768


Bunnell Lammons Engineering
6004 Ponders Court
Greenville, SC 29615


Can Capital Funding
2015 Vaughn Rd NW
Building 500
Kennesaw, GA 30144


Capital Electric
PO Box 404749
Atlanta, GA 30384-4749


CED- Greentech
PO Box 307260
Gahanna, OH 43230

CG Power Systems USA Inc
One Pauwels Drive
Washington, MO 63090


ChargePoint
Dept LA 24104
Pasadena, CA 91185


Chase
270 Park Avenue
New York, NY 10017


City of Atlanta
Business Tax Division
55 Trinity Ave, Suite 1350


Civic Solar
582 Market Street, Suite 1300
San Francisco, CA 94104


CMIT Solutions
3690 Evonvale Glen
Cumming, GA 30041


Complete Business Solutions
Par Funding
20 N 3rd Street
Philadelphia, PA 19106


Construction Engineering Group
2651 W. Eau Gallie Blvd
Suite A
Melbourne, FL 32935


Cooperative Energy
PO Box 15849
Hattiesburg, MS 39404

Cornerstone Solutions
PO Box 270514
Houston, TX 77277


Corporate Lodging Consultants
P.O. Box 534722
Atlanta, GA 30353-4722


Crawford Concrete, LLC
2761 Bethel Road NE
Conyers, GA 30012


Creative Approach
1080 W. Peachtree St. NW
Atlanta, GA 30309


Creative Solar USA
PO Box 1077
Kennesaw, GA 30156


Cummins
c/o Sara Kincaid
PO Box 403896
Atlanta, GA 30384


Cynthia White
3440 Davis Road
Marietta, GA 30062


Dalton Spires
5211 Griffin Hills Court
Macon, GA 31216


David Bradley Lofton
P.O. Box 305
Dublin, GA 31040

Diversified Resources (DRI)
c/o Greg Tillotson
1241 Prince Perry Rd.
Easley, SC 29640


Dixon Hughes Goodman, LLP
PO Box 602828
Charlotte, NC 28260-2828


Duke Energy
P.O. Box 601297
Charlotte, NC 28260-1297


DW Campbell of Atlanta, Inc.
1921 Howell Mill Road
Atlanta, GA 30318


Economy Electric Supply Co.
1876 Defoor Ave Suite 1
Atlanta, GA 30318


Energy Acuity LLC
1623 Blake Street, Suite 350
Denver, CO 80202


Energy Systems Southeast, LLC
3235 Veterans Circle
Birmingham, AL 35235


Enterprise FM Trust
PO Box 800089
Kansas City, MO 64180-0089


EV-Box North America, Inc
335 Madison Avenue
4th Floor Grand Tech
New York, NY 10017

