UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>Hannah Solar, LLC,<br><br><br>Debtor. | CHAPTER 11<br><br>Case No. 19-57651-pmb<br><br><br>JUDGE BAISIER |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Southern Power Company on behalf of itself and certain of its affiliates, including Southern Company Services, Inc. (collectively, "**Southern**"), as a creditor and party-in-interest in the above-captioned case, hereby appears by its counsel, Troutman Sanders LLP, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C §§ 101 *et seq.*, requests that all notices given or required and all papers served in this case be delivered to and served upon the attorneys identified below at the following address:

**TROUTMAN SANDERS LLP**
Attn: Harris B. Winsberg, Esq.
Attn: Matthew G. Roberts, Esq.
600 Peachtree St NE, Suite 3000
Atlanta, GA 30308
T: 404.885.3348
F: 404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

**PLEASE TAKE FURTHER NOTICE** that neither this appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive: (1) Southern's right to have final orders in non-core and core matters in which the

39038297

Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court judge; (2) Southern's right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) Southern's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoff, or recoupments to which Southern may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Southern expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above-referenced attorneys be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

Dated:   May 24, 2019

By: /s/ *Harris B. Winsberg*
Harris B. Winsberg, Bar No. 770892
Matthew G. Roberts, Bar No. 367914
TROUTMAN SANDERS LLP
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

Attorneys for Creditor
Southern Power Company

39038297

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to at least the following:

- Austin B. Alexander    aalexander@balch.com, kbarnes@balch.com
- Thomas Perry Clinkscales    tom.clinkscales@alston.com
- Thomas Wayne Dworschak    thomas.w.dworschak@usdoj.gov, lisa.maness@usdoj.gov;ltctommyd@aol.com
- Jonathan Turner Edwards    jonathan.edwards@alston.com
- Walter E. Jones    wjones@balch.com, fednoticesatl@balch.com
- David V. Levy    dlevy@levyzeewy.com
- Garrett A. Nail    gnail@pgnlaw.com
- John K. Rezac    jrezac@taylorenglish.com, twesley@taylorenglish.com
- Michael D. Robl    michael@roblgroup.com

 

                                                */s/ Matthew G. Roberts*
                                                Matthew G. Roberts