**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF GEORGIA (ATLANTA)**

_____

|  |  |  |
|---|---|---|
|  | } | CASE NUMBER |
| IN RE: | } | 19-57651 |
|  | } |  |
| HANNAH SOLAR, LLC | } | JUDGE PAUL BAISIER |
|  | } |  |
| DEBTOR | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY FINANCIAL REPORTS (BUSINESS)

FOR THE PERIOD

FROM _6/1/2019-6/30/2019__

Comes now the above-named debtor and files its Periodic Financial Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Michael D. Robl
_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

1311 Collier Road NW
Atlanta, GA 30318

Attorney's Address
and Phone Number:

3754 Lavista Road, Suite 250
Tucker, GA 30084
404-373-5153
Bar No. 610905

**Schedule Of Receipts And Disbursements**
For The Period Beginning <u>6/01/2019</u> And Ending <u>6/30/2019</u>

**Name of Debtor:** _Hannah Solar LLC_____      **Case Number:** _19-57651-pmb____
**Date of Petition:** ___5/15/2019_____

| | CURRENT MONTH | CUMULATIVE PETITION TO |
|---|---|---|
| **1 FUNDS AT THE BEGINNING OF PERIOD** | 62,822.23 (a) | 140,089.25 (b) |
| **2 RECEIPTS:** | | |
| A. Cash Sales | 0.00 | 0.00 |
| Minus: Cash Refunds | 0.00 | 0.00 |
| Net Cash Sales | 0.00 | 0.00 |
| B. Accounts Receivable | 351,182.85 | 455,526.28 |
| C. Other Receipts (See MOR-3) | 12,806.72 | 13,638.27 |
| **3 TOTAL RECEIPTS (Lines 2A + 2B + 2C)** | 363,989.57 | 469,164.55 |
| **4 TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Li** | 426,811.80 | 609,253.80 |
| | | |
| **5 DISBURSEMENTS** | | |
| A Advertising | | |
| B Bank Charges | 348.98 | 535.98 |
| C Contract Labor | | |
| D Fixed Asset Payments (not incl. in "N") | | |
| E Insurance | 24,015.69 | 24,015.69 |
| F Inventory Payments (See Attach. 2) JOINT CHECKS & PURCHASES | | |
| G Leases | | |
| H Manufacturing Supplies | 140,115.88 | 175,654.62 |
| I Office Supplies | 2,180.89 | 2,254.48 |
| J Payroll - Net  (See Attachment 4B) | 112,628.81 | 250,910.51 |
| K Professional Fees (Accounting & Legal) | 2,227.42 | 2,227.42 |
| L Rent | 1,556.25 | 1,556.25 |
| M Repairs & Maintenance | | |
| N Secured Creditor Payments (See Attach. 2) | 2,680.64 | 2,680.64 |
| O Taxes Paid - Payroll  (See Attachment 4C) | 706.87 | 706.87 |
| P Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q Taxes Paid - Other  (See Attachment 4C) | | |
| R Telephone | 847.60 | 847.60 |
| S Travel & Entertainment | 1,113.84 | 1,925.93 |
| T U.S. Trustee Quarterly Fees | | |
| U Utilities | 2,922.25 | 2,922.25 |
| V Vehicle Expenses | 10,146.60 | 15,462.09 |
| W Other Operating Expenses  (See MOR-3) | 18,744.87 | 20,978.26 |
| **6 TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 320,236.59 | 502,678.59 |
| **7 ENDING BALANCE (Line 4 Minus Line 6)** | 106,575.21 (c) | 106,575.21 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _19_ day of _June__, 2019

_____
(Signature)

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition dat
(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

**Monthly Schedule Of Receipts And Disbursements (cont'd)**

**Detail of Other Receipts & Other Disbursements**

**OTHER RECEIPTS:**

describe Eash Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Beginning Balance | | $         831.55 |
| Vendor Refund - McNaughton | $     2,604.00 | $       3,435.55 |
| Vendor Refund - Fronius | $        150.00 | $       3,585.55 |
| Quickbooks refund for non filing | $        588.61 | $       4,174.16 |
| Account verification - Bento | $            0.06 | $       4,174.22 |
| Account verification - Spotlight Solar | $            0.01 | $       4,174.23 |
| Gel Funding refund | $     9,463.66 | $     13,637.89 |
| Check deposit error | $            0.38 | $     13,638.27 |
| | | |
| TOTAL OTHER RECEIPTS | $   12,806.72 | $     13,638.27 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Beginning Balance | | $         515.87 |
| HR processing | $            9.95 | $         525.82 |
| Business License | $   14,759.29 | $     15,285.11 |
| Check Stock for Opeating account | $        462.11 | $     15,747.22 |
| Sales Call lunches | $          63.76 | $     15,810.98 |
| The Business Journals | $        115.00 | $     15,925.98 |
| Endorsement stamp | $          27.65 | $     15,953.63 |
| IEC of Atlanta | $          95.00 | $     16,048.63 |
| Water for crew in the field | $            6.59 | $     16,055.22 |
| Bento funds transferred but unused | $     2,955.52 | $     19,010.74 |
| Bonds for residential project | $        250 | $     19,260.74 |
| TOTAL OTHER DISBURSEMENTS | $   18,744.87 | $     19,260.74 |

**NOTE:  Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

**ATTACHMENT 1**

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:   __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

| | | |
|---|---|---|
| ACCOUNTS RECEIVABLE AT PETITION DATE: | $ 497,023.00 | |
| Beginning of Month Balance | $ 621,729.00 | (a) |
| PLUS:  Current Month New Billings | $ 324,373.00 | |
| MINUS:  Collection During the Month | $ 351,183.00 | (b) |
| PLUS/MINUS:  Adjustments or Writeoffs | | |
| End of Month Balance | $ 594,919.00 | (c) |

*For any adjustments of Writeoffs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable.)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $    244,265 | $    24,156 | $    129,999 | $    196,499 | $    594,919  (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| *see attached* | | |
| | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only this number will be the balance as of the petition date.

(b) This must equal the number reported in the "current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**

## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer list of payables may be attached provided all information requested below is included.

| Date Incurred *see attached | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL AMOUNT                                          163,970.06 (b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only):

| | |
|---|---|
| Opening Balance (total from prior report) | $63,002.97 (a) |
| PLUS:  New Indebtedness Incurred This Month | $118,631.37 |
| MINUS:  Amount Paid On Post-Petition | |
| Accounts Payable This Month | $17,664.28 |
| PLUS/MINUS:  Adjustments | * |
| Ending Month Balance | $163,970.06 (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.
INVOICES ADDED TO AP AFTER FEB MOR WAS COMPLETED

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| TD Auto Finance | 6/17/2019 | $  1,840.64 | 0 | $        - |
| TD Auto Finance | 6/17/2019 | $    840.00 | 0 | $        - |
|  |  |  |  |  |
|  |  |  |  |  |
| TOTAL |  | $  2,680.64  (d) |  |  |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b,c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (PAGE MOR-2, Line 5N).

ATTACHMENT 3

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

### INVENTORY REPORT

| | |
|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ 421,769.76 |
| INVENTORY RECONCILIATION: | |
|    Inventory Balance at Beginning of Month | $ 304,129.75  (a) |
|     PLUS:  Inventory Purchased During Month | |
|     MINUS:  Inventory Used or Sold | $  41,203.25 |
|    PLUS/MINUS:  Adjustments or Write-downs | * |
|    Inventory on Hand at End of Month | $ 262,926.50 |
| | |
|     METHOD OF COSTING INVENTORY: | LCM |

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

| | **INVENTORY AGING** | | | | |
|---|---|---|---|---|---|
| Less than 6 months old | 6 to 12 months | Greater than 2 years old | Considered Obsolete | | Total Inventory |
| 15% | 85% | % | % = | | 100% * |

*Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                217,645.58 (b)
(Includes Property, Plant, and Equipment)

BRIEF DESCRIPTION (First Report Only): _____

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value Beginning of Month | $ 848,279.00  (a)(b) |
|    MINUS:  Depreciation Expense | $  13,362.00 |
|    PLUS:  New Purchases | $          - |
|    PLUS/MINUS:  Adjustments of Write-downs | $          -  * |
| Ending Monthly Balances | $ 834,917.00 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
        NO CHANGES

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.  Book value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

<u>ATTACHMENT 4A-1</u>

**<u>MONTHLY SUMARY OF BANK ACTIVITY - OPERATING ACCOUNT</u>**

Name of Debtor: __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.   Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | |
|---|---|
| NAME OF BANK: | United Community Bank |
| BRANCH: | 200 Street, Marrietta, GA 30060 |
| ACCOUNT NAME: | Hannah Solar LLC DIP Case #19-57651 |
| ACCOUNT NUMBER: | 2072130731 |
| PURPOSE OF ACCOUNT: | operating account |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | 88,294.79 |
| Plus Total Amount of Outstanding Deposits | $ | - |
| Minus Total Amount of Outstanding Checks and other Debits | $ | 23,311.14 |
| Minus Service Charges | $ | - * |
| Ending Balance per Check Register | $ | 64,983.65 **(a) |

**\*Debit cards are used by:**          no one

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):**  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to PAYROLL Account |
| $ | - | Transferred to TAX Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4A-2

## MONTHLY SUMARY OF BANK ACTIVITY - OPERATING ACCOUNT

<span style="color:red">CLOSED</span>

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__


Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.   Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.


| | |
|---|---|
| NAME OF BANK: | Synovus Bank |
| BRANCH: | 334 East Paces Ferry Rd NE, Atlanta, GA 30305 |
| ACCOUNT NAME: | Hannah Solar LLC |
| ACCOUNT NUMBER: | 1006222176 |
| PURPOSE OF ACCOUNT: | Commercial Operating Account |

|  |  |  |
|---|---|---|
| Ending Bank Balance per Bank Statement | $            - | |
| Plus Total Amount of Outstanding Deposits | $            - | |
| Minus Total Amount of Outstanding Checks and other Debits | $            - | |
| Minus Service Charges | $            - | * |
| Ending Balance per Check Register | $            - | **(a) |


**\*Debit cards are used by:**


**\*\*If Closing Balance is negative, provide explanation**:


**The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):**   ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |


## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $            - | Transferred to PAYROLL Account |
| $            - | Transferred to TAX Account |


(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A-3**

## MONTHLY SUMARY OF BANK ACTIVITY - OPERATING ACCOUNT

<span style="color:red">CLOSED</span>

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__  and ending _6/30/2019__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.   Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK:            Synovus Bank
BRANCH:                        334 East Paces Ferry Rd NE, Atlanta, GA 30305
ACCOUNT NAME:         Worry Free Energy LLC
ACCOUNT NUMBER:     1006222218
PURPOSE OF ACCOUNT:  Commercial Operating Account

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ - | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other Debits | - | |
| Minus Service Charges | - | * |
| Ending Balance per Check Register | - | **(a) |

**\*Debit cards are used by:**

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):**  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $ - | Transferred to PAYROLL Account |
| $ - | Transferred to TAX Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4A-4**

## MONTHLY SUMARY OF BANK ACTIVITY - OPERATING ACCOUNT

<span style="color:red">CLOSED</span>

Name of Debtor:  __Hannah Solar LLC_____
Case Number: 19-57651-pmb
Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.   Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

| | |
|---|---|
| NAME OF BANK: | Century Bank |
| BRANCH: | Cartersville, GA |
| ACCOUNT NAME: | Hannah Solar Operating |
| ACCOUNT NUMBER: | 155489 |
| PURPOSE OF ACCOUNT: | operating account |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $            - | |
| Plus Total Amount of Outstanding Deposits | - | |
| Minus Total Amount of Outstanding Checks and other Debits | - | |
| Minus Service Charges | - | * |
| Ending Balance per Check Register | - | **(a) |

**\*Debit cards are used by:**

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash (does not include items reported as Petty Cash on Attachment 4D):**  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| $            - | Transferred to PAYROLL Account |
| $            - | Transferred to TAX Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5A-1

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   __Hannah Solar LLC_____
Case Number: 19-57651-pmb
Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