EX Contractor, LLC
453 Union Street
Spartanburg, SC 29306


Fall Line Commercial Services
PO Box 665
Butler, GA 31006


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


Federal Express
P.O. Box 660481
Dallas, TX 75266-0481


FedEx Freight
Dept CH PO Box 10306
Palatine, IL 60055-0306


Forming and Shoring Solutions
753 Hwy 515
Jasper, GA 30143


Funding Circle
P.O. Box 1719
Portland, OR 97207


Funding Circle USA, Inc.
PO Box 398383
San Francisco, CA 94139-8383


Galarraga Engineering, P.C.
5090 Winding Rose Drive
Suwanee, GA 30024

GDS Associates, Inc.
1850 Parkway Place, Suite 800
Marietta, GA 30067


Gel Funding / SPG Advance
500 7th Avenue, 8th Floor
New York, NY 10018


Georgia Dept. of Sales and Use
P.O. BOX 105408
Atlanta, GA 30348-5408


Gexpro
c/o Billy Braun
PO Box 742833
Atlanta, GA 30374


GMJ SurV, LLC
85 North Drive
Hampton, GA 30228


Grainger
DEPT. 886247561
Palatine, IL 60038-0001


Grant Tallon
108 Chriswoodell Drive
Savannah, GA 31406


Gray Engineering Consultants
132 Pilgrim Rd.
Greenville, SC 29607


Graybar Electric Co., Inc.
P.O. Box 403052
Atlanta, GA 30384-3052

Great Waste and Recycling
6710 Main ST Suite 237
Miami Lakes, FL 33014


Greater Georgia Life
PO Box 645438
Cincinnati, OH 45264


Green Solar Erectors, LLC
1319 Northcutt Cove Road
McMinnville, TN 37110


Greene Solar Power, Inc.
PO Box 1112
Salisbury, NC 28145


GreenSky
PO Box 29429
Atlanta, GA 30359


Greg Kelly
495 Thornwyck Trail
Roswell, GA 30076-3927


Gregory Vierra
113 Geneva St
Dublin, GA 31021


GSBA
5120 Sugarloaf Parkway
Lawrenceville, GA 30043


Hanwha Q Cells America Inc.
300 Spectrum Center Drive
Suite 1250
Irvine, CA 92618

Hany Mehany
105 Red Fern Trail
Simpsonville, SC 29681


Herc Rentals, Inc.
27500 Riverview Center Blvd.
Bonita Springs, FL 34134


Hill Realty (MMG, Inc.)
P.O. Box 1868
Dublin, GA 31040


Holder Electric Supply
PO Box 2368
Greenville, SC 29602


Howard Industries, Inc.
P.O. Box 11407
Birmingham, AL 35246-1132


IBC Construction Corporation
355 Ember Drive
Lavonia, GA 30553


ICM-International Cleaning &
Maint, LLC
P.O. Box 6286
Greenville, SC 29606


Independent Electrical
Contractors, Inc.
4500 Winters Chapel Rd.
Atlanta, GA 30360


Jackie Tallon
108 Chriswoodell Drive
Savannah, GA 31406

James Talley
PO Box 200
Ducktown, TN 37326


Jeff Bos
4195 Skye Trace NE
Roswell, GA 30075


Jinko Solar
c/o David Khuen
595 Market Street, Suite 2200
San Francisco, CA 94105


JMK Landscapes, LLC
15420 Dobson Road
Diberville, MS 39540


Joe Powell & Associates
6775 Meadow Lane
Alpharetta, GA 30005


Joseph D. Waybright
92 Branham Street
Atlanta, GA 30317


K & R Electric Inc
PO Box 6727
Branson, MO 65615


Kelly Curry
2574 Rocky Court
Atlanta, GA 30349


Kia Motors Finance
P.O. Box 660891
Dallas, TX 75266-0891

Krannich Solar
75 Twinbridge Dr. Suite H
Pennsauken, NJ 08110


KSM
P.O. Box 78-1377
Sebastian, FL 32978-1377


Langford & Associates, Inc.
PO Box 240
Shellman, GA 39886


Lintec International
7705 NE Industrial Blvd
Macon, GA 31216


Littlejohn Portable Toilets
P.O. Box 8622
Greenville, SC 29604


Locus Energy, Inc.
PO Box 419298
Boston, MA 02241-9298


Lucas Tax & Energy Consulting
PO Box 34685
Charlotte, NC 28234-4685


Luke Electric
c/o Daniel Luke
12 US Highway 19, PO Box 106
Meigs, GA 31765


Maddox Industrial Transformer
201 B West Butler Rd
Mauldin, SC 29662

Madewell Construction, LLC
25 Draper Street, Unit 202
Cedarville, WV 26611


Mark Cann
753 Grace Valley Road
Inman, SC 29349


Matt Johnson
1053 Verdi Way
Clarkston, GA 30021


Maxim Crane Works L.P.
4389 Solutions Center
Chicago, IL 60677-4003


Mayer Electric Supply Company
PO Box 896537
Charlotte, NC 28289


McKinney Drilling Company, LLC
7550 Teague Road, Suite 300
Hanover, MD 21076


Mercer Farms Landscape Service
13 Spring Street
Aragon, GA 30104


Metal Menders, LLC
2 Holly Circle
Greenville, SC 29607


Milner, Inc.
PO Box 923197
Norcross, GA 30010-3917

Mobile Mini
PO Box 740773
Cincinnati, OH 45274-0773


Mobile Tech
1011 Oconoee Crossing Cir
Bogart, GA 30622


Moody & Associates, Inc.
281 Ratliff Street
PO Box 1543
Lucedale, MS 39452


N.F. Smith & Associates, L.P.
5306 Holister Street
Houston, TX 77040


NEC Energy Solutions, Inc.
155 Flanders Road
Westborough, MA 01581


North Carolina Dept of Revenue
PO Box 25000
Raleigh, NC 27640-0500


Nuance Energy Group, Inc.
c/o Bay Business Credit
1407 Oakland Blvd, Suite 102
Walnut Creek, CA 94596