NAME OF BANK:          United Community
BRANCH:               200 Street, Marrietta, GA 30060
ACCOUNT NAME:         Hannah Solar LLC
ACCOUNT NUMBER:       2072130731
PURPOSE OF ACCOUNT:    Operating account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | | AMOUNT | STATUS |
|------|------|-------|---------|---|--------|--------|
| | CHECKS | | | | | |
| 6/3/2019 | 2546 | CED - Greentech | Manufacturing Supplies | $ | 4,380.97 | Cleared |
| | 2547 | | | | | |
| | 2548 | | | | | |
| 6/7/2019 | 2549 | Ronaldo Barnett | Payroll | $ | 916.17 | Cleared |
| 6/7/2019 | 2550 | Phillip Caleb | Payroll | $ | 1,281.89 | Cleared |
| 6/7/2019 | 2551 | Matthew Carter | Payroll | $ | 1,129.58 | Cleared |
| 6/7/2019 | 2552 | Jonah I Cassels | Payroll | $ | 179.30 | Cleared |
| 6/7/2019 | 2553 | Anthony Christopher | Payroll | $ | 1,078.06 | Cleared |
| 6/7/2019 | 2554 | Dwayne Cudjoe | Payroll | $ | 534.39 | Cleared |
| 6/7/2019 | 2555 | Martin Duckett | Payroll | $ | 594.25 | Cleared |
| 6/7/2019 | 2556 | Chad Edwards | Payroll | $ | 523.38 | Cleared |
| 6/7/2019 | 2557 | Daniel Emmons | Payroll | $ | 497.66 | Cleared |
| 6/7/2019 | 2558 | Roger Foster | Payroll | $ | 559.50 | Cleared |
| 6/7/2019 | 2559 | Samuel Hendricks | Payroll | $ | 540.72 | Cleared |
| 6/7/2019 | 2560 | Vincent Johnson | Payroll | $ | 279.14 | Cleared |
| 6/7/2019 | 2561 | David Jones | Payroll | $ | 380.69 | Cleared |
| 6/7/2019 | 2562 | Justin Moore | Payroll | $ | 570.38 | Cleared |
| 6/7/2019 | 2563 | Benjamin Pass | Payroll | $ | 593.50 | Cleared |
| 6/7/2019 | 2564 | Brandon Pitchford | Payroll | $ | 489.39 | Cleared |
| 6/7/2019 | 2565 | Marques Pope | Payroll | $ | 571.08 | Cleared |
| 6/7/2019 | 2566 | Tyrone Pope | Payroll | $ | 621.41 | Cleared |
| 6/7/2019 | 2567 | William G pope | Payroll | $ | 470.49 | Cleared |
| 6/7/2019 | 2568 | Zachary Stanley | Payroll | $ | 587.24 | Cleared |
| 6/7/2019 | 2569 | Riley Stephenson | Payroll | $ | 1,031.68 | Cleared |
| 6/7/2019 | 2570 | Michael Thiel | Payroll | $ | 860.60 | Cleared |
| 6/13/2019 | 2571 | James Talley | Payroll | $ | 1,550.26 | Cleared |
| 6/14/2019 | 2572 | Ronaldo Barnett | Payroll | $ | 1,149.33 | Cleared |
| 6/14/2019 | 2573 | Phillip Caleb | Payroll | $ | 1,281.90 | Cleared |
| 6/14/2019 | 2574 | Matthew Carter | Payroll | $ | 786.44 | Cleared |
| 6/14/2019 | 2575 | Jonah I Cassels | Payroll | $ | 265.43 | Cleared |
| 6/14/2019 | 2576 | Anthony K. Christopher | Payroll | $ | 1,048.07 | Cleared |
| 6/14/2019 | 2577 | Dwayne Cudjoe | Payroll | $ | 662.50 | Cleared |
| 6/14/2019 | 2578 | Martin Duckett | Payroll | $ | 987.84 | Cleared |
| 6/14/2019 | 2579 | Chad Edwards | Payroll | $ | 678.70 | Cleared |
| 6/14/2019 | 2580 | Daniel Emmons | Payroll | $ | 451.53 | Cleared |
| 6/14/2019 | 2581 | Roger Foster | Payroll | $ | 321.38 | Cleared |
| 6/14/2019 | 2582 | Desmond Harrison | Payroll | $ | 747.38 | Cleared |
| 6/14/2019 | 2583 | Samuel Hendricks | Payroll | $ | 857.02 | Cleared |
| 6/14/2019 | 2584 | David W Jones | Payroll | $ | 583.75 | Cleared |
| 6/14/2019 | 2585 | Justin Moore | Payroll | $ | 329.70 | Cleared |
| 6/14/2019 | 2586 | Benjamin Pass | Payroll | $ | 574.45 | Cleared |
| 6/14/2019 | 2587 | Brandon Pitchford | Payroll | $ | 564.82 | Cleared |
| 6/14/2019 | 2588 | Marques Pope | Payroll | $ | 925.29 | Cleared |
| 6/14/2019 | 2589 | Tyrone Pope | Payroll | $ | 407.62 | Cleared |
| 6/14/2019 | 2590 | William G pope | Payroll | $ | 402.85 | Cleared |

ATTACHMENT 5A-1

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:   __Hannah Solar LLC_____
Case Number: 19-57651-pmb
Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

NAME OF BANK:            United Community
BRANCH:                  200 Street, Marrietta, GA 30060
ACCOUNT NAME:            Hannah Solar LLC
ACCOUNT NUMBER:          2072130731
PURPOSE OF ACCOUNT:      Operating account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | | AMOUNT | STATUS |
|---|---|---|---|---|---|---|
| 6/14/2019 | 2591 | Zachary Stanley | Payroll | $ | 557.43 | Cleared |
| 6/14/2019 | 2592 | Riley Stephenson | Payroll | $ | 753.78 | Cleared |
| 6/14/2019 | 2593 | Michael Thiel | Payroll | $ | 1,099.44 | Cleared |
| 6/17/2019 | 2594 | William A. Bowersox | Payroll | $ | 1,732.51 | Cleared |
| 6/17/2019 | 2595 | Ryan Brenny | Payroll | $ | 2,629.29 | Cleared |
| 6/17/2019 | 2596 | Ben Browning | Payroll | $ | 3,774.37 | Cleared |
| 6/17/2019 | 2597 | Anthony Coker | Payroll | $ | 4,464.20 | Cleared |
| 6/17/2019 | 2598 | Kelly Curry | Payroll | $ | 1,574.22 | Cleared |
| 6/17/2019 | 2599 | Timothy Ferns | Payroll | $ | 873.97 | Cleared |
| 6/17/2019 | 2600 | LaShawnda Garvin | Payroll | $ | 2,020.09 | Cleared |
| 6/17/2019 | 2601 | Allen Gibbs | Payroll | $ | 2,387.40 | Cleared |
| 6/17/2019 | 2602 | Aaron Hill | Payroll | $ | 1,181.59 | Outstanding |
| 6/17/2019 | 2603 | Virginia W. Johnston | Payroll | $ | 2,692.49 | Cleared |
| 6/17/2019 | 2604 | Ryan Lillehei | Payroll | $ | 1,665.28 | Cleared |
| 6/17/2019 | 2605 | Peter H. Marte | Payroll | $ | 2,973.28 | Cleared |
| 6/17/2019 | 2606 | Erica Mitchell | Payroll | $ | 1,537.86 | Outstanding |
| 6/17/2019 | 2607 | Alexander A. Smith | Payroll | $ | 1,636.50 | Cleared |
| 6/17/2019 | 2608 | James Talley | Payroll | $ | 1,552.84 | Outstanding |
| 6/17/2019 | 2609 | Jackie Tallon | Payroll | $ | 947.97 | Cleared |
| 6/17/2019 | 2610 | Richard Turner | Payroll | $ | 4,352.73 | Cleared |
| 6/17/2019 | 2611 | Alan Varnson | Payroll | $ | 4,233.15 | Cleared |
| 6/17/2019 | 2612 | Gregory Vierra | Payroll | $ | 1,543.65 | Cleared |
| 6/17/2019 | 2613 | Joseph D. Waybright | Payroll | $ | 2,579.00 | Cleared |
| 6/17/2019 | 2614 | Cynthia White | Payroll | $ | 2,162.08 | Cleared |
| 6/18/2019 | 2615 | Verizon Wireless | Monitoring | $ | 2,922.55 | Cleared |
| 6/21/2019 | 2616 | Georgia Farm Bureau | Bond | $ | 100.00 | Outstanding |
| 6/21/2019 | 2617 | Georgia Farm Bureau | Bond | $ | 100.00 | Outstanding |
| 6/21/2019 | 2618 | Alfred Wheeler | Accounting fees | $ | 2,227.42 | Cleared |
| 6/21/2019 | 2619 | Ronaldo Barnett | Payroll | $ | 893.79 | Cleared |
| 6/21/2019 | 2620 | Phillip Caleb | Payroll | $ | 1,281.90 | Cleared |
| 6/21/2019 | 2621 | Matthew Carter | Payroll | $ | 974.13 | Cleared |
| 6/21/2019 | 2622 | Anthony Christopher | Payroll | $ | 1,048.05 | Cleared |
| 6/21/2019 | 2623 | Dwayne Cudjoe | Payroll | $ | 457.43 | Cleared |
| 6/21/2019 | 2624 | Martin Duckett | Payroll | $ | 1,004.25 | Cleared |
| 6/21/2019 | 2625 | Chad Edwards | Payroll | $ | 420.40 | Cleared |
| 6/21/2019 | 2626 | Roger Foster | Payroll | $ | 493.19 | Cleared |
| 6/21/2019 | 2627 | Desmond Harrison | Payroll | $ | 742.64 | Cleared |
| 6/21/2019 | 2628 | Samuel Hendricks | Payroll | $ | 378.68 | Cleared |
| 6/21/2019 | 2629 | Vincent Johnson | Payroll | $ | 417.78 | Cleared |
| 6/21/2019 | 2630 | Justin Moore | Payroll | $ | 222.15 | Outstanding |
| 6/21/2019 | 2631 | Benjamin Pass | Payroll | $ | 477.46 | Cleared |
| 6/21/2019 | 2632 | Brandon Pitchford | Payroll | $ | 510.19 | Outstanding |
| 6/21/2019 | 2633 | Marques Pope | Payroll | $ | 942.16 | Cleared |
| 6/21/2019 | 2634 | Tyrone Pope | Payroll | $ | 863.92 | Cleared |
| 6/21/2019 | 2635 | William G pope | Payroll | $ | 372.37 | Cleared |
| 6/21/2019 | 2636 | Zachary Stanley | Payroll | $ | 529.46 | Cleared |
| 6/21/2019 | 2637 | Riley Stephenson | Payroll | $ | 1,175.34 | Cleared |

ATTACHMENT 5A-1

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  __Hannah Solar LLC_____
Case Number: 19-57651-pmb
Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

NAME OF BANK:           United Community
BRANCH:                 200 Street, Marrietta, GA 30060
ACCOUNT NAME:           Hannah Solar LLC
ACCOUNT NUMBER:         2072130731
PURPOSE OF ACCOUNT:     Operating account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | | AMOUNT | STATUS |
|------|------|-------|---------|---|--------|--------|
| 6/21/2019 | 2638 | Michael Thiel | Payroll | $ | 859.93 | Cleared |
| 6/25/2019 | 2639 | Georgia Farm Bureau | Bond | $ | 50.00 | Outstanding |
| 6/28/2019 | 2641 | Phillip Caleb | Payroll | $ | 1,281.90 | Outstanding |
| 6/28/2019 | 2642 | Matthew Carter | Payroll | $ | 1,243.06 | Outstanding |
| 6/28/2019 | 2643 | Jonah Cassels | Payroll | $ | 291.10 | Outstanding |
| 6/28/2019 | 2644 | Anthony Christopher | Payroll | $ | 1,048.06 | Outstanding |
| 6/28/2019 | 2645 | Dwayne Cudjoe | Payroll | $ | 132.56 | Outstanding |
| 6/28/2019 | 2646 | Martin Duckett | Payroll | $ | 998.52 | Outstanding |
| 6/28/2019 | 2647 | Chad Edwards | Payroll | $ | 717.91 | Outstanding |
| 6/28/2019 | 2648 | Roger Foster | Payroll | $ | 796.32 | Outstanding |
| 6/28/2019 | 2649 | Sam Hendricks | Payroll | $ | 256.53 | Outstanding |
| 6/28/2019 | 2650 | Vincent Johnston | Payroll | $ | 311.52 | Outstanding |
| 6/28/2019 | 2651 | David Jones | Payroll | $ | 768.74 | Cleared |
| 6/28/2019 | 2652 | Justin Moore | Payroll | $ | 732.20 | Outstanding |
| 6/28/2019 | 2653 | Benjamin Pass | Payroll | $ | 552.06 | Outstanding |
| 6/28/2019 | 2654 | Brandon Pitchford | Payroll | $ | 391.40 | Outstanding |
| 6/28/2019 | 2655 | Marques Pope | Payroll | $ | 1,019.60 | Outstanding |
| 6/28/2019 | 2656 | Tyrone Pope | Payroll | $ | 1,144.85 | Outstanding |
| 6/28/2019 | 2657 | William Pope | Payroll | $ | 225.61 | Outstanding |
| 6/28/2019 | 2658 | Zach Stanley | Payroll | $ | 594.19 | Outstanding |
| 6/28/2019 | 2659 | Riley Stephenson | Payroll | $ | 950.08 | Outstanding |
| 6/28/2019 | 2660 | Michael Thiel | Payroll | $ | 710.57 | Outstanding |
| 6/28/2019 | 2663 | American Tele-Centers | Telephone | $ | 847.60 | Outstanding |
| 6/28/2019 | 2664 | Mosaic Management Consulting, Inc | Rent-lease termination | $ | 1,556.25 | Outstanding |
| 6/28/2019 | 2665 | Allen Gibbs | Commission | $ | 2,254.62 | Outstanding |
| | | | | | 122,463.29 | |

| | WIRES | | | | | |
|------|------|-------|---------|---|--------|--------|
| 6/4/2019 | | TD Auto Finance | Auto Loan | | 840.00 | cleared |
| 6/4/2019 | | TD Auto Finance | Auto Loan | | 920.32 | cleared |
| 6/5/2019 | | Harland Clarke | Check Stock | | 462.11 | cleared |
| 6/5/2019 | | Chargepoint | Manufacturing Supplies | | 30,174.00 | cleared |
| 6/6/2019 | | Anthem Blue Cross Blue Shield | Health Care | | 24,015.69 | cleared |
| 6/10/2019 | | Georgia tax | Withholding tax | | 706.87 | cleared |
| 6/10/2019 | | City of Atlanta | Business License | | 14,759.29 | cleared |
| 6/13/2019 | | Deluxe Business | Deposit stamp | | 27.65 | cleared |
| 6/18/2019 | | TD Auto Finance | Auto Loan | | 920.32 | cleared |
| 6/21/2019 | | Civic Solar /Eubanks Project | Manufacturing Supplies | | 5,992.30 | cleared |
| 6/21/2019 | | Switch Storage Solutions | Manufacturing Supplies | | 13,741.07 | cleared |
| 6/26/2019 | | CED | Manufacturing Supplies | | 17,323.60 | cleared |
| 6/28/2019 | | CED | Manufacturing Supplies | | 37,878.46 | cleared |
| | | | | | 147,761.68 | |

| | Bank Fees / ACHs | | | | | |
|------|------|-------|---------|---|--------|--------|
| 6/3/2019 | | United Bank | Merchant service Fee | | 1.45 | cleared |