Openstream Design, LLC
6050 Peachtree Parkway
Suite 240-103
Walnut Creek, CA 94596


Orkin
1400 Marietta Blvd NW Ste B
Atlanta, GA 30318-4144

OTT Hydromet Corp.
22400 Davis Dr, Unit 100
Sterling, VA 20164


O'Neal Constructors/Interface
c/o Becky Rollins
10 Falcon Crest Drive
Greenville, SC 29607


Pac Van, Inc.
9155 Harrison Park Court
Indianapolis, IN 46216


Panel Claw, Inc.
1570 Osgood Street
Suite 2023
North Andover, MA 01845


Pascon
211 Two Notch Road
Lexington, SC 29072


Patrick O'Donnell
78 Montgomery Ferry
Atlanta, GA 30309


Peopleready Inc
PO Box 740435
Atlanta, GA 30374-0435


Peter H. Marte
2019 Cambridge Ave
Atlanta, GA 30337


Precision Solar Installation
75 5th Street NW, Suite 2150
Atlanta, GA 30308

Preformed Line Products Co.
PO Box 5160-N
Cleveland, OH 44193


Pursuit Engineering, Inc.
416 Pirkle Ferry Rd
Suite K300
Cumming, GA 30040


Queen Funding
2221 NE 164 St, Ste 1144
North Miami Beach, FL 33160


Quest Financial, LLC
6 Concourse Parkway
Suite 1075


Rackley Davis
1203 Chesterfield Road
North Charleston, SC 29405


Rackspace US, Inc.
PO Box 730759
Dallas, TX 75373-0759


RayTray Solar, LLC
1205 Manhattan Ave, Suite 1210
Brooklyn, NY 11222


RBI Solar Inc.
c/o Pat Hudepohl
5513 Vine Street
Cincinnati, OH 45217


Renergy Insurance LLC
c/o York Risk Services Group
333 City Blvd. W, Suite 1500
Orange, CA 92868

Renusol America Inc.
Box #715013
Cincinnati, OH 45271-5013


Republic Services
P.O. BOX 9001099
Louisville, KY 40290-1099


Resitech Industries, LLC
2150 Boggs Road, Ste 640
Duluth, GA 30096


Richard Turner
134 Elder Rd
Hampton, GA 30228


Roger "Allan" Ricketts
3304 N. Oak Street
Valdosta, GA 31605


RPM General Contractors, Inc.
680 N.E. 26th Court
Pompano Beach, FL 33064


RS Andrews Services Inc
3617-19 Clearview Parkway
Atlanta, GA 30340


Ryan Brenny
317 Waterman Street
Marietta, GA 30060


Ryan Lillehei
1060 Longley Ave NW
Atlanta, GA 30318

Ryder Transportation Services
PO Box 96723
Chicago, IL 60693


Sage Intacct, Inc., Dept 3237
PO Box 123237
Dallas, TX 75312-3237


Silfab
240 Courtneypark Drive East
Mississauga, ON L5T 2Y3
CANADA


SMA America, LLC
Dept. 3314
Carol Stream, IL 60132-3314


Sol Power, LLC
11 Almy St.
Providence, RI 02909


Solar Panel Solutions LLC
231 River Road Estates Road
Greenville, NC 27834


SolarBOS, Inc.
310 Stealth Court
Livermore, CA 94551


Soligent, LLC
1500 Valley House Dr. Ste 210
Rohnert Park, CA 94928


South Carolina Dept of Revenue
Corporate Income Tax Payment
Columbia, SC 29214-0070