**ATTACHMENT 5A-1**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

| | |
|---|---|
| NAME OF BANK: | United Community |
| BRANCH: | 200 Street, Marrietta, GA 30060 |
| ACCOUNT NAME: | Hannah Solar LLC |
| ACCOUNT NUMBER: | 2072130731 |
| PURPOSE OF ACCOUNT: | Operating account |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|---|---|---|---|---|---|
| 6/5/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/5/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/10/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/18/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/18/2019 | | United Bank | Wire Fee | 14.00 | cleared |
| 6/21/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/21/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/21/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/26/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/26/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/28/2019 | | United Bank | Statement Fee | 3.00 | cleared |
| 6/28/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| 6/28/2019 | | United Bank | Wire Fee | 30.00 | cleared |
| | | | | 348.45 | |

Total Disbursements                                                                              270,573.42

**ATTACHMENT 5A-2**

**CHECK REGISTER - OPERATING ACCOUNT**

<span style="color:red">CLOSED</span>

Name of Debtor: __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

| NAME OF BANK: | Synovus Bank |
|---|---|
| BRANCH: | 334 East Paces Ferry Rd NE, Atlanta, GA 30305 |
| ACCOUNT NAME: | Hannah Solar LLC |
| ACCOUNT NUMBER: | 1006222176 |
| PURPOSE OF ACCOUNT: | Commercial Operating Account |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|---|---|---|---|---|---|
| | CHECKS | | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

ATTACHMENT 5A-3

**CHECK REGISTER - OPERATING ACCOUNT**

CLOSED

Name of Debtor: __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

| | |
|---|---|
| NAME OF BANK: | Synovus Bank |
| BRANCH: | 334 East Paces Ferry Rd NE, Atlanta, GA 30305 |
| ACCOUNT NAME: | Worry Free Energy LLC |
| ACCOUNT NUMBER: | 1006222218 |
| PURPOSE OF ACCOUNT: | Commercial Operating Account |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

ATTACHMENT 5A-4

**CHECK REGISTER - OPERATING ACCOUNT**

CLOSED

Name of Debtor: __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

NAME OF BANK:              Century Bank
BRANCH:                    Cartersville, GA
ACCOUNT NAME:              Hannah Solar Operating
ACCOUNT NUMBER:            155489
PURPOSE OF ACCOUNT:        operating account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
|  | CHECKS |  |  |  |  |
|  |  |  |  | 0.00 |  |
|  | WIRES |  |  |  |  |
|  |  |  |  | 0.00 |  |
|  | Bank Fees / ACHs |  |  |  |  |
|  |  |  |  | 0.00 |  |
| Total Disbursements |  |  |  | 0.00 |  |

**ATTACHMENT 4B-1**

## MONTHLY SUMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | |
|---|---|
| NAME OF BANK: | United Community Bank |
| BRANCH: | 200 Street, Marrietta, GA 30060 |
| ACCOUNT NAME: | Hannah Solar LLC DIP Case #19-57651 |
| ACCOUNT NUMBER: | 2072131101 |
| PURPOSE OF ACCOUNT: | Payroll account |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $        31,397.68 | |
| Plus Total Amount of Outstanding Deposits | $                    - | |
| Minus Total Amount of Outstanding Checks and other Debits | $                    - | |
| Minus Service Charges | $                    - | * |
| Ending Balance per Check Register | $        31,397.68 | **(a) |

**\*Debit cards must not  be issued on this account.**       no one

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | NONE | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 4B-2

## MONTHLY SUMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | |
|---|---|
| NAME OF BANK: | Century Bank |
| BRANCH: | Cartersville, GA |
| ACCOUNT NAME: | Hannah Solar Operating |
| ACCOUNT NUMBER: | 121401 |
| PURPOSE OF ACCOUNT: | Payroll account |

| | | |
|---|---|---|
| Ending Bank Balance per Bank Statement | $ | 31,397.68 |
| Plus Total Amount of Outstanding Deposits | $ | 9,463.66 |
| Minus Total Amount of Outstanding Checks and other Debits | $ | 31,397.68 |
| Minus Service Charges | $ | 0.53    * |
| Ending Balance per Check Register | $ | 9,463.13    **(a) |

**\*Debit cards must not  be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation**:

**The following disbursements were paid in Cash:** (  ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5B-1

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: _Hannah Solar LLC_____

Case Number: _19-57651-pmb____

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

| | |
|---|---|
| NAME OF BANK: | United Community Bank |
| BRANCH: | 200 Street, Marrietta, GA 30060 |
| ACCOUNT NAME: | Hannah Solar LLC DIP Case #19-57651 |
| ACCOUNT NUMBER: | 2072131101 |
| PURPOSE OF ACCOUNT: | Payroll account |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 | |

**ATTACHMENT 5B-2**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: __Hannah Solar LLC_____
Case Number: 19-57651-pmb
Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

| NAME OF BANK: | Century Bank |
|---|---|
| BRANCH: | Cartersville, GA |
| ACCOUNT NAME: | Hannah Solar Operating |
| ACCOUNT NUMBER: | 121401 |
| PURPOSE OF ACCOUNT: | Payroll account |

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached
to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|---|---|---|---|---|---|
| | CHECKS | | | | |
| 6/28/2019 | 57674 | Hannah Solar LLC | To close Century payroll account | 31,397.68 | outstanding |
| 5/17/2019 | 1050 | Ricardo Lee | Payroll | 934.15 | cleared |
| | | | | 32,331.83 | |
| | WIRES | | | | |
| 6/24/2019 | | GA Family Service Registy | Child Support | 1,416.16 | cleared |
| | | | | 1,416.16 | |
| | Bank Fees / ACHs | | | | |
| 6/3/2019 | | Century Bank | Bank fee | 0.53 | cleared |
| | | | | 0.53 | |
| Total Disbursements | | | | 33,748.52 | |

ATTACHMENT 4C-1

## MONTHLY SUMARY OF BANK ACTIVITY - TAX ACCOUNT

<span style="color:red">No Activity</span>

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be cound at http://www.usdoj.gov/ust/r21/reg_info.htm.

| | |
|---|---|
| NAME OF BANK: | United Community Bank |
| BRANCH: | 200 Street, Marrietta, GA 30060 |
| ACCOUNT NAME: | Hannah Solar LLC DIP Case #19-57651 |
| ACCOUNT NUMBER: | 2072131093 |
| PURPOSE OF ACCOUNT: | Tax account |

Ending Bank Balance per Bank Statement ................ $       -

   Plus Total Amount of Outstanding Deposits ........        -

   Minus Total Amount of Outstanding Checks and other Debits ........        -

   Minus Service Charges ........        *

Ending Balance per Check Register ........        -   **(a)

**\*Debit cards must not  be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation**:

_____

**The following disbursements were paid in Cash:**  ( ☐ Check here if cash disbursements were authorized by United States Trustee.)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

**The following non-taxdisbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C-1**

## CHECK REGISTER - TAX ACCOUNT

<span style="color:red">No Activity</span>

Name of Debtor:  __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

NAME OF BANK: United Community Bank

BRANCH: 200 Street, Marrietta, GA 30060

ACCOUNT NAME: Hannah Solar LLC DIP Case #19-57651

ACCOUNT NUMBER: 2072131093

PURPOSE OF ACCOUNT: Tax account

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | TYPE | PAYEE | PURPOSE | AMOUNT | STATUS |
|------|------|-------|---------|--------|--------|
| | CHECKS | | | | |
| | | | | 0.00 | |
| | WIRES | | | | |
| | | | | 0.00 | |
| | Bank Fees / ACHs | | | | |
| | | | | 0.00 | |
| Total Disbursements | | | | 0.00 (d) | |

### SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | | (a) |
| Sales & Use Taxes Paid | | (b) |
| Other Taxes Paid | | (c) |
| TOTAL | | (d) |

(a) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reproted in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

Name of Debtor:  _Hannah Solar LLC_____

Case Number:  _159-57651-pmb_____

Reporting Period beginning  _6/1/2019__  and ending  _6/30/2019__

### INVESTMENT ACCOUNTS

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase / Sale | Current Market Value |
|---|---|---|---|---|
| | | | | 0 |
| TOTAL | | | | 0  (a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/ Account | **(Column 2)** Maximum Amount of Cash in Drawer/Acct. | **(Column 3)** Amount of Petty Cash on Hand at End of Month | **(Column 4)** Difference between Column 2 and Column 3 |
|---|---|---|---|
| 1311 Collier Rd, Atlanta, GA | $       730.22 | $       730.22 | $         - |

**TOTAL**                                              **$         730.22**  (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**

No Petty Cash        disbursements        Over $100.00        were made.

**NONE**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH   (a + b)**            **$         730.22**  (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 6

**MONTHLY TAX REPORT**

Name of Debtor:    __Hannah Solar LLC_____

Case Number: 19-57651-pmb

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, state sales tax, property tax, unemployment tax, state workman's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Department of Revenue - Georgia | 5/21/2019 | withholding | $ 8,000.00 | 4/30/2019 | 2nd quarter |
| IRS | 5/21/2019 | withholding | $ 16,500.00 | 4/30/2019 | 2nd quarter |
| Department of Revenue - Georgia | 5/28/2019 | withholding | $ 5,400.00 | 4/30/2019 | 2nd quarter |
| IRS | 5/28/2019 | withholding | $ 2,500.00 | 4/30/2019 | 2nd quarter |
| Department of Revenue - Georgia | 6/4/2019 | withholding | $ 8,000.00 | 4/30/2019 | 2nd quarter |
| IRS | 6/4/2019 | withholding | $ 16,500.00 | 4/30/2019 | 2nd quarter |
| Department of Revenue - Georgia | 6/11/2019 | withholding | $ 8,000.00 | 4/30/2019 | 2nd quarter |
| IRS | 6/11/2019 | withholding | $ 16,500.00 | 4/30/2019 | 2nd quarter |
| Department of Revenue - Georgia | 6/18/2019 | withholding | $ 5,400.00 | 4/30/2019 | 2nd quarter |
| IRS | 6/18/2019 | withholding | $ 2,500.00 | 4/30/2019 | 2nd quarter |
| Department of Revenue - Georgia | 6/25/2019 | withholding | $ 8,000.00 | 4/30/2019 | 2nd quarter |
| IRS | 6/25/2019 | withholding | $ 16,500.00 | 4/30/2019 | 2nd quarter |
| Department of Revenue - Georgia | 6/20/2019 | sales tax | $ 6.23 | 5/20/2019 | May 2019 |

| TOTAL | | | $ 113,806.23 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER AND OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: _Hannah Solar LLC____
Case Number: _19-57651-pmb____
Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expense, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| Pete H. Marte | CEO | Salary | $2,973.28 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**PERSONNEL REPORT**

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 47 |  |
| Number hired during period | 0 |  |
| Number terminated or resigned during period | 5 |  |
| Number of employees on payroll at end of period | 42 |  |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Alliant Insurance | 832-485-4000 | PER 19 SPO 0078 | Property | 6/1/2020 | ######## |
|  |  | CA 2960130 | Workers' Compensation |  |  |
|  |  | GL 3118801 | General Liabilty |  |  |
| NFP | 732-913-9881 | WC 13588095 | Auto Liability | 6/1/2020 | 7/1/2019 |
| Markel American Insurance Company | 214-528-3999 | MKLM5IM0051081 | Inland Marine | 5/16/2020 | ######## |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
|  |  |  |  |

☐ **Check here if U.S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

Name of Debtor: __Hannah Solar LLC_____

Case Number: _19-57651-pmb_____

Reporting Period beginning _6/1/2019__ and ending _6/30/2019__

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

this report, such as the sale of real estate (***attach closing statement*** ); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

Synvous Bank operating accounts were closed

Century operating account was closed

VP of sales was terminated

We anticipate filing a Plan or Reorganization and Disclosure Statement on or before _____.