Southeastern Steel Inc.
2897 North Druid Hills Rd.
Suite 130
Atlanta, GA 30329


Southway Crane & Rigging
222 New Dunbar Road
Byron, GA 31008


Spartan Global Consulting, LLC
4288 Tacoma Trace
Suwanee, GA 30024


Sprint Wireless
PO Box 4181
Carol Stream, IL 60197-4181


SubGallagher Investment Trust
PO Box 1830
Midlothian, TX 76065


Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384


Sunstate Equipment Co.
P.O. Box 52581
Phoenix, AZ 85072-2581


Supreme Capital Source
11 Orchard Court
Lakewood, NJ 08701


Switch Storage Solutions
2121 Lohmans Crossing Road
Suite 504-431
Austin, TX 78734

Synovus
3400 Overton Park Drive SE
4th Floor
Atlanta, GA 30339


T.E.G Enterprises. Inc
107 Gass Dr. Metro
Business Park
Greeneville, TN 37745


Talesun
c/o Lauren VanDyke
25 Metro Drive, Suite 228
San Jose, CA 95110


Telfair Forest Products, LLC
PO Box 9
Lumber City, GA 31549


Tennessee Dept. of Revenue
500 Deaderick Street
Nashville, TN 37242


Tesla Energy Products
3500 Deer Creek Road
Palo Alto, CA 94304


Thomas & Hutton
PO Box 936164
Atlanta, GA 31193-5300


Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA 30326


Timothy Ferns
5272 Spalding Mill Place
Peachtree Corners, GA 30092

```
Timothy Martin
74 Habersham Circle NE
Cartersville, GA 30121


Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807


Tri County Ready Mix Concrete
P.O. Box 287
Dawson, GA 39842


Triple S Contracting LLC
P.O. Box 1345
Fort Campbell, KY 42223


Triplett Enterprises Inc.
340 Lake Tomacheechee Dr.
Rincon, GA 31326


Unger Electric
PO Box 559
Tucker, GA 30085


Unger Electric
c/o Michael Welch, Esq.
2500 Heritage Court, Ste 200
Atlanta, GA 30339


United Rentals (North America)
PO Box 100711
Atlanta, GA 30384-0711


US Specialty Coatings (USSC)
1000 McFarland 400 Blvd
Alpharetta, GA 30004
```

US Standard Products
PO Box 5509
Englewood, NJ 07631


Vallen
c/o Randy Interholzinger
PO Box 404753
Atlanta, GA 30384


Vector Structural Engineering
651 W Galena Park Blvd Ste 101
Draper, UT 84020


Veris Industries LLC
12345 SW Leveton Dr
Tualatin, OR 97062


Verizon Wireless
PO Box 4001
Acworth, GA 30101


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Virginia Johnston
2870 Strathmoor Road
Smyrna, GA 30080


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Wells Fargo Bank, N.A.
P.O. Box 105710
Atlanta, GA 30348-5710

Wells Fargo Commercial
Distribution Finance, LLC
PO BOX 206740
Dallas, TX 75320-6740


Wesco Receivables Corp
PO Box 530409
Atlanta, GA 30353


Wetlands Preservation, Inc.
47 Newton Road
Plaistow, NH 03865


White Engineering LLC
2436 Muirfield Way
Duluth, GA 30096


William A. Bowersox
4816 Jasmine Ave
Savannah, GA 31404


William H. Elliott
102 Wolf Creek Dr.
Macon, GA 31210


World Electric Supply
2375 Button Gwinnett Dr
Suite 100
Atlanta, GA 30340-3148


World Electric Supply
c/o Gady Zeewy, Esq.
1862 Independence Sq, Ste D
Atlanta, GA 30338


Yingli Solar
100 North 18th St., Suite 1900
Philadelphia, PA 19103

```
ZipTie
Right2Buy
PO Box 6554
Akron, OH 44312


Zivelo, INC
Dept CH 19950
Palatine, IL 60055-9950
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Hannah Solar, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hannah Solar, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 15, 2019**

Date

**/s/ Michael D Robl**

**Michael D Robl 610905 . Garrett A. Nail 997924 Garner Portnoy & Nail LLC**

Signature of Attorney or Litigant

Counsel for   **Hannah Solar, LLC**

**Robl Law Group LLC**
**3754 LaVista Road**
**Suite 250**
**Tucker, GA 30084**
**404-373-5153 Fax:404-537-1761**
**michael@roblgroup.com**