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| 05/18/2019 | 43 | Life Insurance | Life Insurance | $ 1,315.36 |
| 05/20/2019 | 41 | Waste Management | Trash | $ 686.16 |
| 05/21/2019 | 40 | Mobile Mini | Standard Tri door rental | $ 208.77 |
| 05/22/2019 | 39 | Windstream Communications | Internet services | $ 897.32 |
| 05/23/2019 | 38 | Alliant Insurance Services, Inc. | Commercial Umbrella Floater | $ 1,798.00 |
| 05/23/2019 | 38 | Alliant Insurance Services, Inc. | Insurance Installation Floater | $ 32,900.00 |
| 05/23/2019 | 38 | Pac Van, Inc. | Office Storage- Rental Equipment | $ 577.80 |
| 05/23/2019 | 38 | David Bradshaw | Landscape for 4 solar sites | $ 1,150.00 |
| 05/23/2019 | 38 | David Bradshaw | Landscape for 4 solar sites | $ 1,100.00 |
| 05/24/2019 | 37 | David Bradshaw | Landscape for 4 solar sites | $ 1,100.00 |
| 05/25/2019 | 36 | David Bradshaw | Landscape for 4 solar sites | $ 1,150.00 |
| 05/28/2019 | 33 | FedEx | Courier Sevice | $ 43.72 |
| 05/29/2019 | 32 | Matthew Carter | Reimbursement | $ 94.00 |
| 05/30/2019 | 31 | Georgia Power | Utilities-lights | $ 2,317.56 |
| 06/01/2019 | 29 | Sunbelt Rentals | Equipment Rental | $ 264.29 |
| 06/01/2019 | 29 | Rackspace US, Inc. | Monitoring subscription | $ 467.01 |
| 06/01/2019 | 29 | Sunbelt Rentals | Equipment Rental | $ 3,218.55 |
| 06/01/2019 | 29 | Sunbelt Rentals | Equipment Rental | $ 4,458.60 |
| 06/01/2019 | 29 | NFP | Inurance | $ 79,000.00 |
| 06/03/2019 | 27 | Sunbelt Rentals | Equipment Rental | $ 4,015.40 |
| 06/03/2019 | 27 | CMIT Solutions | IT services | $ 3,831.00 |
| 06/03/2019 | 27 | Sunbelt Rentals | Equipment Rental | $ 3,195.10 |
| 06/07/2019 | 23 | Benjamin Pass | Reimbursement | $ 26.43 |
| 06/07/2019 | 23 | Roger Foster | Reimbursement | $ 30.18 |
| 06/07/2019 | 23 | Riley Stephenson | Reimbursement | $ 159.64 |
| 06/07/2019 | 23 | Virginia Johnston | Reimbursement | $ 8.00 |
| 06/07/2019 | 23 | Ashley Bowersox | Reimbursement | $ 103.00 |
| 06/07/2019 | 23 | James Talley | Reimbursement | $ 490.47 |
| 06/07/2019 | 23 | FedEx | Courier Sevice | $ 63.78 |
| 06/10/2019 | 20 | Anthony Coker | Reimbursement | $ 18.49 |
| 06/14/2019 | 16 | Riley Stephenson | Reimbursement | $ 13.80 |
| 06/18/2019 | 12 | FedEx | Courier Sevice | $ 879.42 |
| 06/21/2019 | 9 | Riley Stephenson | Reimbursement | $ 76.48 |
| 06/21/2019 | 9 | Alfred Wheeler | Accounting Fees | $ 1,307.84 |
| 06/22/2019 | 8 | Windstream Communications | Internet services | $ 941.69 |
| 06/24/2019 | 6 | Anthony Coker | Reimbursement | $ 45.00 |
| 06/25/2019 | 5 | Gas South | Gas | $ 122.55 |
| 06/25/2019 | 5 | Verizon Wireless | Telephone Expense | $ 2,885.76 |
| 06/25/2019 | 5 | American TeleCenters, Inc. | Answering Service | $ 815.60 |
| 06/28/2019 | 2 | TD Auto Finance - SLVRDO | Auto payment | $ 1,058.38 |
| 06/28/2019 | 2 | Sunbelt Rentals | Equipment Rental | $ 3,195.10 |
| 06/28/2019 | 2 | Turner, Richard | Reimbursement | $ 262.66 |
| 06/29/2019 | 1 | Sunbelt Rentals | Equipment Rental | $ 4,458.60 |
| 06/29/2019 | 1 | Sunbelt Rentals | Equipment Rental | $ 3,218.55 |
| | | | | $ 163,970.06 |

| Collection Calls from 06/01-06/30/2019 | | | |
|---|---|---|---|
| Caduceus USA | 61729 | $325.00 | Called Caduceus USA to collect. Left a voicemail received no response called multiple times |
| John "Jay" Brown | 62003 | $119.00 | Called Jay Brown for payment |
| Steve Allen | 62002 | $410.00 | Called and left a voicemail for Steve Allen |
| Ceren Boz | 62009 | $399.00 | Spoke with Ceren Boz. She said she has mailed a check for her PMA |
| Brad Camrud | 61850 | $250.00 | Called Brad Camrud for payment. Voicemail is full |
| Citizens | 61917 | $599.00 | Called Mr. Mccuthcan several times to get him to reissue check after orginal check bounced |
| | | **$2,102.00** | |

STANDARD BANK RECONCILIATION

| | | | |
|---|---|---|---|
| Month | June | Year | 2019 |

Account No. 121401          Account Name    Century Bank of Georgia - Payroll

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ 31,397.68 | Your transaction register balance | $ 9,463.66 |

Add (+)
Deposits not shown on Bank Statement          $ 9,463.66

Add (+)
Other credits shown on the bank
statement but not in transaction register  $ _____

Total          $ 40,861.34

Add (+)
Interest paid on bank statement  $ _____

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

Total  $ 9,463.66

| Number | Amount | Number | Amount |
|---|---|---|---|
| 57674 | $ 31,397.68 | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |
| | $ - | | $ - |

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ 31,397.68 | Total Subtractions | $ _____ |
| Balance | $ 9,463.66 | Balance | $ 9,463.66 |

# CENTURY BANK
## OF GEORGIA

300 East Main Street
Cartersville, GA 30120
(770) 387-1922
24 Hour Banking # 1-877-822-2686
CenturyBanknet.com

Cartersville • Calhoun • Rockmart





HANNAH SOLAR LLC
DEBTOR IN POSSESSION/PAYROLL
1311 COLLIER RD NW
ATLANTA GA 30318

Member
FDIC

**FINANCIAL SERVICES STATEMENT**

Statement Date: **06/28/2019**  Enclosures:     **( 4)**          Account No.:     **121401** Page:   **1**

## COMPLETE BUSINESS SUMMARY

Type :    REG    Status :    Active

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 05/31/19 | | 35,315.45 |
| Debits | 4 | 2,501.08 |
| Automatic Withdrawals | 1 | 1,416.16 |
| Miscellaneous Fees | 1 | 0.53 |
| Ending Balance On 06/28/19 | | 31,397.68 |
| Average Balance (Ledger) | 33,102.49 + | |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 06/03/19 | APA SERVICE CHARGE | 0.53 |
| 06/24/19 | GA FSR CHILDSUPP | 1,416.16 |

## CHECKS AND OTHER DEBITS

\* indicates a gap in the check numbers

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 06/12/19 | 1025 | 947.97 | 06/03/19 | 1050* | 934.15 | | | |
| 06/07/19 | 1044* | 407.08 | 06/03/19 | 11113* | 211.88 | | | |

## DAILY BALANCE SUMMARY

Beginning Ledger Balance on 05/31/19 was 35,315.45

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/03/19 | 34,168.89 | 06/12/19 | 32,813.84 | | |
| 06/07/19 | 33,761.81 | 06/24/19 | 31,397.68 | | |

**This Statement Cycle Reflects 28 Days**



Continued          01/239/1



**HANNAH SOLAR LLC**

| | | | |
|---|---|---|---|
| Account No. : | 121401 | Bank : | 507 |
| Stmt. Date : | 06/28/2019 | Images : | 4 |
| | | Page : | 2 |

## IMAGE STATEMENT





AM: 947.97 CK: 1025 DT: 06/12 SQ: 80400100 Paid



AM: 407.08 CK: 1044 DT: 06/07 SQ: 80001980 Paid

AM: 934.15 CK: 1050 DT: 06/03 SQ: 80002640 Paid

AM: 211.88 CK: 11113 DT: 06/03 SQ: 80101920 Paid

STANDARD BANK RECONCILIATION

Month    June_____    Year    _____2019

Account No.   2072130731_____    Account Name    Hannah Solar LLC DIP Case #19-57651

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ _____88,295 | Your transaction register balance | $ 64,983.65 |

Add (+)
Deposits not shown on Bank Statement       $ _____

Total                                       $ _____88,295

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|--------|----------|--------|----------|
| 2602 | $ 1,181.59 | 2648 | $ 796.32 |
| 2606 | $ 1,537.86 | 2649 | $ 256.53 |
| 2608 | $ 1,552.84 | 2650 | $ 311.52 |
| 2616 | $ 100.00 | 2652 | $ 732.20 |
| 2617 | $ 100.00 | 2653 | $ 552.06 |
| 2630 | $ 222.15 | 2654 | $ 391.40 |
| 2632 | $ 510.19 | 2655 | $ 1,019.60 |
| 2639 | $ 50.00 | 2656 | $ 1,144.85 |
| 2641 | $ 1,281.90 | 2657 | $ 225.61 |
| 2642 | $ 1,243.06 | 2658 | $ 594.19 |
| 2643 | $ 291.10 | 2659 | $ 950.08 |
| 2644 | $ 1,048.06 | 2660 | $ 710.57 |
| 2645 | $ 132.56 | 2663 | $ 847.60 |
| 2646 | $ 998.52 | 2664 | $ 1,556.25 |
| 2647 | $ 717.91 | 2665 | $ 2,254.62 |

Add (+)
Other credits shown on the bank
statement but not in transaction register       $ _____

Add (+)
Interest paid on bank statement                 $ _____

Total                                           $ 64,983.65

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|--------|--------|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ _____23,311.14 | Total Subtractions | $ _____ |
| Balance | $ _____64,983.65 | Balance | $ 64,983.65 |

23911



**United**
**Community Bank**®

200 CHEROKEE STREET • MARIETTA GA 30060
TELEPHONE: 800-822-2651    (72)
RETURN SERVICE REQUESTED

| | |
|---|---|
| **Account Number** | XXXXXX0731 |
| **Statement Date** | 06/28/2019 |
| **Balance** | 88,294.79 |
| **Enclosures** | 131 |
| **Page** | 1 of 15 |



Protect your business
from fraudulent activity
with Positive Pay.

ucbi.com/positive-pay

1359 2 AB 0.409          P:1359 / T:9 / S:



HANNAH SOLAR LLC
DEBTOR IN POSSESSION CASE # 19-57651
1311 COLLIER RD NW
ATLANTA GA 30318-2303

*Beginning August 1, the following fees will be billed monthly on your
Treasury Management statement rather than at the time of transaction:
Online Stop Payments, ACH File Reversals, ACH Return and Corrections,
Online Initiated Wires and Returned Deposited Items.*
------------------------------------------------------------------
*SAFE AND SOUND*
*Protecting yourself from fraud begins with education. Protect your
business and stay in the know with helpful tips to keep your
information safe. Learn more at ucbi.com/protect-your-business*

## BUSINESS FREEDOM ACCOUNT XXXXXX0731

| | | | | |
|---|---|---|---|---|
| MINIMUM BALANCE | 62,454.73 | LAST STATEMENT 05/31/19 | | 84,962.51 |
| AVG AVAILABLE BALANCE | 115,564.58 | 22 CREDITS | | 354,525.53 |
| AVERAGE BALANCE | 119,993.90 | 157 DEBITS | | 351,193.25 |
| | | THIS STATEMENT 06/28/19 | | 88,294.79 |

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 06/05 | 3,307.41 | | 06/10 | 9,676.50 | | 06/26 | 13,747.80 |
| | 06/05 | 11,850.80 | | 06/20 | 9,677.50 | | | |
| | 06/05 | 57,309.65 | | 06/24 | 18,451.28 | | | |

### OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/04 | 11,930.56 |
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/04 | 86,652.88 |
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/06 | 399.00 |
| INTUIT PAYROLL S QUICKBOOKS XXXXX1264 | 06/12 | 588.61 |
| Bento Technologi Bento Tech IAJEGZ6R | 06/13 | .01 |
| Bento Technologi Bento Tech IWVK5644 | 06/13 | .05 |
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/17 | 2,042.60 |
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/19 | 399.00 |
| WIRE/IN-201917100413;ORG WGL ENERGY SYSTEMS, INC;OBI 61994 | 06/20 | 7,040.00 |
| 61994;REF AP000053970 | | |

\* \* \* C O N T I N U E D \* \* \*



FACT #87: PENGUINS HAVE KNEES.
THEY'RE JUST COVERED BY FEATHERS.

WE DIDN'T KNOW THAT. BUT WE DO KNOW FLEXIBILITY.
We have checking account options that will grow with your business.

ucbi.com/business-checking




EQUAL HOUSING
LENDER



Member
FDIC

23912

| Account Number | XXXXXX0731 |
|---|---|
| Statement Date | 06/28/2019 |
| Balance | 88,294.79 |
| Enclosures | 131 |
| Page | 2 of 15 |

# BUSINESS FREEDOM ACCOUNT XXXXXX0731

## OTHER CREDITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/21 | 265.00 |
| SkanskaUSAB1 PMD PAYMENT 1134827 | 06/21 | 112,187.87 |
| CON EDISON CLEAN ach pymt | 06/24 | 8,000.00 |
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/25 | 399.00 |
| Spotlight Solar Verify 0160GYNVL13F2Q4 | 06/26 | .01 |
| MERCHANT SERVICE MERCH DEP XXXXXX2714 | 06/28 | 600.00 |

## CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2501 | 06/03 | 1,281.89 | 2536 | 06/11 | 2,973.28 | 2567 | 06/07 | 470.49 |
| 2502 | 06/07 | 124.42 | 2537 | 06/21 | 1,616.86 | 2568 | 06/10 | 587.24 |
| 2503 | 06/03 | 762.18 | 2538 | 06/03 | 1,636.50 | 2569 | 06/14 | 1,031.68 |
| 2504 | 06/10 | 639.89 | 2539 | 06/07 | 947.97 | 2570 | 06/07 | 860.60 |
| 2505 | 06/05 | 1,048.06 | 2540 | 06/04 | 4,352.73 | 2571 | 06/18 | 1,550.26 |
| 2506 | 06/04 | 414.00 | 2541 | 06/03 | 4,233.15 | 2572 | 06/17 | 1,149.33 |
| 2507* | 06/04 | 260.87 | 2542 | 06/03 | 1,543.65 | 2573 | 06/18 | 1,281.90 |
| 2509 | 06/04 | 335.48 | 2543 | 06/04 | 2,579.00 | 2574 | 06/17 | 786.44 |
| 2510 | 06/03 | 594.68 | 2544 | 06/03 | 2,162.08 | 2575 | 06/19 | 265.43 |
| 2511 | 06/06 | 982.66 | 2545 | 06/04 | 892.42 | 2576 | 06/17 | 1,048.07 |
| 2512* | 06/03 | 383.90 | 2546* | 06/06 | 4,380.97 | 2577 | 06/18 | 662.50 |
| 2514 | 06/13 | 425.10 | 2549 | 06/10 | 916.17 | 2578 | 06/18 | 987.84 |
| 2515 | 06/03 | 388.06 | 2550 | 06/10 | 1,281.89 | 2579 | 06/17 | 678.70 |
| 2516 | 06/03 | 600.90 | 2551 | 06/10 | 1,129.58 | 2580 | 06/17 | 451.53 |
| 2517 | 06/04 | 454.72 | 2552 | 06/19 | 179.30 | 2581 | 06/14 | 321.38 |
| 2518* | 06/03 | 248.16 | 2553 | 06/10 | 1,078.06 | 2582 | 06/18 | 747.38 |
| 2521 | 06/03 | 543.33 | 2554 | 06/10 | 534.39 | 2583 | 06/18 | 857.02 |
| 2522 | 06/14 | 941.49 | 2555 | 06/11 | 594.25 | 2584 | 06/14 | 583.75 |
| 2523* | 06/04 | 717.48 | 2556 | 06/10 | 523.38 | 2585 | 06/18 | 329.70 |
| 2525 | 06/07 | 1,741.74 | 2557 | 06/10 | 497.66 | 2586 | 06/17 | 574.45 |
| 2526 | 06/04 | 2,629.29 | 2558 | 06/10 | 559.50 | 2587 | 06/20 | 564.82 |
| 2527 | 06/04 | 3,774.37 | 2559 | 06/10 | 540.72 | 2588 | 06/17 | 925.29 |
| 2528* | 06/03 | 4,464.20 | 2560 | 06/18 | 279.14 | 2589 | 06/18 | 407.62 |
| 2530 | 06/03 | 873.97 | 2561 | 06/12 | 380.69 | 2590 | 06/14 | 402.85 |
| 2531 | 06/04 | 2,387.40 | 2562 | 06/10 | 570.38 | 2591 | 06/17 | 557.43 |
| 2532 | 06/11 | 1,181.59 | 2563 | 06/10 | 593.50 | 2592 | 06/25 | 753.78 |
| 2533 | 06/03 | 1,115.17 | 2564 | 06/20 | 489.39 | 2593 | 06/14 | 1,099.44 |
| 2534 | 06/04 | 2,692.49 | 2565 | 06/10 | 571.08 | 2594 | 06/21 | 1,732.51 |
| 2535 | 06/03 | 1,674.51 | 2566 | 06/07 | 621.41 | 2595 | 06/25 | 2,629.29 |

* * * C O N T I N U E D * * *

23913

| Account Number | XXXXXX0731 |
|---|---|
| Statement Date | 06/28/2019 |
| Balance | 88,294.79 |
| Enclosures | 131 |
| Page | 3 of 15 |

## BUSINESS FREEDOM ACCOUNT XXXXXX0731



### CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2596 | 06/24 | 3,774.37 | 2612 | 06/24 | 1,543.65 | 2627 | 06/26 | 742.64 |
| 2597 | 06/24 | 4,464.20 | 2613 | 06/25 | 2,579.00 | 2628 | 06/25 | 378.68 |
| 2598 | 06/21 | 1,574.22 | 2614 | 06/24 | 2,162.08 | 2629* | 06/24 | 417.78 |
| 2599 | 06/24 | 873.97 | 2615* | 06/21 | 2,922.25 | 2631* | 06/25 | 477.46 |
| 2600 | 06/21 | 2,020.09 | 2618 | 06/21 | 2,227.42 | 2633 | 06/24 | 942.16 |
| 2601* | 06/24 | 2,387.40 | 2619 | 06/25 | 893.79 | 2634 | 06/24 | 863.92 |
| 2603 | 06/24 | 2,692.49 | 2620 | 06/24 | 1,281.90 | 2635 | 06/24 | 372.37 |
| 2604 | 06/24 | 1,665.28 | 2621 | 06/25 | 974.13 | 2636 | 06/25 | 529.46 |
| 2605* | 06/24 | 2,973.28 | 2622 | 06/25 | 1,048.05 | 2637 | 06/28 | 1,175.34 |
| 2607* | 06/24 | 1,636.50 | 2623 | 06/26 | 457.43 | 2638* | 06/24 | 859.93 |
| 2609 | 06/27 | 947.97 | 2624 | 06/24 | 1,004.25 | 2651 | 06/28 | 768.74 |
| 2610 | 06/25 | 4,352.73 | 2625 | 06/25 | 420.40 | | | |
| 2611 | 06/24 | 4,233.15 | 2626 | 06/24 | 493.19 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

### OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| MERCHANT SERVICE MERCH FEE XXXXXX2714 | 06/03 | 1.45 |
| TD AUTO FINANCE WEB PAY 0001102278447 | 06/04 | 840.00 |
| TD AUTO FINANCE WEB PAY 0001102142644 | 06/04 | 920.32 |
| WIRE FEE-201915600523;OUTBOUND/DOM - 072 | 06/05 | 30.00 |
| WIRE FEE-201915600539;OUTBOUND/DOM - 072 | 06/05 | 30.00 |
| HARLAND CLARKE CHK ORDERS 1J5Y88790602900 | 06/05 | 462.11 |
| WIRE/OUT-201915600539;BNF BENTO;OBI REF GENERAL EXPENSES | 06/05 | 4,000.00 |
| WIRE/OUT-201915600523;BNF CHARGEPOINT INC;OBI REF VININGS GABLES | 06/05 | 30,174.00 |
| BLUE CROSS W130 CORP PYMT FL00052717 | 06/06 | 24,015.69 |
| WIRE FEE-201916100884;OUTBOUND/DOM - 072 | 06/10 | 30.00 |
| GEORGIA ITS TAX GA TX PYMT XXXXXX9056 | 06/10 | 706.87 |
| WIRE/OUT-201916100884;BNF BENTO;OBI REF GENERAL EXPENSES | 06/10 | 12,570.00 |
| City of Atlanta WEB PAY XXXXX5004 | 06/10 | 14,759.29 |
| DLX For Business BUS PROD 02045237049128 | 06/13 | 27.65 |
| WIRE FEE-201916900333;OUTBOUND/DOM - 072 | 06/18 | 30.00 |
| TD AUTO FINANCE BILL PAY 11926307611 | 06/18 | 920.32 |
| WIRE/OUT-201916900333;BNF BENTO;OBI 1311 COLLIER RD NWATLANTA GA  30318 | 06/18 | 12,571.63 |
| WIRE FEE-201917100413;INCOMING WIRE FEE - 072 | 06/20 | 14.00 |

* * * C O N T I N U E D * * *

23914

| Account Number | XXXXXX0731 |
|---|---|
| Statement Date | 06/28/2019 |
| Balance | 88,294.79 |
| Enclosures | 131 |
| Page | 4 of 15 |

# BUSINESS FREEDOM ACCOUNT XXXXXX0731

## OTHER DEBITS

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| WIRE FEE-201917201176;OUTBOUND/DOM - 072 | 06/21 | 30.00 |
| WIRE FEE-201917201204;OUTBOUND/DOM - 072 | 06/21 | 30.00 |
| WIRE FEE-201917201253;OUTBOUND/DOM - 072 | 06/21 | 30.00 |
| WIRE/OUT-201917201253;BNF CIVIC SOLAR INC;OBI EUBANKS PROJECT | 06/21 | 5,992.30 |
| WIRE/OUT-201917201176;BNF BENTO;OBI GEORGIA TECH | 06/21 | 8,000.00 |
| WIRE/OUT-201917201204;BNF SWITCH STORAGE SOLUTIONS;OBI GA TECH PROJECT | 06/21 | 13,741.07 |
| WIRE FEE-201917701157;OUTBOUND/DOM - 072 | 06/26 | 30.00 |
| WIRE FEE-201917701197;OUTBOUND/DOM - 072 | 06/26 | 30.00 |
| WIRE/OUT-201917701157;BNF BENTO | 06/26 | 6,170.00 |
| WIRE/OUT-201917701197;BNF CED;OBI HANNAH SOLAR LLCPURCHASE # RZ-81390 | 06/26 | 17,323.60 |
| Paper Statement Fee | 06/28 | 3.00 |
| WIRE FEE-201917901506;OUTBOUND/DOM - 072 | 06/28 | 30.00 |
| WIRE FEE-201917901617;OUTBOUND/DOM - 072 | 06/28 | 30.00 |
| WIRE/OUT-201917901617;BNF BENTO | 06/28 | 4,000.00 |
| WIRE/OUT-201917901506;BNF CED;OBI PURCHASE # RZ-81390 | 06/28 | 37,878.46 |

## DAILY BALANCE

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|
| 06/03 | 62,454.73 | 06/12 | 107,810.04 | 06/21 | 166,362.52 |
| 06/04 | 137,787.60 | 06/13 | 107,357.35 | 06/24 | 159,176.18 |
| 06/05 | 174,511.29 | 06/14 | 102,976.76 | 06/25 | 143,534.16 |
| 06/06 | 145,530.97 | 06/17 | 98,848.12 | 06/26 | 132,528.30 |
| 06/07 | 140,764.34 | 06/18 | 78,222.81 | 06/27 | 131,580.33 |
| 06/10 | 112,351.24 | 06/19 | 78,177.08 | 06/28 | 88,294.79 |
| 06/11 | 107,602.12 | 06/20 | 93,826.37 | | |

23915

**06/05/2019   $3307.41**

DEPOSIT TICKET
NAME: Hannah Solar
DATE: 6/5/19    LOCATION: 072
DEPOSIT TO ACCOUNT NUMBER
2072130731
UNITED COMMUNITY BANK
NET DEPOSIT $ 3307.41

**06/26/2019   $13747.80**

DEPOSIT TICKET
NAME: 6/25/19
DATE: Hannah Solar LLC    LOCATION:
CHECKS 13747.80
DEPOSIT TO ACCOUNT NUMBER
2072130731
UNITED COMMUNITY BANK
NET DEPOSIT $ 13747.80

**06/05/2019   $11850.80**

DEPOSIT TICKET
NAME: Hannah Solar LLC
DATE: 6/5/19    LOCATION: 072
DEPOSIT TO ACCOUNT NUMBER
2072130731
UNITED COMMUNITY BANK
NET DEPOSIT $ 11850.80

**06/03/2019   CHECK# 2501   $1281.89**

HANNAH SOLAR, LLC
1311 COLLIER RD. NW
MARIETTA, GA 30060-1612
2501
5/31/19
PAY TO THE ORDER OF Phillip Coles    $ 1,281.89
One thousand two hundred eighty one 89/100 DOLLARS
MEMO Payroll

**06/05/2019   $57309.65**

DEPOSIT TICKET
NAME: Hannah Solar LLC
DATE: 6/5/19    LOCATION: 072
DEPOSIT TO ACCOUNT NUMBER
2072130731
UNITED COMMUNITY BANK
NET DEPOSIT $ 57309.65

**06/07/2019   CHECK# 2502   $124.42**

USA    UNITED COMMUNITY BANK    MARIETTA, GA 30060
HANNAH SOLAR, LLC
ATLANTA, GA 30318
2502
5/31/19
PAY TO THE ORDER OF Adam Carter    $ 124.42
One hundred twenty four 42/100 DOLLARS
MEMO Payroll

**06/10/2019   $9676.50**

DEPOSIT TICKET
NAME: Hannah Solar
DATE: 6/10/19    LOCATION: marietta
DEPOSIT TO ACCOUNT NUMBER
2072130731
CHECKS
150.00
250.00
1880.00
1600.00
5171.50
525.00
UNITED COMMUNITY BANK
NET DEPOSIT $ 9676.50

**06/03/2019   CHECK# 2503   $762.18**

UNITED COMMUNITY BANK
HANNAH SOLAR, LLC
1311 COLLIER RD. NW
MARIETTA, GA 30060-1612
2503
5/31/19
PAY TO THE ORDER OF Matthew Carter    $ 762.18
Seven hundred sixty two 18/100 DOLLARS
MEMO Payroll

**06/20/2019   $9677.50**

DEPOSIT TICKET
DATE: 6/19/19
CASH
8090.00
787.50
800.
SUBTOTAL
LESS CASH
United Local Community Bank
DEPOSIT $ 9677.50

**06/10/2019   CHECK# 2504   $639.89**

HANNAH SOLAR, LLC
1311 COLLIER RD. NW
MARIETTA, GA 30060-1612
2504
5/31/19
PAY TO THE ORDER OF Jonah Cassels    $ 639.89
Six hundred thirty nine 89/100 DOLLARS
MEMO Payroll

**06/24/2019   $18451.28**

DEPOSIT TICKET
NAME: Hannah Solar
DATE: 6/24/19    LOCATION:
DEPOSIT TO ACCOUNT NUMBER
2072130731
CHECKS
Solan  399.00
Allan  410.00
Adam   399.00
Parker 17243.28
NET DEPOSIT $ 18451.28

**06/05/2019   CHECK# 2505   $1048.06**

UNITED COMMUNITY BANK
HANNAH SOLAR, LLC
1311 COLLIER RD. NW
ATLANTA, GA 30318
2505
5/31/19
PAY TO THE ORDER OF Anthony Christopher    $ 1,048.06
One thousand forty eight 06/100 DOLLARS
MEMO Payroll

23916

**06/04/2019   CHECK# 2506   $414.00**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2506
5/31/19
PAY TO THE ORDER OF   Dwayne Cutline   $ 414.38
four hundred fourteen   DOLLARS
MEMO Payroll

**06/13/2019   CHECK# 2514   $425.10**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2514
5/31/19
PAY TO THE ORDER OF   Daniel Jones   $ 425.10
Four hundred twenty five 16/100   DOLLARS
MEMO Payroll

**06/04/2019   CHECK# 2507   $260.87**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2507
11-10-57
PAY TO THE ORDER OF   Martin Duckett   $ 260.87
two hundred sixty 87/100   DOLLARS
MEMO Payroll

**06/03/2019   CHECK# 2515   $388.06**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2515
6508
5/31/19
PAY TO THE ORDER OF   Justin Moore   $ 388.06
Three hundred eighty eight 06/100   DOLLARS
MEMO Payroll

**06/04/2019   CHECK# 2509   $335.48**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2509
5/31/19
PAY TO THE ORDER OF   Daniel Emmons   $ 335.48
Three hundred thirty five 48/100   DOLLARS
MEMO Payroll

**06/03/2019   CHECK# 2516   $600.90**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2516
5/31/19
PAY TO THE ORDER OF   Benjamin Ross   $ 600.90
Six hundred 90/100   DOLLARS
MEMO Payroll

**06/03/2019   CHECK# 2510   $594.68**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2510
5/31/19
PAY TO THE ORDER OF   Roger Foster   $ 594.68
Five hundred ninety four 68/100   DOLLARS
MEMO Payroll

**06/04/2019   CHECK# 2517   $454.72**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2517
5/31/19
PAY TO THE ORDER OF   Brandon Pittenford   $ 454.72
Four hundred fifty four 72/100   DOLLARS
MEMO Payroll

**06/06/2019   CHECK# 2511   $982.66**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2511
5/31/19
PAY TO THE ORDER OF   Desmond Harrison   $ 982.66
Nine hundred eighty two 66/100   DOLLARS
MEMO Payroll

**06/03/2019   CHECK# 2518   $248.16**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2518
5/31/19
PAY TO THE ORDER OF   Marques Pope   $ 248.16
Two hundred forty eight 16/100   DOLLARS
MEMO Payroll

**06/03/2019   CHECK# 2512   $383.90**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2512
5/31/19
PAY TO THE ORDER OF   Samuel Hendricks   $ 383.90
Three hundred eighty three 90/100   DOLLARS
MEMO Payroll

**06/03/2019   CHECK# 2521   $543.33**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2521
5/31/19
PAY TO THE ORDER OF   Zachary Stanley   $ 543.33
Five hundred forty three 33/100   DOLLARS
MEMO Payroll

23917

**06/14/2019 CHECK# 2522 $941.49**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2522
5/31/19
PAY TO THE ORDER OF Riley Stephenson $ 941.49
Nine hundred forty one 49/100 DOLLARS
MEMO Payroll

**06/03/2019 CHECK# 2530 $873.97**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2530
5/31/19
PAY TO THE ORDER OF Timothy Eens $ 873.97
eight hundred seventy three 97/100 DOLLARS
MEMO Payroll

**06/04/2019 CHECK# 2523 $717.48**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2523
5/31/19
PAY TO THE ORDER OF Michael Thiel $ 717.48
Seven hundred seventeen 48/100 DOLLARS
MEMO Payroll

**06/04/2019 CHECK# 2531 $2387.40**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2531
5/31/19
PAY TO THE ORDER OF Allen Gibbs $ 2387.40
Two thousand three hundred eighty seven 40/100 DOLLARS
MEMO Payroll

**06/07/2019 CHECK# 2525 $1741.74**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2525
5/31/19
PAY TO THE ORDER OF William A. Bowersox $ 1,741.74
One thousand seven hundred forty one 74/100 DOLLARS
MEMO Payroll

**06/11/2019 CHECK# 2532 $1181.59**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2532
5/31/19
PAY TO THE ORDER OF Aaron Hill $ 1181.59
One thousand one hundred eighty one 100 DOLLARS
MEMO Payroll

**06/04/2019 CHECK# 2526 $2629.29**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2526
5/31/19
PAY TO THE ORDER OF Ryan Brenny $ 2629.29
Two thousand six hundred twenty-nine 29/100 DOLLARS
MEMO Payroll

**06/03/2019 CHECK# 2533 $1115.17**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2533
5/31/19
PAY TO THE ORDER OF Matt Johnson $ 1115.17
One thousand one hundred fifteen 17/100 DOLLARS
MEMO Payroll

**06/04/2019 CHECK# 2527 $3774.37**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2527
5/31/19
PAY TO THE ORDER OF Ben Brawning $ 3774.37
Three thousand seven hundred seventy four 37/100 DOLLARS
MEMO Payroll

**06/04/2019 CHECK# 2534 $2692.49**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2534
5/31/19
PAY TO THE ORDER OF Virginia W. Johnson $ 2692.49
Two thousand six hundred ninety two 49/100 DOLLARS
MEMO Payroll

**06/03/2019 CHECK# 2528 $4464.20**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2528
5/31/19
PAY TO THE ORDER OF Anthony Coker $ 4464.20
Four thousand four hundred sixty four 20/100 DOLLARS
MEMO Payroll

**06/03/2019 CHECK# 2535 $1674.51**



HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
UNITED COMMUNITY BANK
MARIETTA, GA 30060-1612
2535
5/31/19
PAY TO THE ORDER OF Ryan Lillenei $ 1674.51
One thousand six hundred seventy four 51/100 DOLLARS
MEMO Payroll

06/11/2019   CHECK# 2536   $2973.28



06/03/2019   CHECK# 2542   $1543.65



06/21/2019   CHECK# 2537   $1616.86



06/03/2019   CHECK# 2543   $2579.00



06/03/2019   CHECK# 2538   $1636.50



06/03/2019   CHECK# 2544   $2162.08



06/07/2019   CHECK# 2539   $947.97



06/04/2019   CHECK# 2545   $892.42



06/04/2019   CHECK# 2540   $4352.73



06/06/2019   CHECK# 2546   $4380.97



06/03/2019   CHECK# 2541   $4233.15



06/10/2019   CHECK# 2549   $916.17

06/10/2019    CHECK# 2550    $1281.89



06/10/2019    CHECK# 2556    $523.38



06/10/2019    CHECK# 2551    $1129.58



06/10/2019    CHECK# 2557    $497.66



06/19/2019    CHECK# 2552    $179.30



06/10/2019    CHECK# 2558    $559.50



06/10/2019    CHECK# 2553    $1078.06



06/10/2019    CHECK# 2559    $540.72



06/10/2019    CHECK# 2554    $534.39



06/18/2019    CHECK# 2560    $279.14



06/11/2019    CHECK# 2555    $594.25



06/12/2019    CHECK# 2561    $380.69

06/10/2019  CHECK# 2562  $570.38



06/10/2019  CHECK# 2568  $587.24



06/10/2019  CHECK# 2563  $593.50



06/14/2019  CHECK# 2569  $1031.68



06/20/2019  CHECK# 2564  $489.39



06/07/2019  CHECK# 2570  $860.60



06/10/2019  CHECK# 2565  $571.08



06/18/2019  CHECK# 2571  $1550.26



06/07/2019  CHECK# 2566  $621.41



06/17/2019  CHECK# 2572  $1149.33



06/07/2019  CHECK# 2567  $470.49



06/18/2019  CHECK# 2573  $1281.90

**06/17/2019   CHECK# 2574   $786.44**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2574
6/14/2019
PAY TO THE ORDER OF  Matthew Carter                    $ **786.44
Seven Hundred Eighty-Six and 44/100**
Matthew Carter
5071 Hwy 109
Molena, GA 30258
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/17/2019   CHECK# 2580   $451.53**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2580
6/14/2019
PAY TO THE ORDER OF  Daniel Emmons                    $ **451.53
Four Hundred Fifty-One and 53/100**
Daniel Emmons
320 Thoroughbred Ln
Macon, GA 31216
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/19/2019   CHECK# 2575   $265.43**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2575
6/14/2019
PAY TO THE ORDER OF  Jonah I Cassels                    $ **265.43
Two Hundred Sixty-Five and 43/100**
Jonah I Cassels
905 Elizabeth Place
Bainbridge, GA 39819
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/14/2019   CHECK# 2581   $321.38**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2581
6/14/2019
PAY TO THE ORDER OF  Roger Foster                    $ **321.38
Three Hundred Twenty-One and 38/100**
Roger Foster
2900 Bradmoor Ct.
Decatur, GA 30034
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/17/2019   CHECK# 2576   $1048.07**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2576
6/14/2019
PAY TO THE ORDER OF  Anthony K. Christopher                    $ **1,048.07
One Thousand Forty-Eight and 07/100**
Anthony K. Christopher
95 Melanie Drive
Stockbridge, GA 30281
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/18/2019   CHECK# 2582   $747.38**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2582
6/14/2019
PAY TO THE ORDER OF  Desmond Harrison                    $ **747.38
Seven Hundred Forty-Seven and 38/100**
Desmond Harrison
95 Sadie Branch Ln
Maodlesfield, NC 27852
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/18/2019   CHECK# 2577   $662.50**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2577
6/14/2019
PAY TO THE ORDER OF  Dwayne Cudjoe                    $ **662.50
Six Hundred Sixty-Two and 50/100**
Dwayne Cudjoe
3301 Grundy Ives Dr.
Snellville, GA 30039
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/18/2019   CHECK# 2583   $857.02**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2583
6/14/2019
PAY TO THE ORDER OF  Samuel Hendricks                    $ **857.02
Eight Hundred Fifty-Seven and 02/100**
Samuel Hendricks
4987 Holborn Ct.
Acworth, GA 30101
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/18/2019   CHECK# 2578   $987.84**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2578
6/14/2019
PAY TO THE ORDER OF  Martin Duckett                    $ **987.84
Nine Hundred Eighty-Seven and 84/100**
Martin Duckett
1751 Pine Creek Dr.
Austell, GA 30168
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/14/2019   CHECK# 2584   $583.75**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2584
6/14/2019
PAY TO THE ORDER OF  David W Jones                    $ **583.75
Five Hundred Eighty-Three and 75/100**
David W Jones
3218 Highway 49
Fort Valley, GA 31030
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/17/2019   CHECK# 2579   $678.70**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2579
6/14/2019
PAY TO THE ORDER OF  Chad Edwards                    $ **678.70
Six Hundred Seventy-Eight and 70/100**
Chad Edwards
201 Margaret Court
Macon, GA 31216
MEMO
Pay Period: 06/03/2019 - 06/09/2019

**06/18/2019   CHECK# 2585   $329.70**

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2585
6/14/2019
PAY TO THE ORDER OF  Justin Moore                    $ **329.70
Three Hundred Twenty-Nine and 70/100**
Justin Moore
5595 Mount Pleasant Church Rd
Macon, GA 31216
MEMO
Pay Period: 06/03/2019 - 06/09/2019

06/17/2019   CHECK# 2586   $574.45



06/25/2019   CHECK# 2592   $753.78



06/20/2019   CHECK# 2587   $564.82



06/14/2019   CHECK# 2593   $1099.44



06/17/2019   CHECK# 2588   $925.29



06/21/2019   CHECK# 2594   $1732.51



06/18/2019   CHECK# 2589   $407.62



06/25/2019   CHECK# 2595   $2629.29



06/14/2019   CHECK# 2590   $402.85



06/24/2019   CHECK# 2596   $3774.37



06/17/2019   CHECK# 2591   $557.43



06/24/2019   CHECK# 2597   $4464.20

06/21/2019    CHECK# 2598    $1574.22

06/24/2019    CHECK# 2605    $2973.28

06/24/2019    CHECK# 2599    $873.97

06/24/2019    CHECK# 2607    $1636.50

06/21/2019    CHECK# 2600    $2020.09

06/27/2019    CHECK# 2609    $947.97

06/24/2019    CHECK# 2601    $2387.40

06/25/2019    CHECK# 2610    $4352.73

06/24/2019    CHECK# 2603    $2692.49

06/24/2019    CHECK# 2611    $4233.15

06/24/2019    CHECK# 2604    $1665.28

06/24/2019    CHECK# 2612    $1543.65

06/25/2019   CHECK# 2613   $2579.00

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2613

6/17/2019

PAY TO THE ORDER OF   Joseph D Waybright            $ **2,579.00

Two Thousand Five Hundred Seventy-Nine and 00/100************ DOLLARS

Joseph D Waybright
92 Branham Street
Atlanta, GA 30317

MEMO

06/25/2019   CHECK# 2621   $974.13

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2621

6/21/2019

PAY TO THE ORDER OF   Matthew Carter            $ **974.13

Nine Hundred Seventy-Four and 13/100************ DOLLARS

Matthew Carter
6071 Hwy 109
Molena, GA 30258

MEMO

06/24/2019   CHECK# 2614   $2162.08

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2614

6/17/2019

PAY TO THE ORDER OF   Cynthia White            $ **2,162.08

Two Thousand One Hundred Sixty-Two and 08/100************ DOLLARS

Cynthia White
3440 Davis Road
Marietta, GA 30062

MEMO

06/25/2019   CHECK# 2622   $1048.05

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2622

6/21/2019

PAY TO THE ORDER OF   Anthony K. Christopher            $ **1,048.05

One Thousand Forty-Eight and 05/100************ DOLLARS

Anthony K. Christopher
90 Merane Drive
Stockbridge, GA 30281

MEMO   Pay Period: 05/10/2019 - 05/16/2019

06/21/2019   CHECK# 2615   $2922.25

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2615

5/18/2019

PAY TO THE ORDER OF   Verizon Wireless            $ **2,922.25

Two Thousand Nine Hundred Twenty-Two and 25/100************ DOLLARS

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

MEMO

06/26/2019   CHECK# 2623   $457.43

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2623

6/21/2019

PAY TO THE ORDER OF   Dwayne Cudjoe            $ **457.43

Four Hundred Fifty-Seven and 43/100************ DOLLARS

Dwayne Cudjoe
3301 Grundy Ives Dr.
Snellville, GA 30039

MEMO   Pay Period: 05/10/2019 - 05/16/2019

06/21/2019   CHECK# 2618   $2227.42

OK- Peter Marte

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2618

6/21/2019

PAY TO THE ORDER OF   Alfred Wheeler            $ **2,227.42

Two Thousand Two Hundred Twenty-Seven and 42/100************ DOLLARS

2725 Hunters Pond Lane
Snellville, GA 33078

MEMO

06/25/2019   CHECK# 2624   $1004.25

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2624

II 1057

6/21/2019

PAY TO THE ORDER OF   Martin Duckett            $ **1,004.25

One Thousand Four and 25/100************ DOLLARS

Martin Duckett
1751 Pine Creek Dr.
Austell, GA 30168

MEMO   Pay Period: 05/10/2019 - 05/16/2019

06/25/2019   CHECK# 2619   $893.79

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2619

6/21/2019

PAY TO THE ORDER OF   Ronaldo Barnett            $ **893.79

Eight Hundred Ninety-Three and 79/100************ DOLLARS

Ronaldo Barnett
3201 Grundy Ives Drive
Snellville, GA 30039

MEMO   Pay Period: 05/10/2019 - 05/16/2019

06/25/2019   CHECK# 2625   $420.40

PREAUTHORIZED PAYMENT - 5653        Date: 06/21/2019

81822157
2019062301058850

081112843
20721300731
2625

Check Accepted At KROGER ATLANTA        420.40

Four hundred and twenty and 40/100 -------------------- Dollars

UNITED COMMUNITY BANK,INC
63 HIGHWAY 515
BLAIRSVILLE, GA 30512-0000

06/24/2019   CHECK# 2620   $1281.90

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30319
2620

6/21/2019

PAY TO THE ORDER OF   Philip Caleb            $ **1,281.90

One Thousand Two Hundred Eighty-One and 90/100************ DOLLARS

Philip Caleb
500 Spring Creek Ct.
Marietta, GA 30068

MEMO

06/24/2019   CHECK# 2626   $493.19

HANNAH SOLAR, LLC
1311 COLLIER RD, NW
ATLANTA, GA 30318
2626

6/21/2019

PAY TO THE ORDER OF   Roger Foster            $ **493.19

Four Hundred Ninety-Three and 19/100************ DOLLARS

Roger Foster
2900 Bradmoor Ct
Decatur, GA 30034

MEMO   Pay Period: 05/10/2019 - 05/16/2019

06/26/2019    CHECK# 2627    $742.64

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2627
5/21/2019
PAY TO THE ORDER OF    Desmond Harrison    $ **742.64
Seven Hundred Forty-Two and 64/100**************    DOLLARS
Desmond Harrison
98 Sara Branch Ln
Macclesfield, NC 27852
MEMO

06/24/2019    CHECK# 2635    $372.37

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2635
6/21/2019
PAY TO THE ORDER OF    William G Pope    $ **372.37
Three Hundred Seventy-Two and 37/100**************    DOLLARS
William G Pope
2885 Lajean Dr
College Park, GA 30349
MEMO

06/25/2019    CHECK# 2628    $378.68

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2628
6/21/2019
PAY TO THE ORDER OF    Samuel Hendricks    $ **378.68
Three Hundred Seventy-Eight and 68/100**************    DOLLARS
Samuel Hendricks
4987 Holborn Ct
Acworth, GA 30101
MEMO

06/25/2019    CHECK# 2636    $529.46

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2636
PAY TO THE ORDER OF    Zachary Stanley    $ **
Five Hundred Twenty-Nine and 46/100**************    DOLLARS
Zachary Stanley
1557 Terrell Mill Rd.
Apt #2500
Marietta, GA 30067
MEMO

06/24/2019    CHECK# 2629    $417.78

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2629
6/21/2019
PAY TO THE ORDER OF    Vincent Johnson    $ **417.78
Four Hundred Seventeen and 78/100**************    DOLLARS
Vincent Johnson
8782 Homewood Ct,
Riverdale, GA 30274
MEMO

06/28/2019    CHECK# 2637    $1175.34

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2637
6/21/2019
PAY TO THE ORDER OF    Riley Stephenson    $ **1,175.34
One Thousand One Hundred Seventy-Five and 34/100**************    DOLLARS
Riley Stephenson
144 Appalachian Way
Asheville, NC 28806
MEMO

06/25/2019    CHECK# 2631    $477.46

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2631
6/21/2019
PAY TO THE ORDER OF    Benjamin Pass    $ **477.46
Four Hundred Seventy-Seven and 46/100**************    DOLLARS
Benjamin Pass
2047 East Camellia Dr
Atlanta, GA 30032
MEMO

06/24/2019    CHECK# 2638    $859.93

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2638
6/21/2019
PAY TO THE ORDER OF    Michael Thiel    $ **859.93
Eight Hundred Fifty-Nine and 93/100**************    DOLLARS
Michael Thiel
1650 Chapel Hill Road
Williamson, GA 30292
MEMO

06/24/2019    CHECK# 2633    $942.16

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2633
6/21/2019
PAY TO THE ORDER OF    Marques Pope    $ **942.16
Nine Hundred Forty-Two and 16/100**************    DOLLARS
Marques Pope
2855 Lajean Drive
College Park, GA 30349
MEMO

06/28/2019    CHECK# 2651    $768.74

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2651
6/28/2019
PAY TO THE ORDER OF    David W Jones    $ **768.74
Seven Hundred Sixty-Eight and 74/100**************    DOLLARS
David W Jones
3218 Highway 49
Fort Valley, GA 31030
MEMO

06/24/2019    CHECK# 2634    $863.92

**HANNAH SOLAR, LLC**
1311 COLLIER RD, NW
ATLANTA, GA 30318
2634
6/21/2019
PAY TO THE ORDER OF    Tyrone Pope    $ **863.92
Eight Hundred Sixty-Three and 92/100**************    DOLLARS
Tyrone Pope
4025 Montego Bay Drive
College Park, GA 30349
MEMO

23926

## ACCOUNT RECONCILEMENT - THIS FORM IS PROVIDED TO ASSIST YOU IN BALANCING YOUR CHECKING ACCOUNT

LIST CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | | | |

**PERIOD ENDING**

,20__

1. **SUBTRACT** FROM YOUR CHECK REGISTER ANY CHARGES LISTED ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED FROM YOUR BALANCE.

2. ENTER CHECKING BALANCE SHOWN ON THIS STATEMENT $

3. ENTER DEPOSITS MADE LATER THAN THE ENDING DATE OF THIS STATEMENT $

TOTAL (2 + 3) $

4. IN YOUR CHECK REGISTER CHECK OFF ALL CHECKS PAID AND IN AREA PROVIDED AT LEFT LIST NUMBERS & AMOUNTS OF ALL UNPAID CHECKS.

5. SUBTRACT TOTAL CHECKS OUTSTANDING. $

6. THIS AMOUNT SHOULD EQUAL YOUR CHECK REGISTER BALANCE $

TOTAL

**IF YOU DO NOT BALANCE** - VERIFY ADDITIONS AND SUBTRACTIONS - ABOVE AND IN YOUR CHECK REGISTER. COMPARE THE DOLLAR AMOUNTS OF CHECKS LISTED ON THIS STATEMENT WITH THE CHECK AMOUNTS LISTED IN YOUR CHECK REGISTER. COMPARE THE DOLLAR AMOUNT OF DEPOSITS LISTED ON THIS STATEMENT WITH THE DEPOSIT AMOUNTS RECORDED IN YOUR CHECK REGISTER.

### STATEMENT INFORMATION
Please examine this statement immediately and report any inaccuracies. If no reply is received within 30 days from the date we mailed this statement the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
Telephone or write us at the telephone number or address located on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days from the date we mailed you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and the account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete the investigation.

### YOUR LINE OF CREDIT ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW
This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon your request and in response to a billing error notice.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us, on a separate sheet of paper, at the address shown on the front of this bill.

In your letter, give us the following information:

* *Account information*: Your name and account number.
* *Dollar amount*: The dollar amount of the suspected error.
* *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

A daily **FINANCE CHARGE** will be imposed on all credit advances made under your Line of Credit Account from the date of each credit advance based on the "average daily balance" method. To get the average daily balance we take the beginning balance of your Line of Credit Account each day, add any new advances, and subtract any payments or credits and unpaid **FINANCE CHARGES**. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

Your periodic rate may vary if your Line of Credit is variable rate.

Your minimum periodic payment required is shown on the front of this bill. You may pay off your Line of Credit balance at any time, or make voluntary additional payments. Unless otherwise agreed to Payments shall be applied in the following order: to (a) any unpaid **FINANCE CHARGES**; (b) any voluntary credit life and disability insurance premiums; (c) unpaid principal; (d) late charges and other charges; (e) and then to any amounts that exceed your credit limit.

Send payments and inquiries to the address shown on the front of this bill.

NOTE: Payments must be received <u>by the earlier of</u> the time the branch closes or 5:00 p.m. Eastern Time, Monday Friday, except bank holidays, to be credited as of that date. All other payments received will be credited as of the next business day or as otherwise permitted by law.

STANDARD BANK RECONCILIATION

Month      June_____      Year      _____2019

Account No.   2072131101_____          Account Name      Hannah Solar LLC DIP Case #19-57651 Payroll Account

| | | | | |
|---|---|---|---|---|
| Bank Balance shown on Bank Statement | $  31,397.68 | | Your transaction register balance | $  31,397.68 |
| Add (+)<br>Deposits not shown on Bank Statement | $ _____ | | Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ _____ |
| Total | $  31,397.68 | | Add (+)<br>Interest paid on bank statement | $ _____ |
| Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement | | | Total | $  31,397.68 |

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |
| | $   - | | $   - |

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | | |
|---|---|---|---|---|
| Total Subtractions | $           - | | Total Subtractions | $ _____ |
| Balance | $  31,397.68 | | Balance | $  31,397.68 |

206889

# United
## Community Bank®

**200 CHEROKEE STREET • MARIETTA GA 30060**
**TELEPHONE: 800-822-2651    (72)**
**RETURN SERVICE REQUESTED**

| | |
|---|---|
| Account Number | XXXXXX1101 |
| Statement Date | 06/28/2019 |
| Balance | 31,397.68 |
| Enclosures | 1 |
| Page | 1 of 2 |



Protect your business from fraudulent activity with Positive Pay.

ucbi.com/positive-pay



46454 1 AB 0.409       P:46454 / T:170 / S:

HANNAH SOLAR LLC
DEBTOR IN POSSESSION CASE # 19-57651
PAYROLL ACCOUNT
1311 COLLIER RD NW
ATLANTA GA 30318-2303

*Beginning August 1, the following fees will be billed monthly on your Treasury Management statement rather than at the time of transaction: Online Stop Payments, ACH File Reversals, ACH Return and Corrections, Online Initiated Wires and Returned Deposited Items.*
------------------------------------------------------------------------
*SAFE AND SOUND*
*Protecting yourself from fraud begins with education. Protect your business and stay in the know with helpful tips to keep your information safe. Learn more at ucbi.com/protect-your-business*

## BUSINESS FREEDOM ACCOUNT XXXXXX1101

| | | | | |
|---|---|---|---|---|
| MINIMUM BALANCE | 31,397.68 | LAST STATEMENT 06/28/19 | .00 |
| AVG AVAILABLE BALANCE | .00 | 1 CREDITS | 31,397.68 |
| AVERAGE BALANCE | 31,397.68 | DEBITS | .00 |
| | | THIS STATEMENT 06/28/19 | 31,397.68 |

### DEPOSITS

| REF # | DATE | AMOUNT | REF # | DATE | AMOUNT | REF # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 06/28 | 31,397.68 | | | | | | |



**FACT #87:** PENGUINS HAVE KNEES. THEY'RE JUST COVERED BY FEATHERS.

WE DIDN'T KNOW THAT. BUT WE DO KNOW FLEXIBILITY.
We have checking account options that will grow with your business.

ucbi.com/business-checking





Member
**FDIC**

206890

06/28/2019    $31397.68

DEPOSIT TICKET

Hannah Solar LLC
pK

Date 6/28/19

United
Community Bank
Atlanta, Georgia

CASH

SUBTOTAL
LESS CASH

NET
DEPOSIT    $    31 397.68

**ACCOUNT RECONCILEMENT** – THIS FORM IS PROVIDED TO ASSIST YOU IN BALANCING YOUR CHECKING ACCOUNT

LIST CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL |  |

PERIOD ENDING

_____ ,20__

1. **SUBTRACT** FROM YOUR CHECK REGISTER ANY CHARGES LISTED ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED FROM YOUR BALANCE.

2. ENTER CHECKING BALANCE

SHOWN ON THIS STATEMENT $_____

3. ENTER DEPOSITS MADE $_____

LATER THAN THE ENDING $_____

DATE OF THIS STATEMENT $_____

TOTAL (2 + 3) $_____

4. IN YOUR CHECK REGISTER CHECK OFF ALL CHECKS PAID AND IN AREA PROVIDED AT LEFT LIST NUMBERS & AMOUNTS OF ALL UNPAID CHECKS.

5. SUBTRACT TOTAL CHECKS

OUTSTANDING. $_____

6. THIS AMOUNT SHOULD EQUAL

YOUR CHECK REGISTER BALANCE $_____

**IF YOU DO NOT BALANCE** - VERIFY ADDITIONS AND SUBTRACTIONS - ABOVE AND IN YOUR CHECK REGISTER. COMPARE THE DOLLAR AMOUNTS OF CHECKS LISTED ON THIS STATEMENT WITH THE CHECK AMOUNTS LISTED IN YOUR CHECK REGISTER. COMPARE THE DOLLAR AMOUNT OF DEPOSITS LISTED ON THIS STATEMENT WITH THE DEPOSIT AMOUNTS RECORDED IN YOUR CHECK REGISTER.

### STATEMENT INFORMATION

Please examine this statement immediately and report any inaccuracies. If no reply is received within 30 days from the date we mailed this statement the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days from the date we mailed you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and the account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete the investigation.

### YOUR LINE OF CREDIT ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon your request and in response to a billing error notice.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us, on a separate sheet of paper, at the address shown on the front of this bill.

In your letter, give us the following information:

* *Account information*: Your name and account number.
* *Dollar amount*: The dollar amount of the suspected error.
* *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

A daily **FINANCE CHARGE** will be imposed on all credit advances made under your Line of Credit Account from the date of each credit advance based on the "average daily balance" method. To get the average daily balance we take the beginning balance of your Line of Credit Account each day, add any new advances, and subtract any payments or credits and unpaid **FINANCE CHARGES**. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

Your periodic rate may vary if your Line of Credit is variable rate.

Your minimum periodic payment required is shown on the front of this bill. You may pay off your Line of Credit balance at any time, or make voluntary additional payments. Unless otherwise agreed to Payments shall be applied in the following order: to (a) any unpaid **FINANCE CHARGES**; (b) any voluntary credit life and disability insurance premiums; (c) unpaid principal; (d) late charges and other charges; (e) and then to any amounts that exceed your credit limit.

Send payments and inquiries to the address shown on the front of this bill.

NOTE: Payments must be received by the earlier of the time the branch closes or 5:00 p.m. Eastern Time, Monday   Friday, except bank holidays, to be credited as of that date. All other payments received will be credited as of the next business day or as otherwise permitted by law.

206892

STANDARD BANK RECONCILIATION

Month ___June___  Year ___2019___

Account No. __2072131093__          Account Name          __Hannah Solar LLC DIP Case #19-57651__ Tax Account

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ _____ - | Your transaction register balance $ _____ - |
| Add (+)<br>Deposits not shown on Bank Statement | $ _____ | Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register $ _____ |
| Total | $ _____ - | Add (+)<br>Interest paid on bank statement $ _____ |
| Subtract (-)<br>Checks and other items outstanding but not<br>paid on Bank Statement | | Total $ _____ - |

Subtract (-)
Other debits shown on bank statement
but not in transaction register

| Number | Amount | Number | Amount |
|---|---|---|---|
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |
| | $    - | | $    - |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |

Total Subtractions $ _____ -          Total Subtractions $ _____

Balance $ _____ -          Balance $ _____ -

206881

# U
**UNITED**
## United
### Community Bank®

**200 CHEROKEE STREET • MARIETTA GA 30060**
**TELEPHONE: 800-822-2651    (72)**
**RETURN SERVICE REQUESTED**

| | |
|---|---|
| Account Number | XXXXXX1093 |
| Statement Date | 06/28/2019 |
| Balance | .00 |
| Enclosures | 0 |
| Page | 1 of 1 |



Protect your business
from fraudulent activity
with Positive Pay.

ucbi.com/positive-pay

46450 1 AB 0.409        P:46450 / T:170 / S:

HANNAH SOLAR LLC
DEBTOR IN POSSESSION CASE # 19-57651
TAX ACCOUNT
1311 COLLIER RD NW
ATLANTA GA 30318-2303

*Beginning August 1, the following fees will be billed monthly on your Treasury Management statement rather than at the time of transaction: Online Stop Payments, ACH File Reversals, ACH Return and Corrections, Online Initiated Wires and Returned Deposited Items.*

--------------------------------------------------------------------
*SAFE AND SOUND*
*Protecting yourself from fraud begins with education. Protect your business and stay in the know with helpful tips to keep your information safe. Learn more at ucbi.com/protect-your-business*

## BUSINESS FREEDOM ACCOUNT XXXXXX1093

```
              LAST STATEMENT 06/28/19          .00
                     CREDITS                   .00
                      DEBITS                   .00
              THIS STATEMENT 06/28/19          .00
```



FACT #87: PENGUINS HAVE KNEES.
THEY'RE JUST COVERED BY FEATHERS.

WE DIDN'T KNOW THAT. BUT WE DO KNOW FLEXIBILITY.
We have checking account options that will grow with your business.

ucbi.com/business-checking




Member
FDIC


EQUAL HOUSING LENDER

206882

| ACCOUNT RECONCILEMENT - THIS FORM IS PROVIDED TO ASSIST YOU IN BALANCING YOUR CHECKING ACCOUNT |||||
|---|---|---|---|---|

**LIST CHECKS OUTSTANDING NOT CHARGED TO YOUR ACCOUNT**

PERIOD ENDING

| CHECK NUMBER | AMOUNT | CHECK NUMBER | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | | |

,20__

1. **SUBTRACT** FROM YOUR CHECK REGISTER ANY CHARGES LISTED ON THIS STATEMENT WHICH YOU HAVE NOT PREVIOUSLY DEDUCTED FROM YOUR BALANCE.

2. ENTER CHECKING BALANCE SHOWN ON THIS STATEMENT $

3. ENTER DEPOSITS MADE LATER THAN THE ENDING DATE OF THIS STATEMENT $ $ $

TOTAL (2 + 3) $

4. IN YOUR CHECK REGISTER CHECK OFF ALL CHECKS PAID AND IN AREA PROVIDED AT LEFT LIST NUMBERS & AMOUNTS OF ALL UNPAID CHECKS.

5. SUBTRACT TOTAL CHECKS OUTSTANDING. $

6. THIS AMOUNT SHOULD EQUAL YOUR CHECK REGISTER BALANCE $

**IF YOU DO NOT BALANCE** - VERIFY ADDITIONS AND SUBTRACTIONS - ABOVE AND IN YOUR CHECK REGISTER. COMPARE THE DOLLAR AMOUNTS OF CHECKS LISTED ON THIS STATEMENT WITH THE CHECK AMOUNTS LISTED IN YOUR CHECK REGISTER. COMPARE THE DOLLAR AMOUNT OF DEPOSITS LISTED ON THIS STATEMENT WITH THE DEPOSIT AMOUNTS RECORDED IN YOUR CHECK REGISTER.

### STATEMENT INFORMATION

Please examine this statement immediately and report any inaccuracies. If no reply is received within 30 days from the date we mailed this statement the account will be considered correct.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the telephone number or address located on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days from the date we mailed you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and the account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete the investigation.

### YOUR LINE OF CREDIT ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon your request and in response to a billing error notice.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us, on a separate sheet of paper, at the address shown on the front of this bill.

In your letter, give us the following information:

* *Account information*: Your name and account number.
* *Dollar amount*: The dollar amount of the suspected error.
* *Description of Problem*: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

* We cannot try to collect the amount in question, or report you as delinquent on that amount.
* The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
* While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
* We can apply any unpaid amount against your credit limit.

A daily **FINANCE CHARGE** will be imposed on all credit advances made under your Line of Credit Account from the date of each credit advance based on the "average daily balance" method. To get the average daily balance we take the beginning balance of your Line of Credit Account each day, add any new advances, and subtract any payments or credits and unpaid **FINANCE CHARGES**. This gives us a daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance".

Your periodic rate may vary if your Line of Credit is variable rate.

Your minimum periodic payment required is shown on the front of this bill. You may pay off your Line of Credit balance at any time, or make voluntary additional payments. Unless otherwise agreed to Payments shall be applied in the following order: to (a) any unpaid **FINANCE CHARGES**; (b) any voluntary credit life and disability insurance premiums; (c) unpaid principal; (d) late charges and other charges; (e) and then to any amounts that exceed your credit limit.

Send payments and inquiries to the address shown on the front of this bill.

NOTE: Payments must be received by the earlier of the time the branch closes or 5:00 p.m. Eastern Time, Monday   Friday, except bank holidays, to be credited as of that date. All other payments received will be credited as of the next business day or as otherwise permitted by law.

Hannah Solar , LLC
Statement of operations
For the Month ended June 30th 2019

| | |
|---|---|
| Net Sales | 324,373.00 |
| Cost of good sold | 183,999.02 |
| Gross Profit | 140,373.98 |
| Selling, General and Administravive expenses | 190,802.07 |
| Operating loss | (50,428.09) |
| Other income | 12,806.72 |
| Net loss | (37,621.37) |

Hannah Solar , LLC
Balance sheet
June 30 2019

ASSETS

Current Assets:

| | |
|---|---|
| Cash | 106,576 |
| Trade accounts receivable, net | 594,919 |
| Inventories | 262,927 |
| Other  assets and prepaid expenses | 99,902 |
| Total current assets | 1,064,325 |
| Property and equipment , net | 834,917 |
| Other non-current assets | 334,316 |
| Total Assets | 2,233,558 |

LIABILITIES AND MEMBERS' EQUITY

| | |
|---|---|
| Current Liability accounts Payable | (163,970) |
| Note Payable | (95,223) |
| Members' Equity | 2,492,750 |
| Total Liabilities and Members' Equity | 2,233,558 |

Hannah Solar , LLC
Reconciliation of MOR report to finncial statements
For the Month ended June 30th 2019

| | | | |
|---|---:|---:|---|
| Total receipts per Mor Report | 363,990 | | |
| Total Disbursements per Mor report | (320,236) | | |
| Net Change per Mor report | 43,754 | 43,754 | |
| | | | |
| Net Loss per Financial statement | (37,621) | | |
| Account recivable adjustment | | | |
|     June New Biling | (324,373) | | |
|     June Cash Receipts | 351,183 | 26,810 | |
| Depreciation | | 13,362 | |
| Inventory usage | | 41,204 | |
| | | 43,754 | 43,754 |
| | | | |
|     Difference | | | - |