# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HANNAH SOLAR LLC, | ) | CASE NO. 19-57651-pmb |
| | ) | |
| Debtor. | ) | |

## DISCLOSURE STATEMENT CONCERNING DEBTOR'S
## FOURTH PLAN OF REORGANIZATION

Hannah Solar LLC ("Debtor"), through its undersigned counsel, pursuant to 11 U.S.C. §1125 and Bankruptcy Rule 3016, hereby submits this Disclosure Statement Concerning Debtor's Fourth Plan of Reorganization (the "Plan").

This 23rd day of October, 2020.

<table>
<tr><td>/s/ Garrett A. Nail</td><td>/s/ Michael D. Robl</td></tr>
<tr><td>Garrett A. Nail</td><td>Michael D. Robl</td></tr>
<tr><td>Georgia Bar No. 997924</td><td>Georgia Bar No. 610905</td></tr>
<tr><td>PORTNOY GARNER & NAIL LLC</td><td>ROBL LAW GROUP LLC</td></tr>
<tr><td>3350 Riverwood Parkway</td><td>3754 Lavista Road</td></tr>
<tr><td>Suite 460</td><td>Suite 250</td></tr>
<tr><td>Atlanta, Georgia 30339</td><td>Tucker, Georgia 30084</td></tr>
<tr><td>(678) 385-9712</td><td>(404) 373-5153 (telephone)</td></tr>
<tr><td>gnail@pgnlaw.com</td><td>(404) 537-1761 (facsimile)</td></tr>
<tr><td></td><td>michael@roblgroup.com (e-mail)</td></tr>
<tr><td><em>Co-counsel for Debtor</em></td><td></td></tr>
<tr><td></td><td><em>Co-counsel for Debtor</em></td></tr>
</table>

# TABLE OF CONTENTS

The following sections are included within this Disclosure Statement:

**Article 1:**    **Introduction**

**Article 2:**    **Information Concerning Debtor's Business, Historical Operations and Events Leading to Bankruptcy**

**Article 3:**    **Information Concerning Debtor's Chapter 11 Bankruptcy Case**

**Article 4:**    **Summary of Plan**

**Article 5:**    **Other Information Potentially Relevant to an Analysis of the Plan**

**Article 6:**    **Disclaimers**

**Article 7:**    **Procedure for Confirmation of the Plan**

**Article 8:**    **Solicitation and Acceptances**

# ARTICLE 1

# INTRODUCTION

**1.01    Purpose of the Disclosure Statement.**  The purpose of this Disclosure Statement is to provide the holders of claims and interests in the above-styled Chapter 11 bankruptcy case with information on the proposed Plan that is adequate to enable such holders of claims and interests to make an informed decision in exercising their right to vote on the Plan.  A hearing on this Disclosure Statement will be held by the Bankruptcy Court, and if this Disclosure Statement has been approved by Order of the Bankruptcy Court it will be mailed to all such creditors.

**1.02    Definitions.**  Capitalized terms used and not defined in this Disclosure Statement shall have the meanings ascribed to them in the Plan.

**1.03    Accompanying Documents.**   Accompanying this Disclosure Statement are copies of: (1) the Plan; (2) an Order and Notice from the Court establishing (a) the time for and manner of filing ballots accepting or rejecting the Plan, (b) the date and time of the hearing to consider Confirmation of the Plan, and (c) the time for filing objections to the Plan; and (3) a Ballot for voting on the Plan.

**1.04    Voting Instructions**.  After reviewing this Disclosure Statement and the Plan, please indicate your vote on the enclosed Ballot and mail or otherwise deliver the Ballot to the office of the Clerk of Bankruptcy Court at the address shown on the Ballot.  **In order to have your vote count, your ballot must be received by the clerk's office by 4:00 p.m. on the date shown on the accompanying order and notice if delivered in person, or by 11:59 p.m. if filed via the Court's ECF system**.

**1.05    Solicitation of Acceptances.  Debtor believes that acceptance of the Plan is in the best interest of all creditors and recommends that creditors vote to accept the Plan. The Plan provides for satisfaction in full of priority claims, secured claims, and a distribution in partial satisfaction of unsecured claims.**

**1.06    Unimpaired, non-voting Classes of Claims**.  Creditors in every Class, except equity holders, are impaired.  Accordingly, Ballots need to be completed and filed by creditors in every Class other than by equity holders.

**1.07    Binding Effect.**  Whether or not a holder of a claim or interest votes on the Plan, such holder of a claim or interest will be bound by the terms of the Plan if the Plan is confirmed by the Court. Allowance or disallowance of a claim for voting purposes does not necessarily mean that all or a portion of that claim will be allowed or disallowed for purposes of distribution under the Plan.

**1.08    Voting Requirements for Confirmation**.  In order for the Plan to be accepted and thereafter confirmed by the Court without resort to the "cramdown" provisions of Chapter 11 (explained later in this Disclosure Statement), votes representing a majority in number and at least two-thirds in amount of claims actually voting on the Plan in each impaired Class must vote to accept the Plan.

**1.09    Use of this Disclosure Statement**.  This Disclosure Statement is intended to assist holders of claims and interests in determining whether to accept or reject the Plan.  Votes on the Plan may not be solicited unless a copy of this Disclosure Statement is furnished prior to or concurrently with such solicitation.  You should read this Disclosure Statement prior to completing your Ballot.  You should also read the Plan prior to completing your Ballot.  The

Plan, if confirmed by the Court, will affect your rights and Debtor's obligations to you.  In the event of any inconsistency between this Disclosure Statement and the Plan, the terms of the Plan shall control.

**1.10 Representations; Solicitations.  No representations concerning Debtor, particularly as to the value of its assets or the likelihood of any distributions or value of any distributions to be made under the Plan, other than those set forth in this disclosure statement, are authorized.  Any representations or inducements made to secure your vote accepting or rejecting the Plan that are not contained in this disclosure statement are not authorized and should not be relied upon in arriving at your decision.  Any such additional representations or inducements should be reported to the attorneys for Debtor, who, in turn, may deliver such information to the court for such action as may be appropriate.**

**1.11 Sources of Information; Reliance.**  The information contained herein has been derived from sources that Debtor believes to be reliable.  Those sources may include:  *Debtors' financial advisors; public tax authority records, public lien records, public real estate records, Debtor's internal accounting records, Debtor's business records including contracts to which Debtor is a party, and information from accountants, appraisers, auctioneers, and financial advisors*.  The information contained herein has been prepared by Debtor and has not been independently verified.  Unless otherwise expressly noted, the financial information contained herein has not been the subject of an independent audit.  Debtor has made reasonable efforts to present accurate information in this Disclosure Statement.

This Disclosure Statement may not be relied upon for any purpose other than to determine how to vote on the Plan, and nothing contained herein shall constitute an admission in

any proceeding or action, nor shall it be deemed to be advice on the tax effects or legal effects of the Plan on any holder of a claim or interest.

**1.12    Explanation of Chapter 11**.  Chapter 11 is the business reorganization chapter of Title 11 of the United States Code.  The primary purpose of Chapter 11 bankruptcy cases is to restructure and reorganize a debtor's obligations.  A reorganization plan is the vehicle for restructuring a debtor's obligations.  The Bankruptcy Code permits the liquidation, sale, or transfer of a debtor's assets as part of, or the entirety of, a reorganization plan.

## ARTICLE 2

### INFORMATION CONCERNING DEBTOR'S BUSINESS, HISTORIC OPERATIONS AND EVENTS LEADING TO BANKRUPTCY

**2.01    Debtor's Business.**  Debtor is a full-service, design / build firm that provides solar energy engineering, products, installation, and service operating throughout the Southeast. At the outset of this case, Debtor was a leading solar integrator in the southeast and was once Georgia's largest turn-key engineering, procurement, and construction solar firm.  Debtor's solar projects have been utilized by a wide variety of commercial, industrial, and agricultural clients, ranging from high-rise buildings to supplying energy in agricultural field settings.  Clients retain Debtor's services for projects involving solar design, procurement, construction, and service; maintenance and repair of solar power facilities; electric vehicle charging station procurement and installation; back-up generator installation; energy storage systems – battery systems with and without solar, and similar projects.

**2.02    Historic Operations.**  Beginning in 2005 and continuing thereafter, federal and state governments provided various tax incentives related to the installation and use of solar

power facilities.  Given the tax incentives and societal drive for "clean energy" such as solar, the demand for solar grew steadily as the tax incentives were extended and enhanced.  Debtor's business followed the same trend, growing from a handful of employees to more than 130 employees in 2017 and growing to more than $40,000,000 in total revenue.

**2.03    Events that led to the filing of the bankruptcy petition.**  Debtor was generally profitable during its first decade of operation; however, as the market for solar increased and the scope of projects increased, Debtor's profitability decreased and its cashflow was ultimately negative shortly before filing this Chapter 11 case.  Much of the reason for that decline in net income was the result of the following factors: (i) given the increased scope of Debtor's prospective projects, Debtor was required to retain an expensive payroll; (ii) utilities decreased the prices that they were paying for new solar energy projects; (iii) Debtor was required to finance much of its operation, including equipment purchase, while having to wait long periods of time to be paid by the project owners; and (iv) Debtor was paying significantly high rates for its capital, whether by loan or through a series of merchant cash advances.  Debtor's creditors filed lawsuits over defaulted obligations and began to initiate enforcement actions, thus placing Debtor in negative cash flow position.  Debtor's chapter 11 filing provided a mechanism to resolve a large number of substantial legal and financial obligations without resort to additional defaults, lawsuits, and judgments or settlements to address.

**2.04    A description of the available assets and their value.**

Debtor has few assets of significant value.  During the pendency of this Bankruptcy Case, Debtor's affiliate sold its real property, which resulted in a reduction in the outstanding balance of Debtor's post-petition loan facility.  Accordingly, as a result, Debtor does not own the real

estate upon which it operates.  By virtue of the nature of its business, Debtor owns minimal raw goods and maintains a relatively low volume of inventory, as Debtor typically orders equipment only when a customer has signed a contract and paid a deposit.  Debtor's primary tangible assets are the ownership of a fleet of vehicles, ownership of several parcels of land upon which solar power facilities are constructed, contracts for providing maintenance at existing solar power facilities, and its accounts receivable.  Debtor's primary intangible asset is its goodwill and industry knowledge and contacts, which allow Debtor to continue to build solar projects at a profit, which such profit may be used to carry out the terms of the Plan.  More specific information regarding asset values is contained in the liquidation analysis at the end of this Disclosure Statement and on the schedule of assets (with corresponding values) attached hereto and incorporated herein as **Exhibit A**.

### 2.05    The anticipated future of the company.

During the pendency of its Chapter 11 Bankruptcy Case, Debtor significantly restructured its business.  It now employees two full time employees, who are responsible for selling solar projects and planning the construction of the same.  When a solar power project is purchased by a customer, Debtor now uses externally contracted employees to actually design and install the solar power facilities (many of whom are former employees of Debtor).  In addition, Debtor employs approximately five part-time employees, who are responsible for the maintenance component of Debtor's business.  Debtor has projected its future revenues and expenses, utilizing various assumptions, in a pro forma budget, which is being filed with this Disclosure Statement as **Exhibit B** (the "Budget").

The following are some of the notable assumptions utilized in the Budget:

1.    Debtor's Budget anticipates that its secured creditor Bay Point (defined below) will provide exit financing in the approximate amount of $489,000, which is the current outstanding balance due and owing under the DIP Facility (defined below), with certain specific pay downs provided for in the Plan from a combination of the sale of assets pledged to Bay Point as collateral and payments from future revenue.

2.    Debtor will be able to sell approximately one-half of its vehicle fleet in the relatively short future, the proceeds from which will be used to further reduce the outstanding balance due and owing under the DIP Facility.

3.    Debtor and its affiliates will be able to sell several parcels of real estate that are no longer necessary for the operation of Debtor's business, the proceeds of which will be used to further reduce the outstanding balance due and owing under the DIP Facility.

4.    Debtor's affiliate(s) will be able to sell its ownership in Hannah Solar Government Services LLC, the proceeds of which will be used to further reduce the outstanding balance due and owing under the DIP Facility.

5.    Debtor will continue to secure residential solar projects and will continue to secure and increase its market share of smaller commercial solar projects.

6.    Debtor will collect substantially all of its existing accounts receivable.

Based on the foregoing assumptions, and historical revenue and expense data, Debtor projects that it will be able to make the payments to creditors, including administrative expense claimants, secured creditors, priority unsecured creditors, and general unsecured creditors on the schedule and in the amounts reflected in the Budget.

Note:  The projected revenue, expenses, and profits could be substantially different from actual revenue, expenses, and profits for a number of reasons, including (i) changes in minimum wage laws at the federal, state, or local level, (ii) changes in tax obligations, including sales taxes, (iii) changes in utility rates, (iv) declines in sales; (v) changes in federal and state tax subsidies and credits; (vi) greater competition from other solar companies; (vii) general economic downturn or recession triggering less disposable income for consumers to utilize for entertainment; (viii) factors affecting commercial property owners and the ability / desire to install solar facilities on commercial property; and (viii) unexpected changes in management, including due to potential illness, disability, or similar causes.

### 2.06   The source of information stated in the disclosure statement.

The information contained in this Disclosure Statement was prepared by management for Debtor, including with information provided by Debtor's principal Mr. Pete Marte, and with input on various items from Debtor's financial restructuring advisors at Moore Colson & Co. and reviewed and compiled by legal counsel for Debtor (Garrett Nail, Max Bowen, and Michael Robl).

### 2.07    The present condition of Debtor while in Chapter 11.

As noted above, Debtor continues to operate its business of selling, designing, and installing solar power facilities, albeit as a smaller company.  Debtor is a debtor in possession, no trustee having been appointed to manage its affairs as of the date of this Disclosure Statement.

Debtor has filed monthly Operating Reports, and the Operating Reports reflect the status of Debtor's finances, the sources of cash on hand, and all expenditures made each month.  The monthly Operating Reports are incorporated herein by reference, and available for any creditor

or party in interest to view at *http://www.ganb.uscourts.gov/*.    Much of that same financial

information is contained in Exhibit "B" hereto (the Budget), which includes a summary of actual

revenues and expenses for months preceding submission of the Plan.

## ARTICLE 3

## INFORMATION CONCERNING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE

**3.01    Debtor in Possession.**  Debtor has operated as a Debtor-in-Possession, with no

trustee appointed to manage Debtor's business affairs, since the initiation of the Chapter 11 Case.

**3.02    Schedules**.  Debtor filed its Schedules of Assets and Liabilities and Statement of

Financial Affairs shortly after it filed its Chapter 11 Petition. The information contained therein,

in addition to any amendments filed, is believed to be accurate by Debtor.  Debtor reserves the

right to amend its Schedules of Assets and Liabilities if other information becomes available or

inaccuracies are discovered.

**3.03    Management.**    Debtor has continued to be managed by its pre-bankruptcy

management during the pendency of this Chapter 11 Case.  Debtor anticipates that existing

management – specifically, Mr. Pete Marte – will continue to serve in their existing capacities

following confirmation of the Plan.

**3.04    Post-Filing Significant Events.**  During the pendency of the Chapter 11 Case, the

following significant events have occurred:

1.    Debtor filed a motion to pay certain pre-petition claims related to wages due and owing to employees (Doc. 9).  The motion was granted, and Debtor paid a portion of the priority claim for wages owed to certain of its employees.

2.    Debtor filed a motion to authorize the use of cash collateral (Doc. 10). The motion was granted, and Debtor obtained the right to use cash collateral.  Debtor's ability to use cash collateral was extended throughout the pendency of this Bankruptcy Case.

3.    An Official Committee of Unsecured Creditors was appointed by the United States Trustee's Office and has been actively involved in the Bankruptcy Case.

4.    Debtor filed a motion (Doc. 53) to authorize it to obtain a post-petition financing facility (the "DIP Facility") from Bay Point Capital Partners II, LP ("Bay Point"):

    a.    Bay Point purchased the existing secured debtor held by Debtor's pre-bankruptcy secured lender, Synovus.

    b.    Bay Point increased the credit limit to allow Debtor sufficient working capital to fund its operations during the bankruptcy case and to fund its reorganization efforts.

5.    Debtor's affiliate, Coop Corner LLC, sold the real property it owned, which resulted in a reduction in the amounts due and owing under the DIP Facility.

6.    Debtor obtained the authority to employ Moore Colson & Co. and Resolution Management LLC as its financial advisors.

7.    Debtor filed a number of lawsuits against certain merchant cash advance companies seeking to set aside transfers and recover the same for the benefit of Debtor's bankruptcy estate.   A schedule of the lawsuits is attached hereto as **Exhibit C.**

**3.05    Summary of claims.**  Any creditor wishing to review details of claims, which may change from time to time, is entitled to review the claim register maintained by the Clerk of Court for the United States Bankruptcy Court for the Northern District of Georgia, free of charge, by going to the 13th Floor of the U.S. Courthouse.  The claim register may also be viewed online at https://ecf.ganb.uscourts.gov/ by setting up an account for online access. Attached hereto is a summary of claims:

1.    Information related to Debtor's secured creditors is attached hereto as **Exhibit D**.

2.    Information related to Debtor's administrative expense creditors is attached hereto as **Exhibit E.**

3.    Information related to Debtor's priority unsecured creditors is attached hereto as **Exhibit F.**

4.    Information related to Debtor's general unsecured creditors is included in **Exhibit G,** as some claims as partially subject to treatment as priority unsecured claims and partially subject to treatment as general unsecured claims (e.g., wage claims that exceed the amount of the statutory priority cap**).**

## ARTICLE 4

## SUMMARY OF THE PLAN

The following is only a summary of certain notable provisions of the Plan. The Plan should be read and analyzed in its entirety.

**4.01    Plan provisions for satisfaction of claims by Class.**  In general, the Plan provides to satisfy those claims that are within classes as follows:

−13−

*Class 1 − Secured Claim of Bay Point.*  Bay Point's claim will be paid in monthly installments, along with certain anticipated lump-sum payments as set forth on the Budget, such that Bay Point's claim will be paid ***in full***, with interest accruing at the rate of 13% per year.

*Class 2 − Secured Claim of TD Auto Finance.*  TD Auto Finance's ("TD Auto") claim will be paid in monthly installments in the amounts set forth in the Budget.  TD Auto's claim will be paid ***in full***, with interest accruing at the rate set forth in the financing agreement between Debtor and TD Auto.

*Class 3 − Secured Claim of Funding Circle.*  Funding Circle's claim will be paid in monthly installments in the amount set forth in the Budget, with payments beginning when Bay Point's claim has been paid in full.  Funding Circle's claim is partially secured in the amount of $136,092.00, which such amounts will be paid ***in full*** with interest accruing at the rate of 3.25% per year.  The balance of Funding Circle's claim ($306,956.66) will be paid as a general unsecured claim as set forth in Class 11, below.

*Class 4 − Claim of Gel Funding LLC.*  Gel Funding LLC ("Gel") is a merchant cash advance company that asserts a secured claim as a result of its cash advances to Debtor.  The collateral purportedly securing Gel's claim is pledged to Bay Point and Funding Circle (which will not be paid in full) and therefore, pursuant to 11 U.S.C. § 506, Gel's claim is unsecured.  Gel is also a defendant in an Adversary Proceeding (Case No. 20-06105), which seeks to avoid certain payments made to Gel.  Gel's allowed claim, subject to claims made against Gel in the Adversary Proceeding, will be paid as a general unsecured claim as set forth in Class 11, below.

*Class 5 − Claim of Queen Funding LLC.*  Queen Funding LLC ("Queen") is a merchant cash advance company that asserts a secured claim as a result of its cash advances to Debtor.

−14−

The collateral purportedly securing Queen's claim is pledged to Bay Point and Funding Circle (which will not be paid in full) and therefore, pursuant to 11 U.S.C. § 506, Queen's claim is unsecured.  Queen is also a defendant in an Adversary Proceeding (Case No. 20-06104), which seeks to avoid certain payments made to Queen.  Queen's allowed claim, subject to claims made against Queen in the Adversary Proceeding, will be paid as a general unsecured claim as set forth in Class 11, below.

*Class 6 – Claim of Strategic Capital.*  Strategic Capital Partners LLC ("Strategic") is a merchant cash advance company that asserts a secured claim as a result of its cash advances to Debtor.  The collateral purportedly securing Strategic's claim is pledged to Bay Point and Funding Circle (which will not be paid in full) and therefore, pursuant to 11 U.S.C. § 506, Strategic's claim is unsecured.  Strategic is also a defendant in an Adversary Proceeding (Case No. 20-06107), which seeks to avoid certain payments made to Strategic.  Strategic's allowed claim, subject to claims made against Strategic in the Adversary Proceeding, will be paid as a general unsecured claim as set forth in Class 11, below.

*Class 7 – Claim of Complete Business Solutions Group Inc.*  Complete Business Solutions Group Inc. ("Complete") is a merchant cash advance company that asserts a secured claim as a result of its cash advances to Debtor.  The collateral purportedly securing Complete's claim is pledged to Bay Point and Funding Circle (which will not be paid in full) and therefore, pursuant to 11 U.S.C. § 506, Complete's claim is unsecured.  Complete is also a defendant in an Adversary Proceeding (Case No. 20-06106), which seeks to avoid certain payments made to Complete.  Complete's allowed claim, subject to claims made against Complete in the Adversary Proceeding, will be paid as a general unsecured claim as set forth in Class 11, below.

*Class 8 – Claim of Supreme Capital Source.*  Supreme Capital Source ("Supreme") is a merchant cash advance company that asserts a secured claim as a result of its cash advances to Debtor.  The collateral purportedly securing Supreme's claim is pledged to Bay Point and Funding Circle (which will not be paid in full) and therefore, pursuant to 11 U.S.C. § 506, Supreme's claim is unsecured.  Supreme is also a defendant in an Adversary Proceeding (Case No. 20-06145), which seeks to avoid certain payments made to Supreme.  Supreme's allowed claim, subject to claims made against Supreme in the Adversary Proceeding, will be paid as a general unsecured claim as set forth in Class 11, below

*Class 9 – Administrative Expense Claims.*  The anticipated holders of administrative expense claims are set forth on Exhibit E, although the Court has not set but may set a deadline by which administrative expense claims must be made.[1]  The holders of administrative expense claims will be paid in full. Projected monthly payment amounts and dates set forth in the Budget. Administrative expense claims will be paid ***in full.***

---

[1]     SunBelt Rentals, Inc. ("SunBelt") filed a Proof of Claim on August 31, 2020, designated as Claim No. 92-1, in the amount of $29,100.40 (the "SunBelt Claim"). The SunBelt Claim arises from equipment rented by SunBelt to Debtor for use, post-petition, on a project known as the Georgia Tech "living building". Debtor was a subcontractor of Skanska on the living building project.  Skanska has indicated that it will pay Debtor's subcontractors directly.  As a result, Debtor expects for the SunBelt Claim to be paid when Skanska makes final payment on the living building project.  In the event that Skanska does not pay the SunBelt Claim for any reason, Debtor will pay the SunBelt Claim along with other administrative expense claims at the same time, manner, and amount as other administrative expense claimants under the Plan.  In the event that Debtor pays the SunBelt Claim, Debtor reserves the right to pursue Skanska for payment.

Enterprise FM Trust and Enterprise Fleet Management, Inc. filed a Motion for Allowance of Administrative Expenses on August 5, 2020, at Docket No. 227, seeking allowance of an administrative expense in the amount of $20,044.16 (the "Enterprise Claim").  The Enterprise Claim is being allowed as an administrative expense, pursuant to a Consent Order, in the amount of $17,500.00, and it will be paid along with other administrative expense claims at the same time, manner, and amount as other administrative expense claimants under the Plan.

Mr. Pete Marte, who is an insider of Debtor, shall not be paid anything as part of Class 9, by agreement with the Official Committee of Unsecured Creditors, and is treating the waiver of his administrative expense claim as a contribution of new value towards his retention of equity interests in Debtor.   The amount of Mr. Marte's current administrative expense claim is $15,000.00.

*Class 10 – Unsecured Priority Claims*.   The anticipated holders of unsecured priority claims are set forth on Schedule E, although Debtor has not undertaken a claims objection process.   Unsecured priority claims will be paid ***in full***.   The projected payment amounts and dates are set forth in the Budget.   Unsecured priority claims will be paid after the secured claims of Bay Point and Funding Circle and the claims of administrative expense claimants are paid in full.

*Class 11 – Unsecured Nonpriority Claims.*   Unsecured nonpriority claims will be paid from excess revenues generated by Debtor, with payments beginning with the claims set forth in Classes 1 through 3, 9, and 10 have been paid in full with the expected start date for such payments shown on the accompanying Budget.   Debtor will pay the Unsecured Nonpriority Claim holders on a quarterly basis, beginning when the claims set forth in Classes 1 through 3, 9, and 10 have been paid in full.   Holders of Unsecured Nonpriority Claims will be paid their pro-rata share of all such payments.

Mr. Pete Marte ("Mr. Marte"), who is an insider of Debtor, shall not be paid anything as part of Class 11, by agreement with the Official Committee of Unsecured Creditors, unless and until the allowed claims of all other nonpriority unsecured claims have been paid in full.   Due to

the size of Mr. Marte's claim,[2] subordination of that claim increases the projected distribution to other general unsecured creditors from approximately 4.25% in the Plan of Reorganization filed on July 20, 2020, to approximately 4.75%.

In additional to the foregoing payments, holders of Unsecured Non Priority Claims will also be paid their pro-rata share of thirty-three and three-tenths percent (33.3%) of any amounts by which revenues exceed expenses per calendar year quarter ("Quarterly Profits"), as calculated in the month following the close of each calendar year quarter, with payment to be made by the last business day of the month following the end of a calendar year quarter (the "Quarterly Payments"). The calculation of Quarterly Profits, including an itemization of receipts and disbursements in a form substantively similar to that used in Budget accompanying this Disclosure Statement, shall be provided to the Creditors' Representative identified in the Plan and to holders of Class 11 allowed claims with their Quarterly Payments. The Quarterly Payments shall be made starting with the close of the first calendar quarter after payment of 4.75% has been made to holders of Class 11 claims and shall continue for eighteen (18) months thereafter.

*Class 12 – Equity Interests.* Mr. Pete Marte is Debtor's sole equity holder and is retaining his ownership interests in Debtor by making a contribution of new value in the amount of $10,000.00 and waiving an administrative expense claim in the amount of $15,000.00. Debtor submits that the equity interests do not have a value exceeding $10,000.00 for a variety of reasons, including (i) the fact that the value of assets does not exceed the amount of secured claims as shown on the accompanying liquidation analysis, (ii) the loss of some amount of good

---

[2]    Mr. Marte filed a Proof of Claim on August 30, 2019, designated as Claim No. 77-1, in the amount of $870,400.00.

will and reputation in the marketplace during the course of this Chapter 11 case, (iii) the reduction of operations from over 100 employees to only 2 full-time and 5 part-time employees, and (iv) the substantial amount of administrative expense claims that must be satisfied after secured claims, which imposes a substantial burden on the company going forward.

4.02    **Satisfaction of Claims typically not in Classes.**    The Plan proposes to satisfy claims that are typically not in classes as follows:

**4.02.1 Tax claims.**    Debtor's tax claims are included in the Plan.  The Georgia Department of Revenue (the "Georgia DOR") filed an Objection to the Plan on August 21, 2020, at Docket No. 236, indicating that Debtor had not filed certain post-petition tax returns and had not paid related taxes.  Debtor has, since then, filed the necessary tax returns.  The Georgia DOR further objected to the Plan based on its understanding that the Plan did not provide for payment of the Georgia DOR's tax claim in full; however, the Plan as originally filed provides for payment in full.  Debtor has addressed the other objections of the Georgia DOR through Plan amendments.[3]

**4.02.2 Claims for fees by Debtor's professionals.**    The payment of fees earned by Debtor's professionals is included in the Plan such that Debtor's professionals will be paid, in full, to the extent approved by the Court and are subject to change through Debtor incurring additional fees or reducing existing or future fees through payments. The projected dates and the projected amounts of payments to professionals are set forth

---

[3]    Those amendments provide that (a) Debtor shall timely file ongoing tax returns and timely pay any tax liabilities that arise post-petition, (b) Debtor shall pay interest at the applicable non-bankruptcy rate of 6.25% per annum, (c) confirmation of the Plan will not discharge any tax liability for which a tax came due and/or accrued after filing of the Petition, (d) the Georgia DOR has certain remedies if tax returns are not timely filed and/or future amounts due are not timely paid and the Bankruptcy Court does not retain jurisdiction over all such remedies, (e) any objections to the Georgia DOR claim shall be filed within thirty (30) days after entry of the confirmation order, (f) any liens of the Georgia DOR are not extinguished or modified by the Plan.

in the Budget.  Professionals may also be paid from recoveries, including settlements, through adversary proceedings.

     **4.02.3  Attorney's fee claim of Committee Counsel.**  Debtor can be required to pay the legal fees and related expenses of Committee Counsel.  Debtor proposes to pay the fees of the Committee's attorneys, in full, to the extent approved by the Court and are subject to change through Committee Counsel incurring additional fees or reducing existing or future fees through payments.  The projected dates and the projected amounts of payments to professionals are set forth in the Budget.  Professionals may also be paid from recoveries, including settlements, through adversary proceedings.

     **4.03    United States Trustee Fees**.  All fees required to be paid by 28 U.S.C. § 1930(a)(6) (U.S. Trustee Fees) will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Code.  Any U.S. Trustee Fees owed on or before the Effective Date of this Plan will be paid on the Effective Date.

     Debtor's most recently filed Operating Report and the accompanying Budget reflect that Debtor has sufficient funds to pay these expenses in full.

     4.04    **Executory Contracts.**  Debtor is a party to certain leases and other executory contracts.  An executory contract is, in general terms, a contract that is not yet so fully performed that -- if the remaining obligations were unfulfilled -- it would be a breach of the terms of the contract not to perform those terms.  Debtor is "assuming" (meaning continuing in force) those certain leases and executory contracts referenced in the Plan.

     Debtor believes that the assumption of the leases with Terraform and IGS, who pay for the use of land on which solar farms operate, benefits Debtor's estate because Debtor obtains an

annual payment pursuant to each lease agreement, which is relatively small in amount but still constitutes future revenue, and because rejection of the leases would create damages claims on the part of the counter-parties to the leases which would increase the total amount of general unsecured claims in the case while likely still obligating Debtor to perform non-monetary obligations under the leases.

Debtor is also a party to certain contracts with Georgia Power Company, or its affiliates, for Debtor to finish construction of a solar project in a residential subdivision and to provide future maintenance, service, warranty work, and data reporting pursuant to the contracts. Debtor believes that assumption of those contracts is in the best interest of its estate, including due to revenue from the contracts and because Georgia Power Company has been a major customer of Debtor and a large player in the solar energy industry and may provide future revenue to Debtor.

**4.05    Incorporation of Full Plan Herein.**  Debtor is distributing a full copy of its proposed Plan of reorganization with this disclosure statement. **You should read the entirety of the Plan before deciding to cast your vote**.

## ARTICLE 5

## OTHER INFORMATION POTENTIALLY RELEVANT TO AN ANALYSIS OF THE PLAN

The following information is intended to provide additional relevant information to creditors and parties in interest, as required by *In Re Metrocraft Publishing, Inc,* 39 B.R. 567 (N.D. Ga. 1984) and similar cases, to aid in the analysis of the Plan.

**5.01    The estimated return to creditors under a Chapter 7 liquidation**.

The liquidation analysis included at the end of this Disclosure Statement projects that the Plan provides more than what creditors would receive in a chapter 7 liquidation.

The Plan complies with the requirements of Section 1129 of the Bankruptcy Code regarding liquidation value compared to Plan distribution amounts so long as an impaired class of claims that has not accepted the Plan will receive payments with a value, as of the effective date of the Plan, that is not less than the amount that they would receive if Debtor were liquidated under chapter 7.  11 U.S.C. § 1129(a)(7).  The Plan complies with Section 1129, as it pays more than the return shown in the hypothetical liquidation analysis herein.

**5.02    The accounting method utilized to produce financial information**.

Debtor's financial information was historically prepared on an accrual basis; however, projections in Budget are on a cash accounting basis.

**5.03    The future management of Debtor.**

Debtor will continue to be managed by its former and current manager, Pete Marte.

**5.04    The Chapter 11 plan or a summary thereof**.

Certain notable provisions of the proposed Plan are summarized above in this Disclosure Statement.  Additionally, Debtor is distributing a full copy of its proposed plan of reorganization with this disclosure statement.  **You should read the entirety of the plan before deciding to cast your vote**.

**5.05    The collectability of accounts receivable**.

A schedule of Debtor's accounts receivable is attached hereto as **Exhibit H**, some of which may not be collected in full.

**5.06    Financial information, data, valuations, or projections relevant to the creditors' decision to accept or reject the Chapter 11 plan**.

Debtor is filing a Budget with this Disclosure Statement.  The Budget was prepared in Microsoft Excel spreadsheet format and is not readily compressed into 8.5" x 11" page format, utilized for electronic filing with the Court, due to a very large number of columns and rows of data.  The full Budget is available in native format from Debtor's counsel by emailing a request to michael@roblgroup.com

The Budget contains historic information on revenues and expenses.  The Budget also contains projected revenues and expenses.  Debtor may amend its Budget and this Disclosure Statement prior to the Plan confirmation hearing to account for changes in revenues or expenses.

**5.07    Information relevant to the risks posed to creditors under the plan.**

In deciding whether to accept or reject Debtor's Plan, a creditor or other claimant should consider risk factors.  Each creditor or other claimant should consult its own legal counsel and financial advisors regarding risk factors.  Some possible risk factors are listed below:

       **A.    General Economic Conditions.**  General economic conditions may have a downward effect on Debtor's revenue, which may affect the funds available to distribute to creditors.

       **B.    Competition.**  Other solar power facility developers and installers create competition, which may have a downward effect on Debtor's revenue, which may then affect the funds available to distribute to creditors.

**C.    Tax Incentives.**  The solar industry's growth was enhanced by certain federal and state tax incentives, the modification of which may then affect sales, which would then affect the funds available to distribute to creditors.

**D.    Non-exclusive List of Risks.**  The risks addressed in this Disclosure Statement are risks known to Debtor, but this is not intended to an exhaustive list of potential risks.  Numerous other factors may create risks of Debtor not fulfilling the Plan, including those listed herein.

**5.08    The actual or projected realizable value from recovery of preferential or otherwise voidable transfers.**

Debtor filed its Statement of Financial Affairs (the "SOFA") on June 12, 2019 (Doc. 58), which lists creditors to whom transfers were made in the 90 days preceding the filing of the Petition.  The Plan expressly reserves the right for Debtor to bring claims regarding potentially preferential transfers made to any and all individuals and entities listed in the SOFA.

Preferential transfer claims may be subject to defenses, including when (i) the transfer was made in the ordinary course of business, (ii) the transfer was for contemporaneous value, or (iii) the transferee gave subsequent new value to Debtor after receiving the transfer.  Due to such potential defenses, the existence of an avoidance action claim does not necessarily indicate that Debtor will recover the full amount, or any amount, of such potential claims.  Other factors may also influence amounts recovered, if any, on avoidance action claims, such as the recipient of a potentially avoidable transfer being insolvent, having pledged its assets to secured lenders, having filed bankruptcy, going out of business, going into receivership, or similar circumstances.

Debtor has not concluded its analysis of potentially preferential transfers, or other avoidable transfers, and reserves all rights to assert such claims. Debtor has filed various adversary proceedings to recover amounts of preferential transfers, and those adversary proceedings are listed on the Exhibits hereto.

### 5.09    Litigation likely to arise in a non-bankruptcy context.

Debtor has little history of litigation outside of litigation by its creditors to collect amounts owed by Debtor. Given the nature of Debtor's business (designing and installing solar systems), Debtor has faced certain litigation in the past and might face certain litigation in the future, including litigation related to warranty claims.

### 5.10    Tax attributes of Debtor; Tax consequences of confirmation of Plan.

The confirmation and execution of the Plan may have certain tax consequences to holders of claims and interests, as well as to Debtor. Debtor is a Georgia limited liability company.

The tax consequences to the holders of unsecured claims or interests may depend on a number of factors unknown by Debtor, including: whether or not the unsecured claim has been written off completely, reserved against, or is being treated as a collectible account. Debtor does not have sufficient information to make meaningful disclosure regarding the tax consequences to such creditors arising from an order confirming Debtor's Plan.

**It is imperative that each interest holder seek individual tax counsel for advice on its particular situation**. The tax consequences are in many cases uncertain and may vary depending on a claim holder's individual circumstances, including, but not limited to: whether the holder has previously claimed a bad debt deduction with respect to its claim against the debtor; whether the holder of a claim reports income on the accrual or cash basis; whether the

holder of a claim receives distributions under the plan in more than one taxable year; whether the claim constitutes a capital asset in the hands of the holder of a claim, and how long it has been held or is treated as having been held; and, accordingly, claim holders are urged to consult their tax advisors about the U.S. federal, state and non-U.S. income tax and other tax consequences of the plan.

To ensure compliance with treasury department circular 230, each claimholder is hereby notified that: (i) any discussion of U.S. federal tax issues in this disclosure statement is not intended or written to be relied upon, and cannot be relied upon, by any claimholder for the purpose of avoiding penalties that may be imposed on a claimholder under the tax code; (ii) such discussion is included hereby by the debtor in connection with the promotion or marketing (within the meaning of circular 230) by the debtor of the transactions or matters addressed herein; and (iii) each claimholder should seek advice based on its particular circumstances from an independent tax advisor.

**5.11    Relationship with Affiliates.**

Debtor is solely owned by Pete Marte.  Debtor does not have any subsidiaries.

Mr. Marte also owns a partial interest in Hannah Solar Government Services, which is being sold pursuant to the Plan in order to pay down the DIP facility with Bay Point.

Mr. Marte also owns an interest in Coop Corner, LLC, which is selling certain land titled to it pursuant to the Plan in order to pay down the DIP facility with Bay Point.

**ARTICLE 6**

**DISCLAIMERS**

In addition to any and all other disclaimers, limitations, qualifications, or similar provisions contained in this Disclosure Statement, the information contained herein is subject to the following:

**6.01    Information Subject to Change.**  The statements contained in this Disclosure Statement are made as of the date hereof, and unless another time is specified herein, neither the delivery of this Disclosure Statement nor an exchange of rights made in connection herewith, shall under any circumstance, create an implication that there has been no change in the facts set forth herein since the date hereof.

**6.02    Securities representations.**  Any benefits offered to the holders of Claims or Interests in accordance with the Plan, which may constitute securities, have not been approved or disapproved by the Securities and Exchange Commission (the "Commission") or by any relevant government authority of any state of the United States.  Neither the Commission, other federal agency, nor any such state authority has passed upon the accuracy of this Disclosure Statement or the merits of the Plan.

**6.03    Representations outside of Disclosure Statement.**  No representations concerning Debtor, the value of its property, or the value of any benefits offered to holders of Claims or interests in connection with the Plan, are authorized by Debtor, other than as set forth in this Disclosure Statement.  Any representations or inducements made to secure acceptances of the Plan that are contrary to the information contained in this Disclosure Statement should not be relied on by you in arriving at its decision.  Any such additional representations or inducements

should be reported to counsel for Debtor, who contact information is at the end of this Disclosure Statement.

**6.04    No Audit; Asset Values May Change.**  The information contained herein has not been subjected to a certified or other audit.  Opinions of value may differ and circumstances affecting Debtor's asset values may change.

**6.05    No Endorsement by Bankruptcy Court of Plan.**    The approval of the Bankruptcy Court of this Disclosure Statement does not constitute an endorsement by the Court of the Plan of Reorganization, or a guarantee of the accuracy or completeness of the information contained herein.

**ARTICLE 7**

**PROCEDURE FOR CONFIRMATION OF THE PLAN**

**7.01    General.**  In order to confirm the Plan, the Court must find that the Plan meets the requirements of 11 U.S.C. § 1129(a).  All of these requirements must be met if the Plan is to be confirmed without resort to the "cramdown" provisions in 11 U.S.C. § 1129(b).  Debtor believes that the Plan meets all requirements of §1129(a), other than – potentially – acceptance by all impaired classes.

**7.02    Cramdown.**  If a plan contains impaired classes and at least one impaired class votes to accept the Plan, the Court may nevertheless confirm the Plan under 11 U.S.C. § 1129(b). For the Court to do so, it must conclude that the Plan does not unfairly discriminate against, and is fair and equitable to, each impaired non-accepting class.  If less than all impaired classes

accept the Plan, Debtor intends to seek Confirmation of the Plan pursuant to 11 U.S.C. § 1129(b).

## ARTICLE 8

## SOLICITATION OF ACCEPTANCES

Debtor believes that the Plan is in the best interests of all creditors and classes of claims, as it provides a greater return to creditors than a Chapter 7 liquidation; accordingly, **Debtor recommends that you vote to accept the plan**. Please complete and return your Ballot in accordance with the accompanying Order setting a balloting deadline. You must submit a timely Ballot for your vote to count.

Dated:  the 23rd day of October, 2020.

Respectfully submitted,

**HANNAH SOLAR LLC**

**By:**

/s/ Garrett A. Nail
Garrett A. Nail
Georgia Bar No. 997924
PORTNOY GARNER & NAIL LLC
3350 Riverwood Parkway
Suite 460
Atlanta, Georgia 30339
(678) 385-9712
gnail@pgnlaw.com

*Co-counsel for Debtor*

/s/ Michael D. Robl
Michael D. Robl
Georgia Bar No. 610905
ROBL LAW GROUP LLC
3754 Lavista Road
Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)

*Co-counsel for Debtor*

## LIQUIDATION ANALYSIS

***Introduction to hypothetical liquidation analysis:***

The purpose of this hypothetical liquidation analysis is to provide information to creditors to compare the payments proposed by the Plan to what creditors might receive if all assets of Debtor were liquidated instead.  Pursuant to Section 1129(a)(7) of the Bankruptcy Code, the Court may not confirm a chapter 11 plan unless the plan provides each holder of a claim, who does not otherwise vote in favor of the plan, with property (including payment) of a value, as of the effective date of the plan, that is not less than the amount that such holder would receive or retain if the debtor was liquidated under chapter 7 of the Bankruptcy Code.  To demonstrate that the proposed Plan satisfies the "best interests" of creditors test, Debtor has prepared the following hypothetical liquidation analysis (the "<u>Liquidation Analysis</u>"), with the assistance of its legal counsel and its financial and restructuring advisors, based on certain assumptions discussed in the Disclosure Statement and in the notes following the Liquidation Analysis.

Any capitalized terms used in this Liquidation Analysis but not otherwise defined herein shall have the meanings given to them in the Disclosure Statement to which this Liquidation Analysis is an exhibit.

***Limitations on liquidation analysis:***

The process of estimating the costs of, and proceeds from, the hypothetical liquidation of Debtor's assets in a chapter 7 case involves the extensive use of assumptions that are considered reasonable by Debtor based upon its business judgment, but may be subject to significant business and economic factors and circumstances, some of which are beyond the control of Debtor.  Some assumptions in the Liquidation Analysis might not materialize in an actual chapter 7 liquidation, and unanticipated events and circumstances could materially affect the ultimate results in an actual chapter 7 liquidation.  The Liquidation Analysis was prepared for the sole purpose of generating a reasonable, good faith estimate of the proceeds that would be generated if the Debtor's assets were liquidated in accordance with Chapter 7 of the Bankruptcy Code.  The Liquidation Analysis is not intended and should not be used for any other purpose.  The financial information in the Liquidation Analysis was not compiled or examined by any independent accountants.

NEITHER DEBTOR, NOR ANY LEGAL COUNSEL OR OTHER ADVISORS RETAINED BY DEBTOR, MAKE ANY REPRESENTATIONS OR WARRANTIES THAT THE ACTUAL DISTRIBUTION TO CREDITORS WOULD APPROXIMATE THE ESTIMATES IN THE LIQUIDATION ANALYSIS.  ACTUAL RESULTS COULD VARY SUBSTANTIALLY FROM THE CONCLUSIONS IN THE LIQUIDATION ANALYSIS.

Debtor has estimated amounts of allowed claims based upon a review of claims listed on the Debtors' Schedules of Assets and Liabilities and the filed Proofs of Claim.  The Liquidation

Analysis also includes estimates for claims that have been asserted in this Chapter 11 Case, but which could be asserted and allowed in a chapter 7 liquidation, including unpaid chapter 11 Administrative Expense Claims, and chapter 7 administrative claims such as costs of winding down business operations and Chapter 7 trustee statutory fees and legal fees of counsel for the Chapter 7 trustee.

The Bankruptcy Court has not fixed the total amount of allowed claims. Thus, Debtor's estimate of allowed claims set forth in this Liquidation Analysis could differ from the Court's final determination, which may change the amount of distributions made on account of allowed claims under the Plan.

NOTHING CONTAINED IN THE LIQUIDATION ANALYSIS IS INTENDED TO BE OR CONSTITUTES AN ADMISSION BY DEBTOR, INCLUDING REGARDING THE ACTUAL AMOUNT OF ALLOWED CLAIMS IN THE CHAPTER 11 CASE, WHICH COULD DIFFER MATERIALLY FROM THE ESTIMATED AMOUNTS SET FORTH IN THE LIQUIDATION ANALYSIS.

***Hypothetical date of conversion to Chapter 7 and appointment of a Trustee:***

This Liquidation Analysis has been prepared with the assumption that Debtor converted this Chapter 11 case to a Chapter 7 case on or about July 20, 2020 (the "Conversion Date"). For purposes of this analysis, Debtor assumes that the Bankruptcy Court would appoint a Chapter 7 trustee (the "Trustee") on the Conversion Date to oversee the liquidation of Debtor's estate, during which time all of Debtor's assets would be sold, distributed, or abandoned, or surrendered to any respective lien holders, and the cash proceeds, after payment of liquidation-related fees, expenses, and costs, would then be distributed to creditors in accordance with relevant law.

***Assumptions about liquidation costs and recoveries:***

**Duration of Chapter 7 liquidation and related costs**. Debtor has assumed that liquidation of its assets would occur over approximately six (6) months. Debtor has utilized the six (6) month time-frame in its assumptions, rather than a longer time period, because the Bankruptcy Code requires that a trustee collect and convert the property of Debtor into cash for creditors, and close the bankruptcy estate as expeditiously as is compatible with the best interests of parties in interest. The actual time required for liquidation could vary significantly from that estimate. A longer liquidation process might generate a larger or smaller net distribution to creditors – *e.g.*, allowing more time for the sale of assets might bring greater sale prices, but taking more time to liquidate assets might also increase liquidation fees, expenses and costs. Thus, the net results in this Liquidation Analysis could vary from an actual liquidation due to such timing differences and associates increases or decreases in realized net funds from liquidation.

**Additional claims may arise during liquidation**. The liquidation could trigger certain claims that do not currently exist and potentially would not exist if distributions on existing claims were paid under the Plan.  For instance, if Debtor's business operations cease then additional claims may be asserted for things such as employee terminations, rejection of unexpired leases and executory contracts, and other similar claims.  These additional claims could be substantial.  Some post-petition claim will be entitled to priority in payment ahead of general unsecured claims.

**Assumptions about preferential transfers or fraudulent transfers**.  This Liquidation Analysis does not assume that any amounts are recovered, or spent to recover, preferential transfers or fraudulent transfers (actual or constructive in nature).  The potential amounts which could be recovered from such actions and the costs of such litigation are presently subject to uncertainty.

**Assumptions about Trustee's fees and expenses.**  The expenses incurred by the Trustee during a hypothetical Chapter 7 case ("Trustee's Expenses"), including expenses from selling Debtor's assets, will be entitled to payment in full prior to any distribution to general unsecured creditors. The estimate of Trustee's Expenses used in this Liquidation Analysis includes certain administrative, legal, accounting and other fees, expenses and costs.

The projected Chapter 7 trustee fees are calculated based upon the statutory scale contained in Section 326(a) of the Bankruptcy Code, which provides that "the court may allow reasonable compensation…of the trustee for the trustee's services, payable after the trustee renders such services, not to exceed 25 percent on the first $5,000 or less, 10 percent on any amount in excess of $5,000 but not in excess of $50,000, 5 percent on any amount in excess of $50,000 but not in excess of $1,000,000, and reasonable compensation not to exceed 3 percent of such moneys in excess of $1,000,000, upon all moneys disbursed or turned over in the case by the trustee to parties in interest, excluding the debtor, but including holders of secured claims."

**Distribution of net proceeds**. Chapter 11 administrative expense claim amounts, professional fees, U.S. Trustee fees, and other such claims that may arise in a Chapter 7 liquidation would be paid in full from the liquidation proceeds before the balance of those proceeds would be made available to pay general unsecured claims.  Under the "absolute priority rule," no junior creditor would receive any distribution until all senior creditors are paid in full.

*Conclusion:*

This Liquidation Analysis indicates that, based on the assumptions contained herein, the Plan would provide creditors with a distribution of property (including cash) that is greater than the amount that they would receive through a liquidation of Debtor's assets under chapter 7 of the Bankruptcy Code.

**Assets for Liquidation**

| Asset | Value |
|---|---|
| Vehicles being sold | $50,000 |
| Vehicle being retained | $26,990 |
| Accounts receivable | $275,000 |
| Land in Homerville, GA | $40,000 |
| Land in Bainbridge, GA | $41,900 |
| Land in Bainbridge, GA | $14,900 |
| Inventory | $101,322 |
| Cash in the bank | $5,000 |
| FF&E (excluding vehicles) | $19,980 |
| Note receivable | $50,000 |
| Other assets | $0 |
| **TOTAL** | **$625,092** |

**Notes to Asset Summary:**

1. Cash is stated at actual cash on hand, adjusted to consider deposits paid by Debtor's current customers which are not included in the cash balance. Cash under a hypothetical conversion might be less than the stated amount, as the cash balance varies day to day.
2. Accounts receivable are valued as if the majority of the receivables are collected, except as otherwise indicated.
3. The Land listed in Homerville, Georgia, and Bainbridge, Georgia, is encumbered by leases in favor of tenants operating solar farms under long-term leases with Debtor. Accordingly, the value of these properties has been discounted as the leases provide minimal cash flow to Debtor ($1,000 per year) during the initial term of the leases. The values in this Second Disclosure Statement reflect information obtained from brokers in seeking to list the land for sale.
4. The Note Receivable has doubtful collection and has been discounted for a sale of the note instead of collecting the amounts due thereunder. The obligor on the note receivable is Wiregrass Solar. That entity has lacked revenue to make note payments as a result of problems with its solar array system, which - due to age - has also been in need of repairs.
5. The category of "other assets" includes intellectual property. Debtor places no value on its signs or websites for liquidation purposes.
6. The category of "other assets" includes potential avoidance actions. Debtor has presently included those at $0.00 value due to various factors referenced in the Disclosure Statement, which is not a concession or admission of any avoidance claim value, but rather reflects difficulty in valuing such claims accurately for a range of reasons, including collectability from defendants. Debtor reserves all rights to assert such claims.

**Liquidation Costs**

| Estimated Liquidation costs | Low end | High end |
|---|---|---|
| **Chapter 7 Trustee statutory fees** | $35,664.00 | $35,664.00 |
| **Chapter 7 Trustee's counsel fees** | $25,000.00 | $100,000.00 |
| **Chapter 7 Trustee's accountant / tax advisor fees** | $20,000.00 | $50,000.00 |
| **Administrative expenses (storage fees, real estate broker, auctioneer fees, etc.)** | $25,000.00 | $50,000.00 |
| **TOTAL** | $105,664.00 | $245,664.00 |

**Notes to Estimated Liquidation costs:**

1. Chapter 7 Trustee statutory fees are estimated at 25 percent on the first $5,000 or less distributed, 10 percent on any amount in excess of $5,000 but not in excess of $50,000, 5 percent on any amount in excess of $50,000 but not in excess of $1,000,000. The anticipated trustee's fees are approximately $35,664.00.
2. Trustee professional fees are an opinion based on experience in converted cases.
3. Accountant / tax advisor professional fees are an opinion based on experience in converted cases.
4. See above for other assumptions.

**Amounts Distributed from Liquidation**

| Liquidation Distribution Estimates | Estimated distribution based on $625,092.00 of funds from liquidation |
|---|---|
| **Less costs of liquidation (calculated as midpoint between low-end estimate of $105,664.00 and high-end estimate of $245,664.00)** | $175,664.00 |

# EXHIBIT "A"

## Schedule of Debtor's Assets, Values, and Notes

| ASSETS | VALUES | NOTES |
|---|---|---|
| Vehicles being sold | $50,000 | Based on offers / valuations |
| Vehicle being retained | $26,990 | Based on valuation |
| Accounts Receivable | $275,000 | Reduced to account for uncollectible A/R |
| Land in Homerville, GA | $40,000 | HS paid $84,000; 7.91 acres, encumbered by $1,000/year lease; Tax assessor 2019 valuation is $162,700; NOTE: The solar farm covers the entire property, so nothing else can be built on this land; the value is the future revenue stream, which is very low, and then the residual land value after the lease ends, which could be as much as 20 years in the future. This value reflects the practical difficulties in disposing of land encumbered by a long-term lease with very low payments. The lessee has rejected an offer to sell to them. |
| Land in Bainbridge, GA | ✗ $40,000 | 16 acres; has potential for building lots; encumbered by $1,000/yr lease; Tax assessor 2019 valuation is $77,920. NOTE: This value reflects the practical difficulties in disposing of land encumbered by a long-term lease with very low payments. The lessee has rejected an offer to sell to them. |
| Land in Bainbridge, GA | ✗ $14,900 | 5 acres; On Hwy 311; encumbered by $1,000/yr lease; Tax assessor 2019 valuation is $39,520; NOTE: The solar farm covers the entire property, so nothing else can be built on this land; the value is the future revenue stream, which is very low, and then the residual land value after the lease ends, which could be as much as 20 years in the future. This value reflects the practical difficulties in disposing of land encumbered by a long-term lease with very low payments. The lessee has rejected an offer to sell to them. |
| Inventory | $101,322 | Inventory value is from June 2020 MOR; Need updated value from Pete Marte |
| Cash in the bank | $5,000 | Bank balance as of June 30, 2020 per MOR was $31,558.69 |
| FF&E (excluding vehicles) | $19,980 | Estimated |
| Note receivable | $50,000 | This Note is owing from Sterling Plant aka Wiregrass Solar to Hannah solar. It has a balance due of $176,000. Pete Marte indicated $50,000 to $100,000 was a fair value. |
| TOTAL | ✗ $625,092 | |

✗ Revised

# EXHIBIT "B"

|  | | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Actual | | | | | |
| Email michael@robbgroup,com for Excel file format | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | | |
| Commercial [1] | | | | | | | | | | | | | |
| Residential [2] | | | | | | | | | | | | | |
| Service [3] | | | | | | | | | | | | | |
| Total Sales | | 188,492 | 324,373 | 249,806 | 256,576 | 280,166 | 427,335 | 198,800 | 335,987 | 208,648 | 143,900 | 168,863 | 301,453 |
| Beginning Cash | | 140,089 | 62,822 | 106,575 | 24,729 | 283,841 | 92,556 | 77,097 | 37,831 | 89,810 | 108,323 | 58,124 | 37,033 |
| Cash receipts | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | | |
| New Sales | | | | | | | | | | | | | |
| Commercial | | | | | | | | | | | | | |
| New sales [4] | | | | | | | | | | | | | |
| Progress payments [5] | | | | | | | | | | | | | |
| Final payments [6] | | | | | | | | | | | | | |
| Residential [7] | | | | | | | | | | | | | |
| Service [8] | | | | | | | | | | | | | |
| Total New Sales | | - | - | - | - | - | - | - | - | - | - | - | - |
| Existing AR [9] | | | | | | | | | | | | | |
| Total Sales | | 104,343 | 351,183 | 130,260 | 389,997 | 465,133 | 374,798 | 254,346 | 381,108 | 250,681 | 100,973 | 159,353 | 162,206 |
| Other receipts [10] | | 832 | 12,807 | 174,467 | 244,515 | 3,064 | 5,452 | 11,652 | 6,813 | - | 5,000 | 3,674 | 29,746 |
| Total Cash Receipts | | 105,175 | 363,990 | 304,727 | 634,513 | 468,197 | 380,250 | 265,998 | 387,921 | 250,681 | 105,973 | 163,027 | 191,952 |
| Available Cash | | 245,264 | 426,812 | 411,303 | 659,242 | 752,038 | 472,805 | 343,095 | 425,752 | 340,491 | 214,296 | 221,151 | 228,985 |
| Cash Disbursements | | | | | | | | | | | | | |
| Materials | | | | | | | | | | | | | |
| Commercial | | | | | | | | | | | | | |
| New sales [11] | | | | | | | | | | | | | |
| Progress payments [12] | | | | | | | | | | | | | |
| Final payments [13] | | | | | | | | | | | | | |
| Residential [14] | | | | | | | | | | | | | |
| Service [15] | | | | | | | | | | | | | |
| Electrical permits [16] | | | | | | | | | | | | | |
| Total Materials | | 35,539 | 140,116 | 62,270 | 41,613 | 105,455 | 104,263 | 65,398 | 134,106 | 67,222 | 69,259 | 99,851 | 89,290 |
| Payroll - gross | | | | | | | | | | | | | |
| Administrative [17] | | | | | | | | | | | | | |
| O&M [18] | | | | | | | | | | | | | |
| Commissions [19] | | | | | | | | | | | | | |
| Auto/Phone Allowance [20] | | | | | | | | | | | | | |
| Overtime [21] | | | | | | | | | | | | | |
| Total Payroll | | 138,282 | 112,629 | 150,830 | 171,293 | 183,794 | 153,421 | 128,957 | 112,046 | 72,005 | 44,693 | 46,914 | 46,905 |
| Payroll taxes [22] | | - | 707 | 31,420 | 64,156 | 106,795 | 58,188 | 50,017 | 42,527 | 27,979 | 20,493 | 10,753 | 17,855 |
| Payroll processing [23] | | | | | | | | | | | | | 492 |
| Total Payroll expense | | 138,282 | 113,336 | 182,250 | 235,450 | 290,589 | 211,610 | 178,973 | 154,573 | 99,984 | 65,185 | 57,667 | 65,252 |
| Operating Expenses | | | | | | | | | | | | | |
| Bank fees [24] | | 187 | 349 | 770 | 1,064 | 1,418 | 1,510 | 798 | 660 | 1,033 | 1,187 | 641 | 653 |
| Communication IT | | - | - | - | - | - | - | - | - | - | - | - | - |
| IT/Computer support [25] | | - | - | - | - | - | - | - | - | - | - | 5,000 | - |
| Contract labor | | | | | | | | | | | | | |
| Accounting [26] | | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales support [27] | | - | - | - | - | - | - | - | - | - | - | - | - |
| Production (Contracted) [28] | | - | - | - | 4,500 | - | - | 1,500 | 4,500 | 6,539 | - | 5,360 | 12,358 |
| Fleet expense [29] | | 5,315 | 12,827 | 10,522 | 15,729 | 12,360 | 10,165 | 6,943 | 4,703 | 1,882 | 1,672 | 2,528 | 2,688 |
| Insurance | | | | | | | | | | | | | |
| W/C/GL/Auto [30] | | - | 24,016 | 20,847 | 31,066 | 139,849 | 46,560 | 30,925 | 15,186 | 24,143 | 13,988 | - | - |
| Lease - facility [31] | | - | 1,556 | - | - | - | - | - | - | - | - | - | - |
| Miscellaneous [32] | | 2,233 | 18,745 | 20,640 | 26,631 | 4,205 | 2,169 | 5,021 | 1,736 | 9,223 | 4,680 | 1,593 | 75 |

| | | | | | | | | Actual | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-20 | Apr-20 |
| Email michael@robgroup.com for Excel file format | | | | | | | | | | | | |
| Office expense [33] | 74 | 2,181 | 1,904 | 3,433 | 3,717 | 1,561 | 1,664 | 1,678 | - | - | - | - |
| Professional fees - Moore Colson [34] | | | | | | | | | | | | |
| Professional fees - Legal [35] | - | 2,227 | 67,187 | 5,606 | 84,039 | 3,270 | 4,904 | 13,270 | 10,000 | - | 11,000 | 7,500 |
| Property/Sales taxes [36] | | | | | | | | | | | | |
| Travel & entertainment [37] | 812 | 1,114 | 1,859 | 5,364 | 11,323 | 4,576 | 1,489 | 776 | - | - | - | - |
| US Trustee fees | - | - | 13,187 | - | - | 3,118 | 2,785 | - | 10,600 | - | - | - |
| Utilities [38] | - | 3,770 | 5,738 | 4,944 | 6,527 | 6,908 | 4,863 | 4,756 | 1,541 | - | 479 | 289 |
| Total Operating Expenses | 8,622 | 66,785 | 142,053 | 98,338 | 263,438 | 79,836 | 60,893 | 47,263 | 64,961 | 21,727 | 26,601 | 23,563 |
| Total cash disbursements | 182,442 | 320,237 | 386,573 | 375,401 | 659,483 | 395,708 | 305,264 | 335,942 | 232,168 | 156,171 | 184,118 | 178,105 |
| Ending Cash from Operations | 62,822 | 106,575 | 24,729 | 283,841 | 92,556 | 77,097 | 37,831 | 89,810 | 108,323 | 58,124 | 37,033 | 50,880 |
| Secured/Administrative/Plan Expenses | | | | | | | | | | | | |
| Secured claims [39] | | | | | | | | | | | | |
| Bay Point | | | | | | | | | | | | |
| TD Auto Fin. - Silverado | | | | | | | | | | | | |
| TD Auto Fin. - Tesla | | | | | | | | | | | | |
| Funding Circle | | | | | | | | | | | | |
| Admin claims | | | | | | | | | | | | |
| Robl Law Group [40] | | | | | | | | | | | | |
| Portnoy, Garner & Nail [40] | | | | | | | | | | | | |
| Resolution Management [40] | | | | | | | | | | | | |
| Scroggins & Williamson [40] | | | | | | | | | | | | |
| Georgia Department of Revenue [40] | | | | | | | | | | | | |
| GDOR Interest @ 6.25% per annum | | | | | | | | | | | | |
| Post-petition A/P [41] | | | | | | | | | | | | |
| Current Employees [40] | | | | | | | | | | | | |
| Trey Gibbs | | | | | | | | | | | | |
| Dr. Gubert | | | | | | | | | | | | |
| Enterprise FM | | | | | | | | | | | | |
| Anthem Ins | | | | | | | | | | | | |
| Unsecured claims - Priority [39] | | | | | | | | | | | | |
| South Carolina Department of Revenue | | | | | | | | | | | | |
| Tennessee Department of Revenue | | | | | | | | | | | | |
| Alabama Department of Revenue | | | | | | | | | | | | |
| Internal Revenoue Service | | | | | | | | | | | | |
| North Carolina Department of Revenue | | | | | | | | | | | | |
| Georgia Department of Revenue | | | | | | | | | | | | |
| GDOR Interest @ 6.25% per annum | | | | | | | | | | | | |
| Mississippi Department of Revenue | | | | | | | | | | | | |
| City of Atlanta, Business Tax Division | | | | | | | | | | | | |
| Gibbs Claim | | | | | | | | | | | | |
| Former employees | | | | | | | | | | | | |
| Unsecured claims - General [39] | | | | | | | | | | | | |
| Pre-petition A/P | | | | | | | | | | | | |
| State Taxes | | | | | | | | | | | | |
| Total Secured/Admin/Plan Expenses | | | | | | | | | | | | |
| Ending Cash | 62,822.23 | 106,575.21 | 24,729.42 | 283,841.25 | 92,555.55 | 77,097.07 | 37,831.22 | 89,809.90 | 108,323.04 | 58,124.18 | 37,032.75 | 50,880 |

Notes:

[1] Commercial project sales have slowed significantly during Bankruptcy. As a result, the Financial Projection includes one (1) small commercial project every other per month starting in October 2020 and one (1) small commercial project every month starting in February 2021. Historically, small commercial projects ranged from $75,000 to $200,000. The projection assumes the average project sale at $125,000.

[2] Historically Hannah Solar has sold three (3) to five (5) residential jobs per month. As a result, the Financial Projection assumes four residential jobs per month. The contract price for residential jobs varies from $30,000 to $100,000, and the Financial Projection assumes the average project sale at $37,500.

[3] In the growing season (April through November) service revenue includes landscape maintenance. As systems get older, additional maintenance of systems is necessary. Hannah Solar has contracts with large site owners including IGS and Terraform for service.

[4] The Financial Projection assumes that Hannah Solar will receive a 50% deposit for commercial jobs. This assumption is based on current and historical commercial contract terms.

[5] The Financial Projections assumes that Hannah Solar will received progress payments up to 90% (50% deposit + 40% progress) of the contract process by the end of month 3. This is based on current and historical commercial contract terms and correlates with commensurate spend associated with each project.

[6] The Financial Projection assumes that Hannah Solar will received full payment for commercial projects by the end of month five (5) after beginning the project. This is based on current and historical commercial contract terms and project completion history.

[7] Residential projects historically have been 3-4 weeks from contract to final payment. As a result, the Financial Projection assumes that residential projects are contracted, completed, and paid within 30 days.

[8] The Financial Projection assumes that payment for service jobs will be received in the month of the service. Based on historical experience and service contract terms, 50% is paid prior to mobilization and 50% is paid once completed.

[9] The Accounts Receivable balance as of June 30, 2020 was $330,162, of this balance $268,713 is expected to be collected over the next twelve (12) months. The remaining balances might require legal action for collection. See Schedule 1.

[10] Sale of vehicle fleet in September 2020 estimated at $50,000. Sale of solar farms in November 2020 estimated at $175,000. Sale of Hannah Solar Government Services to HSGS in January 2021 estimated at $50,000.

[11] The Financial Projection assumes that materials totaling 46.3% of the contract price for commercial jobs are purchased in the month the contract is signed and deposits are received. This is based on current and historical commercial contract terms and project job costing history.

[12] The Financial Projection assumes that materials totaling 60.3% (i.e. 46.3% + 14%) of the contract price are purchased in the first three (3) months after the contract is signed. This is based on current and historical commercial contract terms and project job costing history and includes the materials, permitting, labor and getting to the next milestone closing.

[13] The Financial Projection assumes that total materials for commercial projects average 65.3% (i.e. 46.3% + 14% + 5%) of the contract price for commercial jobs and that the contracts are completed within five (5) months of the signed contract. Hannah Solar's historical data has a lower cost but much higher overhead, but with higher contractor costing for design, engineering and electrical, this would correlate to historical data without the overhead.

[14] The Financial Projection assumes that residential project costs total 55% of the contract price, resulting in gross profit of 45%. The cost of the outside labor for residential installation brings the gross profits to 22.5% which is what Hannah Solar has experienced historically.

[15] The Financial Projection assumes that service project costs total 25% of the contract price, resulting in a gross profit of 75% before labor costs. This is based on historical job costing.

[16] The electrical permit fee to the electrical contractor varies by size but for residential it is $250. For commercial it will be part of the contracted price with the Electrical Contractor. The permit fees correlate to the revenue assumptions. In addition, there are permit fees to the local jurisdiction that vary with project size and jurisdiction.

[17] Joseph Waybright ($85K) and Pete Marte ($90K).
[18] Payroll costs for the service increases during the growing season (April to November).
[19] The sales commission structure is still in development. The Financial Projection currently assumes 2.5% of sales above $250,000 per month as a commission.
[20] Mileage allowance.
[21] The landscape and service teams are still employees of Hannah Solar. Overtime is based on historical pay.
[22] Employer portion of payroll taxes.
[24] Based on Hannah Solar historical experience.
[25] Hannah Solar outsources IT services. The Financial Projection assumes $1,500 per month.
[26] Hannah Solar intends to outsource its accounting function to a third party provider after emerging from bankruptcy.
[27] Total annual spend for marketing over the ensuing 12 months - this would be advertising, sales brochures, etc.
[28] Hannah Solar uses Zero Grid Power Solutions for installation the costs varies by what is being installed and what state the project is in. New construction often has the electrical contractor do much of the preliminary wiring so that brings the cost way down. Energy Storage is handled in a similar fashion and a Tesla Powerwall is approximately $2500 for the first one and $1000 for a second one. The fee also includes the electrical materials required for the installation. This should be a percentage of the commercial and residential sales number and should correlate to the sales number for that month.
[29] Hannah Solar will retain 7 or 8 vehicles.



**Email michael@robigroup.com for Excel file format**

[30] Hannah Solar renewed its GL coverage and paid for it in June for the year, $20,519.20.   The Workers Comp had a down payment ($3,735.63) which was made on 7/6/2020, and 9 monthly payments of $1665.47.   The Auto is still being worked on.   Preliminary numbers for the auto policy indicate a cost of approximately $3,500 per month.

[31] Hannah Solar is currently leasing 5 storage units ($1250/mo/for all 5) and the plan is to be at 3 units by August 1 going forward.   In addition, Hannah Solar plans to rent a small office / warehouse space on or about 1/1/2021.

[32] Miscellaneous expenses.

[33] Office supplies.

[34] Moore Colson fees to prepare MOR and other bankruptcy financial advisory fees through December 2020.

[35] $5,000 per month for each law firm for 5 months.

[36] Estimated at 4% of sales for the portion of sales that is materials vs. labor to install.   So it is 4% of the total spend by the customer.

[37] T&E expenses.

[38] Office utilities starting January 2021.

[39] See details in Schedule 4.

[40] See details in Schedule 3.

[41] See details in Schedule 2.

Email michael@robbgroup.com for Excel

| | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | | | | | | | | | | | | |
| Commercial [1] | | | 50,000 | 150,000 | 150,000 | 125,000 | - | 125,000 | - | 125,000 | 125,000 | 125,000 |
| Residential [2] | | | | | | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Service [3] | | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 30,000 | 20,000 | 20,000 | 30,000 | 50,000 |
| Total Sales | 238,724 | 133,158 | 100,000 | 200,000 | 200,000 | 325,000 | 200,000 | 305,000 | 170,000 | 295,000 | 305,000 | 325,000 |
| | | | | | | | | | | | | |
| **Beginning Cash** | 50,880 | 91,560 | 31,559 | 95,438 | 74,974 | 60,306 | 61,159 | 77,078 | 80,049 | 42,710 | 37,369 | 3,042 |
| | | | | | | | | | | | | |
| **Cash receipts** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | |
| New Sales | | | | | | | | | | | | |
| Commercial | | | | | | | | | | | | |
| New sales [4] | | | | | | 62,500 | - | 62,500 | - | 62,500 | 62,500 | 62,500 |
| Progress payments [5] | | | | | | - | - | 50,000 | - | 50,000 | - | 50,000 |
| Final payments [6] | | | | | | - | - | - | - | 12,500 | - | 12,500 |
| Residential [7] | | | 50,000 | 34,958 | 135,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 |
| Service [8] | | | 50,000 | 60,000 | 50,000 | 50,000 | 50,000 | 30,000 | 20,000 | 20,000 | 30,000 | 50,000 |
| Total New Sales | - | - | 100,000 | 94,958 | 185,000 | 262,500 | 200,000 | 292,500 | 170,000 | 295,000 | 242,500 | 325,000 |
| | | | | | | | | | | | | |
| Existing AR [9] | | | 102,652 | | | 5,702 | 5,702 | 5,702 | 5,702 | 5,702 | 5,702 | 5,702 |
| | | | | | | | | | | | | |
| Total Sales | 245,130 | 144,770 | 202,652 | 94,958 | 185,000 | 268,202 | 205,702 | 298,202 | 175,702 | 300,702 | 248,202 | 330,702 |
| | | | | | | | | | | | | |
| Other receipts [10] | 9,191 | 8 | - | - | - | 50,000 | - | - | 50,000 | 175,000 | - | - |
| | | | | | | | | | | | | |
| **Total Cash Receipts** | 254,320 | 144,778 | 202,652 | 94,958 | 185,000 | 318,202 | 205,702 | 298,202 | 225,702 | 475,702 | 248,202 | 330,702 |
| | | | | | | | | | | | | |
| **Available Cash** | 305,200 | 236,339 | 234,211 | 190,396 | 259,974 | 378,508 | 266,862 | 375,280 | 305,752 | 518,413 | 285,571 | 333,744 |
| | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | |
| Materials | | | | | | | | | | | | |
| Commercial | | | | | | | | | | | | |
| New sales [11] | | | - | - | 12,000 | 57,875 | - | 57,875 | - | 57,875 | 57,875 | 57,875 |
| Progress payments [12] | | | - | - | - | - | - | 17,500 | - | 17,500 | - | 17,500 |
| Final payments [13] | | | - | - | - | - | - | - | - | 6,250 | - | 6,250 |
| Residential [14] | | | 27,500 | 16,770 | 74,250 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 |
| Service [15] | | | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 7,500 | 5,000 | 5,000 | 7,500 | 12,500 |
| Electrical permits [16] | | | 1,500 | 2,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Total Materials | 106,418 | 72,566 | 41,500 | 31,270 | 100,750 | 155,375 | 97,500 | 167,875 | 90,000 | 171,625 | 150,375 | 179,125 |
| | | | | | | | | | | | | |
| Payroll - gross | | | | | | | | | | | | |
| Administrative [17] | | | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 |
| O&M [18] | | | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 15,000 | 15,000 | 15,000 | 15,000 | 22,000 |
| Commissions [19] | | | - | - | - | 1,875 | - | 1,375 | 1,125 | 1,375 | 1,875 | |
| Auto/Phone Allowance [20] | | | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Overtime [21] | | | 1,500 | 1,500 | 1,500 | 1,000 | | | | | | 1,500 |
| Total Payroll | 34,049 | 27,242 | 38,333 | 38,333 | 38,333 | 39,708 | 36,833 | 31,208 | 29,833 | 30,958 | 31,208 | 40,208 |
| Payroll taxes [22] | 13,102 | 9,651 | 2,932 | 2,932 | 2,932 | 3,038 | 2,818 | 2,387 | 2,282 | 2,368 | 2,387 | 3,076 |
| Payroll processing [23] | 495 | 684 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Total Payroll expense | 47,645 | 37,576 | 41,766 | 41,766 | 41,766 | 43,246 | 40,151 | 34,096 | 32,616 | 33,827 | 34,096 | 43,784 |
| | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | |
| Bank fees [24] | 611 | 843 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Communication IT | | | | | | | | | | | | |
| IT/Computer support [25] | 5,030 | | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Contract labor | | | | | | | | | | | | |
| Accounting [26] | - | | - | - | - | - | - | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Sales support [27] | | | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Production (Contracted) [28] | 34,654 | 29,021 | 22,600 | 16,088 | 24,000 | 22,600 | 18,380 | 18,380 | 22,600 | 18,380 | 18,380 | 22,600 |
| Fleet expense [29] | 3,528 | 1,109 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Insurance | | | | | | | | | | | | |
| W/C/GL/Auto [30] | - | 20,519 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 3,500 |
| Lease - facility [31] | | | 1,000 | 750 | 750 | 750 | 750 | 750 | 2,500 | 2,500 | 2,500 | 2,500 |
| Miscellaneous [32] | 424 | 38,144 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 |

Email michael@robgroup.com for Excel

| | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Office expense [33] | | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Professional fees - Moore Colson [34] | 5,455 | 5,000 | 10,000 | 10,000 | 3,000 | 3,000 | 3,000 | 3,000 | | | | |
| Professional fees - Legal [35] | 5,000 | | | | 5,000 | 5,000 | 5,000 | 5,000 | | | | |
| Property/Sales taxes [36] | | | 2,000 | 1,398 | 5,400 | 8,500 | 6,000 | 10,500 | 6,000 | 11,000 | 8,500 | 11,000 |
| Travel & entertainment [37] | | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| US Trustee fees | 4,875 | | 4,875 | | | 4,875 | | | 4,875 | | | |
| Utilities [38] | | | | | | | | 750 | | 750 | 750 | 750 |
| Total Operating Expenses | 59,577 | 94,637 | 52,864 | 40,626 | 50,539 | 57,114 | 45,519 | 52,519 | 51,614 | 47,519 | 45,019 | 50,074 |
| | | | | | | | | | | | | |
| Total cash disbursements | 213,640 | 204,780 | 136,130 | 113,662 | 193,055 | 255,735 | 183,171 | 254,490 | 174,230 | 252,971 | 229,490 | 227,983 |
| | | | | | | | | | | | | |
| Ending Cash from Operations | 91,560 | 31,559 | 98,081 | 76,735 | 66,919 | 122,773 | 83,691 | 120,790 | 131,522 | 265,441 | 56,081 | 60,763 |
| | | | | | | | | | | | | |
| Secured/Administrative/Plan Expenses | | | | | | | | | | | | |
| Secured claims [39] | | | | | | | | | | | | |
| Bay Point | | | | | 4,853 | 59,853 | 4,853 | 4,853 | 52,958 | 192,253 | 17,253 | 17,091 |
| TD Auto Fin. - Silverado | | | 920 | 920 | 920 | 920 | 920 | 920 | 920 | 920 | 920 | 920 |
| TD Auto Fin. - Tesla | | | 1,722 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 |
| Funding Circle | | | | | | | | - | - | - | - | - |
| Admin claims | | | | | | | | | | | | |
| Robl Law Group [40] | | | | | | | | 3,333 | 3,333.33 | 3,333.33 | 3,333.33 | 3,333.33 |
| Portnoy, Garner & Nail [40] | | | | | | | | 917 | 916.67 | 916.67 | 916.67 | 916.67 |
| Resolution Management [40] | | | | | | | | 417 | 416.67 | 416.67 | 416.67 | 416.67 |
| Scroggins & Williamson [40] | | | | | | | | 3,083 | 3,083.33 | 3,083.33 | 3,083.33 | 3,083.33 |
| Georgia Department of Revenue [40] | | | | | | | | 6,520 | 6,519.75 | 6,519.75 | 6,519.75 | 6,519.75 |
| GDOR Interest @ 6.25% per annum | | | | | | | | 407 | 373.53 | 339.57 | 305.61 | 271.66 |
| Post-petition A/P [41] | | | | | | | | 14,073 | 14,072.88 | 14,072.88 | 14,072.88 | 14,072.88 |
| Current Employees [40] | | | | | | | | 288 | 287.58 | 287.58 | 287.58 | 287.58 |
| Trey Gibbs | | | | | | | | 631 | 631.41 | 631.41 | 631.41 | 631.41 |
| Dr. Gubert | | | | | | | | 1,333 | 1,333.33 | 1,333.33 | 1,333.33 | 1,333.33 |
| Enterprise FM | | | | | | | | 1,458 | 1,458.33 | 1,458.33 | 1,458.33 | 1,458.33 |
| Anthem Ins | | | | | | | | 1,667 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 |
| Unsecured claims - Priority [39] | | | | | | | | | | | | |
| South Carolina Department of Revenue | | | | | | | | | | | | |
| Tennessee Department of Revenue | | | | | | | | | | | | |
| Alabama Department of Revenue | | | | | | | | | | | | |
| Internal Revenue Service | | | | | | | | | | | | |
| North Carolina Department of Revenue | | | | | | | | | | | | |
| Georgia Department of Revenue | | | | | | | | | | | | |
| GDOR Interest @ 6.25% per annum | | | | | | | | | | | | |
| Mississippi Department of Revenue | | | | | | | | | | | | |
| City of Atlanta, Business Tax Division | | | | | | | | | | | | |
| Gibbs Claim | | | | | | | | | | | | |
| Former employees | | | | | | | | | | | | |
| Unsecured claims - General [39] | | | | | | | | | | | | |
| Pre-petition A/P | | | | | | | | | | | | |
| State Taxes | | | | | | | | | | | | |
| Total Secured/Admin/Plan Expenses | - | - | 2,642 | 1,760 | 6,613 | 61,613 | 6,613 | 40,741 | 88,811 | 228,073 | 53,039 | 52,843 |
| | | | | | | | | | | | | |
| Ending Cash | 91,560 | 31,559 | 95,438 | 74,974 | 60,306 | 61,159 | 77,078 | 80,049 | 42,710 | 37,369 | 3,042 | 7,918 |

Notes:

[1] Commercial project sales have slowed
project every month starting in February 2

[2] Historically Hannah Solar has sold three
and the Financial Projection assumes the a

[3] In the growing season (April through No
IGS and Terraform for service.

[4] The Financial Projection assumes that t

[5] The Financial Projections assumes that
contract terms and correlates with comme

[6] The Financial Projection assumes that t
project completion history.

[7] Residential projects historically have be

[8] The Financial Projection assumes that p
completed.

[9] The Accounts Receivable balance as of
Schedule 1.

[10] Sale of vehicle fleet in September 202

[11] The Financial Projection assumes that
commercial contract terms and project jol

[12] The Financial Projection assumes that
historical commercial contract terms and p

[13] The Financial Projection assumes that
signed contract. Hannah Solar's historical

[14] The Financial Projection assumes that
Hannah Solar has experienced historically.

[15] The Financial Projection assumes that

[16] The electrical permit fee to the electri
assumptions. In addition, there are perm

[17] Joseph Waybright ($85K) and Pete Ma

[18] Payroll costs for the service increases

[19] The sales commission structure is still

[20] Mileage allowance.

[21] The landscape and service teams are :

[22] Employer portion of payroll taxes.

[23] Hannah Solar uses a third party to pro

[24] Based on Hannah Solar historical expe

[25] Hannah Solar outsources IT services.

[26] Hannah Solar intends to outsource its

[27] Total annual spend for marketing ove

[28] Hannah Solar uses Zero Grid Power So
that brings the cost down. Energy St
installation. This should be a percentage c

[29] Hannah Solar will retain 7 or 8 vehicle

| | A | Z | AA | AB | AC | AF | AG | AH | AI | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | **Email michael@roblgroup.com for Excel** | May-20 | | Jun-20 | | Jul-20 | | Aug-20 | | Sep-20 | | Oct-20 | | Nov-20 | | Dec-20 | | Jan-21 | | Feb-21 | | Mar-21 | | Apr-21 | |
| 151 | [30] Hannah Solar renewed its GL coverag being worked on.  Preliminary numbers fo | | | | | | | | | | | | | | | | | | | | | | | | |
| 152 | [31] Hannah Solar is currently leasing 5 sto | | | | | | | | | | | | | | | | | | | | | | | | |
| 153 | [32] Miscellaneous expenses. | | | | | | | | | | | | | | | | | | | | | | | | |
| 154 | [33] Office supplies. | | | | | | | | | | | | | | | | | | | | | | | | |
| 155 | [34] Moore Colson fees to prepare MOR a | | | | | | | | | | | | | | | | | | | | | | | | |
| 156 | [35] $5,000 per month for each law firm fo | | | | | | | | | | | | | | | | | | | | | | | | |
| 157 | [36] Estimated at 4% of sales for the portic | | | | | | | | | | | | | | | | | | | | | | | | |
| 158 | [37] T&E expenses. | | | | | | | | | | | | | | | | | | | | | | | | |
| 159 | [38] Office utilities starting January 2021. | | | | | | | | | | | | | | | | | | | | | | | | |
| 160 | [39] See details in Schedule 4. | | | | | | | | | | | | | | | | | | | | | | | | |
| 161 | [40] See details in Schedule 3. | | | | | | | | | | | | | | | | | | | | | | | | |
| 162 | [41] See details in Schedule 2. | | | | | | | | | | | | | | | | | | | | | | | | |

| | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Projected | | | | | | |
| Email michael@robtgroup.com for Excel | | | | | | | | | | | | |
| **Sales** | | | | | | | | | | | | |
| Commercial [1] | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 125,000 | 200,000 | 200,000 | 200,000 | 200,000 | 250,000 | 250,000 |
| Residential [2] | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 175,000 | 175,000 | 200,000 | 150,000 | 150,000 | 175,000 | 175,000 |
| Service [3] | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 30,000 | 20,000 | 20,000 | 30,000 | 50,000 |
| Total Sales | 325,000 | 325,000 | 325,000 | 325,000 | 325,000 | 350,000 | 425,000 | 430,000 | 370,000 | 370,000 | 455,000 | 475,000 |
| | | | | | | | | | | | | |
| **Beginning Cash** | 7,918 | 22,063 | 21,492 | 19,221 | 21,585 | 13,983 | 12,698 | 15,999 | 44,973 | 33,418 | 19,219 | 806 |
| | | | | | | | | | | | | |
| **Cash receipts** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | |
| New Sales | | | | | | | | | | | | |
| Commercial | | | | | | | | | | | | |
| New sales [4] | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 62,500 | 100,000 | 100,000 | 100,000 | 125,000 | 125,000 | 125,000 |
| Progress payments [5] | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 80,000 | 80,000 | 80,000 | 80,000 |
| Final payments [6] | - | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 20,000 | 20,000 |
| Residential [7] | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 175,000 | 175,000 | 200,000 | 150,000 | 150,000 | 175,000 | 175,000 |
| Service [8] | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 30,000 | 20,000 | 20,000 | 30,000 | 50,000 |
| Total New Sales | 312,500 | 325,000 | 325,000 | 325,000 | 325,000 | 350,000 | 387,500 | 392,500 | 387,500 | 387,500 | 430,000 | 450,000 |
| | | | | | | | | | | | | |
| Existing AR [9] | 5,702 | 5,702 | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| Total Sales | 318,202 | 330,702 | 325,000 | 325,000 | 325,000 | 350,000 | 387,500 | 392,500 | 387,500 | 387,500 | 430,000 | 450,000 |
| | | | | | | | | | | | | |
| Other receipts [10] | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | |
| **Total Cash Receipts** | 318,202 | 330,702 | 325,000 | 325,000 | 325,000 | 350,000 | 387,500 | 392,500 | 387,500 | 387,500 | 430,000 | 450,000 |
| | | | | | | | | | | | | |
| **Available Cash** | 326,120 | 352,766 | 346,492 | 344,221 | 346,585 | 363,983 | 400,198 | 408,499 | 432,473 | 420,918 | 449,219 | 450,806 |
| | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | |
| Materials | | | | | | | | | | | | |
| Commercial | | | | | | | | | | | | |
| New sales [11] | 57,875 | 57,875 | 57,875 | 57,875 | 57,875 | 57,875 | 92,600 | 92,600 | 92,600 | 92,600 | 115,750 | 115,750 |
| Progress payments [12] | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 28,000 | 28,000 | 28,000 | 28,000 |
| Final payments [13] | - | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 10,000 | 10,000 |
| Residential [14] | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 96,250 | 96,250 | 110,000 | 82,500 | 82,500 | 96,250 | 96,250 |
| Service [15] | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 7,500 | 5,000 | 5,000 | 7,500 | 12,500 |
| Electrical permits [16] | 2,500 | 2,500 | 1,500 | 2,000 | 2,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Total Materials | 172,875 | 179,125 | 178,125 | 178,625 | 178,625 | 192,875 | 227,600 | 236,350 | 216,850 | 216,850 | 260,000 | 265,000 |
| | | | | | | | | | | | | |
| Payroll - gross | | | | | | | | | | | | |
| Administrative [17] | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 | 14,583 |
| O&M [18] | 12,500 | 12,500 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 25,000 | 25,000 | 27,500 | 27,500 | 30,000 |
| Commissions [19] | 1,875 | 1,875 | 1,875 | 1,875 | 1,875 | 2,500 | 4,375 | 4,500 | 3,000 | 3,000 | 5,125 | 5,625 |
| Auto/Phone Allowance [20] | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Overtime [21] | 1,000 | 1,000 | 1,500 | 1,500 | 1,500 | 1,000 | | | | | | |
| Total Payroll | 30,208 | 30,208 | 40,208 | 40,208 | 40,208 | 40,333 | 41,208 | 44,333 | 42,833 | 45,333 | 47,458 | 51,958 |
| Payroll taxes [22] | 2,311 | 2,311 | 3,076 | 3,076 | 3,076 | 3,085 | 3,152 | 3,391 | 3,277 | 3,468 | 3,631 | 3,975 |
| Payroll processing [23] | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Total Payroll expense | 33,019 | 33,019 | 43,784 | 43,784 | 43,784 | 43,919 | 44,861 | 48,225 | 46,610 | 49,301 | 51,589 | 56,433 |
| | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | |
| Bank fees [24] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Communication-IT | | | | | | | | | | | | |
| IT/Computer support [25] | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 |
| Contract labor | | | | | | | | | | | | |
| Accounting [26] | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Sales support [27] | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| Production (Contracted) [28] | 18,380 | 18,380 | 22,600 | 18,380 | 18,380 | 22,600 | 18,380 | 18,380 | 18,300 | 18,380 | 18,380 | 18,380 |
| Fleet expense [29] | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Insurance | | | | | | | | | | | | |
| W/C/GL/Auto [30] | 3,500 | 24,000 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 5,165 | 3,500 |
| Lease - facility [31] | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Miscellaneous [32] | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 | 424 |

Email michael@robgroup.com for Excel

| | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Projected | | | | | |
| Office expense [33] | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 |
| Professional fees - Moore Colson [34] | | | | | | | | | | | | |
| Professional fees - Legal [35] | | | | | | | | | | | | |
| Property/Sales taxes [36] | 10,500 | 11,000 | 11,000 | 11,000 | 11,000 | 12,000 | 13,500 | 14,500 | 14,700 | 14,700 | 16,000 | 16,000 |
| Travel & entertainment [37] | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| US Trustee fees | | | | | | | | | | | | |
| Utilities [38] | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 750 |
| Total Operating Expenses | 45,354 | 66,354 | 51,739 | 47,519 | 47,519 | 52,739 | 50,019 | 51,019 | 51,139 | 51,219 | 52,519 | 50,774 |
| | | | | | | | | | | | | |
| **Total cash disbursements** | 251,248 | 278,498 | 273,649 | 269,929 | 269,929 | 289,533 | 322,480 | 335,594 | 314,600 | 317,371 | 364,108 | 327,207 |
| | | | | | | | | | | | | |
| Ending Cash from Operations | 74,872 | 74,267 | 72,844 | 74,292 | 76,656 | 74,450 | 77,717 | 72,904 | 117,874 | 103,547 | 85,110 | 78,599 |
| | | | | | | | | | | | | |
| Secured/Administrative/Plan Expenses | | | | | | | | | | | | |
| Secured claims [39] | | | | | | | | | | | | |
| Bay Point | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 | 17,091 |
| TD Auto Fin. - Silverado | 920 | 920 | 920 | 920 | 920 | | | | | | | |
| TD Auto Fin. - Tesla | 840 | 840 | 1,722 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 | 840 |
| Funding Circle | - | - | - | - | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Admin claims | | | | | | | | | | | | |
| Robl Law Group [40] | 3,333.33 | 3,333.33 | 3,333.33 | 3,333.33 | 3,333.33 | 3,333.33 | 3,333.33 | | | | | |
| Portnoy, Garner & Nail [40] | 916.67 | 916.67 | 916.67 | 916.67 | 916.67 | 916.67 | 916.67 | | | | | |
| Resolution Management [40] | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | 416.67 | | | | | |
| Scroggins & Williamson [40] | 3,083.33 | 3,083.33 | 3,083.33 | 3,083.33 | 3,083.33 | 3,083.33 | 3,083.33 | | | | | |
| Georgia Department of Revenue [40] | 6,519.75 | 6,519.75 | 6,519.75 | 6,519.75 | 6,519.75 | 6,519.75 | 6,519.75 | | | | | |
| GDOR Interest @ 6.25% per annum | 237.70 | 203.74 | 169.79 | 135.83 | 101.87 | 101.87 | 67.91 | | | | | |
| Post-petition A/P [41] | 14,072.88 | 14,072.88 | 14,072.88 | 14,072.88 | 14,072.88 | 14,072.88 | 14,072.88 | | | | | |
| Current Employees [40] | 287.58 | 287.58 | 287.58 | 287.58 | 287.58 | 287.58 | 287.58 | | | | | |
| Trey Gibbs | 631.41 | 631.41 | 631.41 | 631.41 | 631.41 | 631.41 | 631.41 | | | | | |
| Dr. Gubert | 1,333.33 | 1,333.33 | 1,333.33 | 1,333.33 | 1,333.33 | 1,333.33 | 1,333.33 | | | | | |
| Enterprise FM | 1,458.33 | 1,458.33 | 1,458.33 | 1,458.33 | 1,458.33 | 1,458.33 | 1,458.33 | | | | | |
| Anthem Ins | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | 1,666.67 | | | | | |
| Unsecured claims - Priority [39] | | | | | | | | | | | | |
| South Carolina Department of Revenue | | | | | | | | | 3,295.67 | 3,295.67 | 3,295.67 | 3,295.67 |
| Tennessee Department of Revenue | | | | | | | | | 31.97 | 31.97 | 31.97 | 31.97 |
| Alabama Department of Revenue | | | | | | | | | 161.40 | 161.40 | 161.40 | 161.40 |
| Internal Revenue Service | | | | | | | | | 10,736.19 | 10,736.19 | 10,736.19 | 10,736.19 |
| North Carolina Department of Revenue | | | | | | | | | 4,685.20 | 4,685.20 | 4,685.20 | 4,685.20 |
| Georgia Department of Revenue | | | | | | | | | 16,461.58 | 16,461.58 | 16,461.58 | 16,461.58 |
| GDOR Interest @ 6.25% per annum | | | | | | | | | 1,070.00 | 943.11 | 918.71 | 771.64 |
| Mississippi Department of Revenue | | | | | | | | | 480.43 | 480.43 | 480.43 | 480.43 |
| City of Atlanta, Business Tax Division | | | | | | | | | 1,213.18 | 1,213.18 | 1,213.18 | 1,213.18 |
| Gibbs Claim | | | | | | | | | 287.00 | 287.00 | 287.00 | 287.00 |
| Former employees | | | | | | | | | 18,102.26 | 18,102.26 | 18,102.26 | 18,102.26 |
| Pre-petition A/P | | | | | | | | | | | | |
| Unsecured claims - General [39] | | | | | | | | | | | | |
| State Taxes | | | | | | | | | | | | |
| Total Secured/Admin/Plan Expenses | 52,809 | 52,775 | 53,623 | 52,707 | 62,673 | 61,753 | 61,719 | 27,931 | 84,456 | 84,329 | 84,304 | 84,157 |
| | | | | | | | | | | | | |
| Ending Cash | 22,063 | 21,492 | 19,221 | 21,585 | 13,983 | 12,698 | 15,999 | 44,973 | 33,418 | 19,219 | 806 | (5,559) |

Notes:

[1] Commercial project sales have slowed
project every month starting in February 2

[2] Historically Hannah Solar has sold thre
and the Financial Projection assumes the a

[3] In the growing season (April through N
IGS and Terraform for service.

[4] The Financial Projection assumes that t

[5] The Financial Projection assumes that
contract terms and correlates with comme

[6] The Financial Projection assumes that t
project completion history.

[7] Residential projects historically have be

[8] The Financial Projection assumes that p
completed.

[9] The Accounts Receivable balance as of
Schedule 1.

[10] Sale of vehicle fleet in September 202

[11] The Financial Projection assumes that
commercial contract terms and project jol

[12] The Financial Projection assumes that
historical commercial contract terms and

[13] The Financial Projection assumes that
signed contract.  Hannah Solar's historical

[14] The Financial Projection assumes that
Hannah Solar has experienced historically.

[15] The Financial Projection assumes that

[16] The electrical permit fee to the electri
assumptions.  In addition, there are perm

[17] Joseph Waybright ($85K) and Pete Ma
[18] Payroll costs for the service increases
[19] The sales commission structure is still
[20] Mileage allowance.
[21] The landscape and service teams are s
[22] Employer portion of payroll taxes.
[23] Hannah Solar uses a third party to pro
[24] Based on Hannah Solar historical expe
[25] Hannah Solar outsources IT services.
[26] Hannah Solar intends to outsource its
[27] Total annual spend for marketing ove
[28] Hannah Solar uses Zero Grid Power Sc
that brings the cost down.  Energy St
installation.  This should be a percentage o

[29] Hannah Solar will retain 7 or 8 vehicle

| | A | AZ | BA | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | Projected | | | | | | | | | |
| 2 | | May-21 | | Jun-21 | | Jul-21 | | Aug-21 | | Sep-21 | | Oct-21 | | Nov-21 | | Dec-21 | | Jan-22 | | Feb-22 | | Mar-22 | | Apr-22 | |
| 3 | **Email michael@roblgroup.com for Excel** | | | | | | | | | | | | | | | | | | | | | | | | |
| 151 | [30] Hannah Solar renewed its GL coverag... being worked on.  Preliminary numbers fo... | | | | | | | | | | | | | | | | | | | | | | | | |
| 152 | [31] Hannah Solar is currently leasing 5 sto... | | | | | | | | | | | | | | | | | | | | | | | | |
| 153 | [32] Miscellaneous expenses. | | | | | | | | | | | | | | | | | | | | | | | | |
| 154 | [33] Office supplies. | | | | | | | | | | | | | | | | | | | | | | | | |
| 155 | [34] Moore Colson fees to prepare MOR a... | | | | | | | | | | | | | | | | | | | | | | | | |
| 156 | [35] $5,000 per month for each law firm fo... | | | | | | | | | | | | | | | | | | | | | | | | |
| 157 | [36] Estimated at 4% of sales for the portio... | | | | | | | | | | | | | | | | | | | | | | | | |
| 158 | [37] T&E expenses. | | | | | | | | | | | | | | | | | | | | | | | | |
| 159 | [38] Office utilities starting January 2021. | | | | | | | | | | | | | | | | | | | | | | | | |
| 160 | [39] See details in Schedule 4. | | | | | | | | | | | | | | | | | | | | | | | | |
| 161 | [40] See details in Schedule 3. | | | | | | | | | | | | | | | | | | | | | | | | |
| 162 | [41] See details in Schedule 2. | | | | | | | | | | | | | | | | | | | | | | | | |

| | A | May-22 | Jun-22 |
|---|---|---|---|
| 2 | | **May-22** | **Jun-22** |
| 3 | Email michael@robtgroup.com for Excel | | |
| 4 | **Sales** | | |
| 5 | Commercial [1] | 250,000 | 250,000 |
| 6 | Residential [2] | 175,000 | 175,000 |
| 7 | Service [3] | 50,000 | 50,000 |
| 8 | Total Sales | 475,000 | 475,000 |
| 9 | | | |
| 10 | **Beginning Cash** | (5,559) | 12,532 |
| 11 | | | |
| 12 | **Cash receipts** | | |
| 13 | | | |
| 14 | Sales | | |
| 15 | New Sales | | |
| 16 | Commercial | | |
| 17 | New sales [4] | 125,000 | 125,000 |
| 18 | Progress payments [5] | 100,000 | 100,000 |
| 19 | Final payments [6] | 20,000 | 20,000 |
| 20 | Residential [7] | 175,000 | 175,000 |
| 21 | Service [8] | 50,000 | 50,000 |
| 22 | Total New Sales | 470,000 | 470,000 |
| 23 | | | |
| 24 | Existing AR [9] | - | - |
| 25 | | | |
| 26 | Total Sales | 470,000 | 470,000 |
| 27 | | | |
| 28 | Other receipts [10] | - | - |
| 29 | | | |
| 30 | **Total Cash Receipts** | 470,000 | 470,000 |
| 31 | | | |
| 32 | **Available Cash** | 464,441 | 482,532 |
| 33 | | | |
| 34 | **Cash Disbursements** | | |
| 35 | Materials | | |
| 36 | Commercial | | |
| 37 | New sales [11] | 115,750 | 115,750 |
| 38 | Progress payments [12] | 35,000 | 35,000 |
| 39 | Final payments [13] | 10,000 | 10,000 |
| 40 | Residential [14] | 96,250 | 96,250 |
| 41 | Service [15] | 12,500 | 12,500 |
| 42 | Electrical permits [16] | 2,500 | 2,500 |
| 43 | Total Materials | 272,000 | 272,000 |
| 44 | | | |
| 45 | Payroll - gross | | |
| 46 | Administrative [17] | 14,583 | 14,583 |
| 47 | O&M [18] | 35,000 | 35,000 |
| 48 | Commissions [19] | 5,625 | 5,625 |
| 49 | Auto/Phone Allowance [20] | 250 | 250 |
| 50 | Overtime [21] | 1,000 | 1,000 |
| 51 | Total Payroll | 56,458 | 56,458 |
| 52 | Payroll taxes [22] | 4,319 | 4,319 |
| 53 | Payroll processing [23] | 500 | 500 |
| 54 | Total Payroll expense | 61,277 | 61,277 |
| 55 | | | |
| 56 | Operating Expenses | | |
| 57 | Bank fees [24] | 1,000 | 1,000 |
| 58 | Communication IT | | |
| 59 | IT/Computer support [25] | 1,500 | 1,500 |
| 60 | Contract labor | | |
| 61 | Accounting [26] | 2,500 | 2,500 |
| 62 | Sales support [27] | 1,000 | 1,000 |
| 63 | Production (Contracted) [28] | 18,380 | 18,380 |
| 64 | Fleet expense [29] | 2,500 | 2,500 |
| 65 | Insurance | | |
| 66 | W/C/GL/Auto [30] | 3,500 | 24,000 |
| 67 | Lease - facility [31] | 2,500 | 2,500 |
| 68 | Miscellaneous [32] | 424 | 424 |

| | A | BX | BY | BZ | CA |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | Email michael@robbgroup.com for Excel | | | May-22 | Jun-22 |
| 69 | Office expense [33] | | | 300 | 300 |
| 70 | Professional fees - Moore Colson [34] | | | | |
| 71 | Professional fees - Legal [35] | | | | |
| 72 | Property/Sales taxes [36] | | | 16,800 | 16,800 |
| 73 | Travel & entertainment [37] | | | 500 | 500 |
| 74 | US Trustee fees | | | | |
| 75 | Utilities [38] | | | 750 | 750 |
| 76 | Total Operating Expenses | | | 51,654 | 72,154 |
| 77 | | | | | |
| 78 | **Total cash disbursements** | | | 384,931 | 405,431 |
| 79 | | | | | |
| 80 | **Ending Cash from Operations** | | | 79,510 | 77,101 |
| 81 | | | | | |
| 82 | **Secured/Administrative/Plan Expenses** | | | | |
| 83 | Secured claims [39] | | | | |
| 84 | Bay Point | | | | |
| 85 | TD Auto Fin. - Silverado | | | | |
| 86 | TD Auto Fin. - Tesla | | | 840 | 840 |
| 87 | Funding Circle | | | 10,000 | 10,000 |
| 88 | Admin claims | | | | |
| 89 | Robl Law Group [40] | | | | |
| 90 | Portnoy, Garner & Nail [40] | | | | |
| 91 | Resolution Management [40] | | | | |
| 92 | Scroggins & Williamson [40] | | | | |
| 93 | Georgia Department of Revenue [40] | | | | |
| 94 | GDOR Interest @ 6.25% per annum | | | | |
| 95 | Post-petition A/P [41] | | | | |
| 96 | Current Employees [40] | | | | |
| 97 | Trey Gibbs | | | | |
| 98 | Dr., Gubert | | | | |
| 99 | Enterprise FM | | | | |
| 100 | Anthem Ins | | | | |
| 101 | Unsecured claims - Priority [39] | | | | |
| 102 | South Carolina Department of Revenue | | | 3,295.67 | 3,295.67 |
| 103 | Tennessee Department of Revenue | | | 31.97 | 31.97 |
| 104 | Alabama Department of Revenue | | | 161.40 | 161.40 |
| 105 | Internal Revenue Service | | | 10,736.19 | 10,736.19 |
| 106 | North Carolina Department of Revenue | | | 4,685.20 | 4,685.20 |
| 107 | Georgia Department of Revenue | | | 16,461.58 | 16,461.58 |
| 108 | GDOR Interest @ 6.25% per annum | | | 682.77 | 600.16 |
| 109 | Mississippi Department of Revenue | | | 480.43 | 480.43 |
| 110 | City of Atlanta, Business Tax Division | | | 1,213.18 | 1,213.18 |
| 111 | Gibbs Claim | | | 287.00 | 287.00 |
| 112 | Former employees | | | 18,102.26 | 18,102.26 |
| 113 | Unsecured claims - General [39] | | | | |
| 114 | Pre-petition A/P | | | | |
| 115 | State Taxes | | | | |
| 116 | Total Secured/Admin/Plan Expenses | | | 66,978 | 66,895 |
| 117 | | | | | |
| 118 | **Ending Cash** | | | 12,532 | 10,206 |
| 119 | | | | | |
| 120 | | | | | |
| 121 | Notes: | | | | |
| 122 | [1] Commercial project sales have slowed project every month starting in February 2 | | | | |
| 123 | [2] Historically Hannah Solar has sold three and the Financial Projection assumes the a | | | | |
| 124 | [3] In the growing season (April through No IGS and Terraform for service. | | | | |
| 125 | [4] The Financial Projection assumes that I | | | | |
| 126 | [5] The Financial Projections assumes that contract terms and correlates with comme | | | | |
| 127 | [6] The Financial Projection assumes that I project completion history. | | | | |
| 128 | [7] Residential projects historically have be | | | | |
| 129 | [8] The Financial Projection assumes that p completed. | | | | |
| 130 | [9] The Accounts Receivable balance as of Schedule 1. | | | | |
| 131 | [10] Sale of vehicle fleet in September 202 | | | | |
| 132 | [11] The Financial Projection assumes that commercial contract terms and project jot | | | | |
| 133 | [12] The Financial Projection assumes that historical commercial contract terms and | | | | |
| 134 | [13] The Financial Projection assumes that signed contract.  Hannah Solar's historical | | | | |
| 135 | [14] The Financial Projection assumes that Hannah Solar has experienced historically. | | | | |
| 136 | [15] The Financial Projection assumes that | | | | |
| 137 | [16] The electrical permit fee to the electri assumptions.  In addition, there are perm | | | | |
| 138 | [17] Joseph Waybright ($85K) and Pete Ma | | | | |
| 139 | [18] Payroll costs for the service increases | | | | |
| 140 | [19] The sales commission structure is still | | | | |
| 141 | [20] Mileage allowance. | | | | |
| 142 | [21] The landscape and service teams are s | | | | |
| 143 | [22] Employer portion of payroll taxes. | | | | |
| 144 | [23] Hannah Solar uses a third party to pro | | | | |
| 145 | [24] Based on Hannah Solar historical expe | | | | |
| 146 | [25] Hannah Solar outsources IT services. | | | | |
| 147 | [26] Hannah Solar intends to outsource its | | | | |
| 148 | [27] Total annual spend for marketing ove | | | | |
| 149 | [28] Hannah Solar uses Zero Grid Power Sc that brings the cost way down.   Energy St installation.  This should be a percentage c | | | | |
| 150 | [29] Hannah Solar will retain 7 or 8 vehicle | | | | |

| | A | BX | BY | BZ | CA |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | May-22 | | Jun-22 | |
| 3 | **Email michael@roblgroup.com for Excel** | | | | |
| 151 | [30] Hannah Solar renewed its GL coverage<br>being worked on.   Preliminary numbers fo | | | | |
| 152 | [31] Hannah Solar is currently leasing 5 sto | | | | |
| 153 | [32] Miscellaneous expenses. | | | | |
| 154 | [33] Office supplies. | | | | |
| 155 | [34] Moore Colson fees to prepare MOR a | | | | |
| 156 | [35] $5,000 per month for each law firm fo | | | | |
| 157 | [36] Estimated at 4% of sales for the portio | | | | |
| 158 | [37] T&E expenses. | | | | |
| 159 | [38] Office utilities starting January 2021. | | | | |
| 160 | [39] See details in Schedule 4. | | | | |
| 161 | [40] See details in Schedule 3. | | | | |
| 162 | [41] See details in Schedule 2. | | | | |

# EXHIBIT "C"

## <u>Schedule of Lawsuits by Debtor-in-Possession</u>

**Gel Funding, LLC**
**Adv. Case No. 20-06105**
**Filed on 7/2/20**

**Queen Funding, LLC**
**Adv. Case No. 20-06104**
**Filed on 7/2/20**

**Strategic Capital**
**Adv. Case No. 20-06107**
**Filed on 7/2/20**

**Complete Business Solutions Group, Inc.**
**Adv. Case No. 20-06106**
**Filed on 7/2/20**

**CAN Capital, Inc.**
**Adv. Case No. 20-06147**
**Filed on 7/20/20**

**Supreme Capital Source**
**Adv. Case No. 20-06145**
**Filed on 7/15/20**

# EXHIBIT "D"

**Bay Point**
**Amortization**
**Schedule 5**

| No. | Date | Interest | Principal | Balance | Rate | 13% |
|---|---|---|---|---|---|---|
| | | | | $498,000 | Rate | 13% |
| 1 | Sep-20 | $5,395 | $50,000 | $448,000 | | |
| 2 | Oct-20 | $4,853 | | $448,000 | | |
| 3 | Nov-20 | $4,853 | $220,000 | $228,000 | | |
| 4 | Dec-20 | $2,470 | | $228,000 | | |
| 5 | Jan-21 | $2,470 | $50,000 | $178,000 | | |
| 6 | Feb-21 | $1,928 | $15,000 | $163,000 | | |
| 7 | Mar-21 | $1,766 | $15,000 | $148,000 | | |
| 8 | Apr-21 | $1,603 | $15,000 | $133,000 | | |
| 9 | May-21 | $1,441 | $30,000 | $103,000 | | |
| 10 | Jun-21 | $1,116 | $30,000 | $73,000 | | |
| 11 | Jul-21 | $791 | $30,000 | $43,000 | | |
| 12 | Aug-21 | $466 | $43,000 | $0 | | |
| 13 | Sep-21 | - | | - | | |
| 14 | Oct-21 | - | | - | | |
| 15 | Nov-21 | - | | - | | |
| 16 | Dec-21 | - | | - | | |
| 17 | Jan-22 | - | | - | | |
| 18 | Feb-22 | - | | - | | |
| 19 | Mar-22 | - | | - | | |
| 20 | Apr-22 | - | | - | | |
| 21 | May-22 | - | | - | | |
| 22 | Jun-22 | - | | - | | |
| 23 | Jul-22 | - | | - | | |
| 24 | Aug-22 | - | | - | | |

**Funding Circle**
**Amortization**
**Schedule 6**

| No. | Date | Interest | Payment | Balance | | |
|-----|------|----------|---------|---------|------|-----|
| | | | | $150,000 | Rate | 3% |
| 1 | Nov-20 | 406 | $0 | $150,406 | | |
| 2 | Dec-20 | 407 | $0 | $150,814 | | |
| 3 | Jan-21 | 408 | $0 | $151,222 | | |
| 4 | Feb-21 | 410 | $0 | $151,632 | | |
| 5 | Mar-21 | 411 | $0 | $152,042 | | |
| 6 | Apr-21 | 412 | $0 | $152,454 | | |
| 7 | May-21 | 413 | $0 | $152,867 | | |
| 8 | Jun-21 | 414 | $0 | $153,281 | | |
| 9 | Jul-21 | 415 | $0 | $153,696 | | |
| 10 | Aug-21 | 416 | $0 | $154,112 | | |
| 11 | Sep-21 | 417 | $40,000 | $114,530 | | |
| 12 | Oct-21 | 310 | $40,000 | $74,840 | | |
| 13 | Nov-21 | 203 | $40,000 | $35,043 | | |
| 14 | Dec-21 | 95 | $35,138 | $0 | | |
| 15 | Jan-22 | 0 | | $0 | | |
| 16 | Feb-22 | 0 | | $0 | | |
| 17 | Mar-22 | 0 | | $0 | | |
| 18 | Apr-22 | 0 | | $0 | | |
| 19 | May-22 | 0 | | $0 | | |
| 20 | Jun-22 | 0 | | $0 | | |
| 21 | Jul-22 | 0 | | $0 | | |
| 22 | Aug-22 | 0 | | $0 | | |
| 23 | Sep-22 | 0 | | $0 | | |
| 24 | Oct-22 | 0 | | 0 | | |

# EXHIBIT "E"

**Administrative Claims**

**Schedule 3**

| Entity | Outanding Balance 6/30/2020 |
|---|---|
| Robl Law Group | 40,000.00 |
| Portnoy, Garner & Nail | 11,000.00 |
| Resolution Management | 5,000.00 |
| Scroggins & Williamson | 37,000.00 |
| Joseph Waybright - Current Employee | 3,451.00 |
| Pete Marte - Current Employee | - |
| Georgia Department of Revenue | 78,236.96 |
| | 174,687.96 |

# EXHIBIT "F"

Proof of Claims
Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| 1 | Resitech Industries, LLC | 5/17/2019 | $43,823.14 | | | $43,823.14 |
| 2 | Wetlands Preservation, LLC | 5/29/2019 | $9,407.00 | | | $9,407.00 |
| 3 | W.W. Grainger, Inc. | 5/29/2019 | $2,768.18 | | | $2,768.18 |
| 4 | Darrell Mathew Fulcher | 5/29/2019 | $9,687.50 | | $9,687.50 | $0.00 |
| 5 | Unger Electric | 5/30/2019 | $26,543.10 | | | $26,543.10 |
| 6 | Metal Menders, LLC | 6/3/2019 | $6,600.00 | | | $6,600.00 |
| 7 | CMIT Solutions | 6/3/2019 | $6,517.84 | | | $6,517.84 |
| 8 | South Carolina Dept. of Rev. | 6/3/2019 | $42,779.43 | | $39,548.03 | $3,231.40 |
| 9 | Bunnell Lammons Engineering | 6/5/2019 | $4,376.90 | | | $4,376.90 |
| 10 | Roger Allan Ricketts | 6/6/2019 | $13,770.00 | | $13,650.00 | $120.00 |
| 11 | Ahern Rentals, Inc. | 6/6/2019 | $54,653.31 | | | $54,653.31 |
| 12 | Tennessee Dept. of Rev. | 6/11/2019 | $383.68 | | $383.68 | $0.00 |
| 13 | FC Marketplace, LLC | 6/12/2019 | $443,048.66 | $159,292.00 | | $283,756.66 |
| 14 | Sage Intacct, Inc. | 6/13/2019 | $43,726.00 | | | $43,726.00 |
| 15 | William H. Elliott | 6/13/2019 | $13,770.00 | | $13,650.00 | $120.00 |
| 16 | United Rentals, Inc. | 6/13/2019 | $33,504.47 | | | $33,504.47 |
| 17 | Sunstate Equipment | 6/13/2019 | $44,338.58 | | | $44,338.58 |
| 18 | Atlanta Electric Distributors, LLC | 6/17/2019 | $318,420.97 | | | $318,420.97 |
| 19 | Sol Power, LLC | 6/17/2019 | $14,554.25 | | | $14,554.25 |
| 20 | American Express Nat'l Bank | 6/24/2019 | $498.14 | | | $498.14 |
| 21 | American Express Travel Related Services Company, Inc. | 6/26/2019 | $64,844.18 | | | $64,844.18 |
| 22 | World Electric Supply | 6/27/2019 | $113,384.15 | | | $113,384.15 |
| 23 | Alabama Dept. of Rev. | 6/28/2019 | $2,130.23 | | $1,936.80 | $193.43 |
| 24 | Internal Revenue Service | 6/28/2019 | $128,834.22 | | $128,834.22 | $0.00 |
| 25 | Queen Funding, LLC | 7/1/2019 | $807,888.70 | | | $807,888.70 |
| 26 | Argonaut Insurance Co. | 7/1/2019 | $0.00 | | | $0.00 |
| 27 | Lintech International, LLC | 7/3/2019 | $92,108.00 | | | $92,108.00 |
| 28 | Erica Eavenson Justice | 7/5/2019 | $10,817.31 | | $10,817.31 | $0.00 |
| 29 | Corporate Lodging Consultants | 7/8/2019 | $19,493.13 | | | $19,493.13 |
| 30 | Bernhardt Furniture Company | 7/11/2019 | $81,059.18 | | | $81,059.18 |
| 31 | Sunstate Equipment | 7/12/2019 | $0.00 | | | $0.00 |
| 32 | Windstream | 7/15/2019 | $778.56 | | | $778.56 |
| 33 | Gel Funding, LLC | 7/15/2019 | $599,119.52 | | | $599,119.52 |
| 34 | North Carolina Dept. of Rev. | 7/17/2019 | $65,929.60 | | $56,222.37 | $9,707.23 |
| 35 | JMK Landscapes, LLC | 7/22/2019 | $2,250.00 | | | $2,250.00 |
| 36 | International Cleaning and Maintenance, LLC | 7/24/2019 | $12,300.00 | | | $12,300.00 |

Proof of Claims
Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| 37 | Ally Financial | 7/24/2019 | $6,500.00 | | | $6,500.00 |
| 38 | Complete Business Solutions Group, Inc. | 7/25/2019 | $150,763.63 | | | $150,763.63 |
| 39 | Fastenal Company | 7/25/2019 | $1,043.62 | | | $1,043.62 |
| 40 | Sunbelt Rentals | 7/25/2019 | $87,052.85 | | | $87,052.85 |
| 41 | RPM General Contractors, Inc. | 7/30/2019 | $48,345.20 | | | $48,345.20 |
| 42 | Georgia Dept. of Rev. | 7/31/2019 | $187,624.71 | | $197,538.94 | -$9,914.23 |
| 43 | Evan Becka | 7/31/2019 | $19,677.09 | | $13,650.00 | $6,027.09 |
| 44 | Cellco Partnership d/b/a Verizon Wireless | 8/2/2019 | $42,330.07 | | | $42,330.07 |
| 45 | SMA Solar Technology America, LLC | 8/5/2019 | $18,887.87 | | | $18,887.87 |
| 46 | Mississippi Dept. of Rev. | 8/8/2019 | $6,422.36 | | $5,765.12 | $657.24 |
| 47 | Mississippi Dept. of Rev. | 8/8/2019 | $0.00 | | | $0.00 |
| 48 | Rexel USA Inc. d/b/a Gexpro a/k/a General Supply and Services | 8/8/2019 | $79,808.39 | | | $79,808.39 |
| 49 | Cummins Sales and Service | 8/8/2019 | $102,706.68 | | | $102,706.68 |
| 50 | CAN Capital, Inc. | 8/14/2019 | $166,668.75 | | | $166,668.75 |
| 51 | Anthony A. Coker | 8/14/2019 | $26,220.00 | | $9,185.80 | $17,034.20 |
| 52 | Wells Fargo Commercial Distribution Finance | 8/15/2019 | $28,642.96 | | | $28,642.96 |
| 53 | U.S. Small Business Administration | 8/19/2019 | $0.00 | $0.00 | | $0.00 |
| 54 | Graybar Electric Co., Inc. | 8/19/2019 | $5,584.64 | | | $5,584.64 |
| 55 | Holder Electric Supply, Inc. | 8/21/2019 | $40,527.79 | | | $40,527.79 |
| 56 | James Talley | 8/21/2019 | $6,195.00 | | $4,642.16 | $1,552.84 |
| 57 | RBI Solar, Inc. a/k/a Renusol America, Inc. | 8/22/2019 | $2,070.00 | | | $2,070.00 |
| 58 | RBI Solar, Inc. a/k/a solar BOS | 8/22/2019 | $19,661.79 | | | $19,661.79 |
| 59 | RBI Solar, Inc. | 8/22/2019 | $95,157.42 | | | $95,157.42 |
| 60 | Austen Gallagher | 8/23/2019 | $5,000.00 | | $5,000.00 | $0.00 |
| 61 | Enterprise FM Trust | 8/26/2019 | $40,841.45 | | | $40,841.45 |
| 62 | Alexander Smith | 8/26/2019 | $2,416.66 | | $780.16 | $1,636.50 |
| 63 | Herc Rentals, Inc. | 8/26/2019 | $10,199.20 | | | $10,199.20 |
| 64 | Fischer Contractors, LLC | 8/27/2019 | $35,000.00 | | | $35,000.00 |
| 65 | Rackley Davis | 8/28/2019 | $8,494.20 | | $8,494.20 | $0.00 |
| 66 | North Carolina State University | 8/28/2019 | $32,574.40 | | | $32,574.40 |
| 67 | Cooperative Energy | 8/28/2019 | $374,736.00 | | | $374,736.00 |
| 68 | O Neal Constructors/Interface | 8/29/2019 | $361,145.00 | | | $361,145.00 |
| 69 | Synovus Bank | 8/29/2019 | $0.00 | $0.00 | | $0.00 |
| 70 | Precision Solar Installation | 8/29/2019 | $165,207.85 | | | $165,207.85 |
| 71 | REC Solar Commerical Corp. | 8/29/2019 | $281,853.64 | | | $281,853.64 |

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| 72 | Grant Tallon | 8/29/2019 | $100,970.58 | | $13,650.00 | $87,320.58 |
| 73 | Fall Line Commerical Services | 8/30/2019 | $0.00 | | | $0.00 |
| 74 | Joe Powell & Associates, Inc. | 8/30/2019 | $16,421.65 | | | $16,421.65 |
| 75 | Ryan Lillehei | 8/30/2019 | $6,374.93 | | $4,738.43 | $1,636.50 |
| 76 | Kathleen Steil, ch. 7 trustee | 8/30/2019 | $0.00 | | $0.00 | $0.00 |
| 77 | Peter H. Marte | 8/30/2019 | $0.00 | | | $0.00 |
| 79 | Joseph Waybright | 8/30/2019 | $10,000.00 | | | $10,000.00 |
| 80 | Allen Gibbs | 8/30/2019 | $15,555.20 | | $3,444.04 | $2,755.24 |
| 81 | Solargy Lease-Gerrard Road, LLC | 8/30/2019 | $70,178.54 | | | $70,178.54 |
| 82 | Bay Point Capital Partners II, LP | 8/30/2019 | $498,000.00 | $498,000.00 | | $0.00 |
| 83 | Wells Fargo Vendor Financial Services, LLC | 8/30/2019 | $11,477.77 | | | $11,477.77 |
| 84 | Southern Power Company | 8/30/2019 | $0.00 | | | $0.00 |
| 85 | Tony Sabbagh | 9/16/2019 | $0.00 | | | $0.00 |
| 86 | Corporate Lodging Consultants | 9/16/2019 | $0.00 | | | $0.00 |
| 87 | Also Energy, Inc. | 9/23/2019 | $0.00 | | | $0.00 |
| 88 | United Rentals, Inc. | 9/24/2019 | $0.00 | | | $0.00 |
| 89 | CAB as assignee of Suzhoue Talesun Solar | 2/28/2020 | $0.00 | | | $0.00 |
| 90 | TEG Enterprises, Inc. | 5/11/2020 | $0.00 | | | $0.00 |
| 91 | Gel Funding, LLC | 5/13/2020 | $0.00 | | | $0.00 |
| Scheduled | City of Atlanta, Business Tax Div. | Scheduled | $14,558.16 | | $14,558.16 | $0.00 |
| Scheduled | Richard Turner | Scheduled | $14,487.27 | | $9,297.27 | $5,190.00 |

Proof of Claims
Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | Alan Varnson | Scheduled | $11,486.85 | | $9,416.85 | $2,070.00 |
| Scheduled | Ben Browning | Scheduled | $19,525.63 | | $9,875.63 | $9,650.00 |
| Scheduled | JP Sartori | Scheduled | $35,115.75 | | $13,650.00 | $21,465.75 |
| Scheduled | Patrick O'Donnell | Scheduled | $30,120.00 | | $13,650.00 | $16,470.00 |
| Scheduled | Virginia Johnston | Scheduled | $10,957.51 | | $10,957.51 | $0.00 |
| Scheduled | Ryan Brenny | Scheduled | $7,995.72 | | $7,995.72 | $0.00 |
| Scheduled | Cynthia White | Scheduled | $5,962.91 | | $5,962.91 | $0.00 |
| Scheduled | William B. Bowersox | Scheduled | $4,837.49 | | $4,837.49 | $0.00 |
| Scheduled | Jackie Tallon | Scheduled | $4,677.03 | | $4,677.03 | $0.00 |
| Scheduled | Kelly Curry | Scheduled | $2,759.12 | | $2,759.12 | $0.00 |
| Scheduled | Jeff Bos | Scheduled | $3,750.00 | | $3,750.00 | $0.00 |
| Scheduled | David Bradley Lofton | Scheduled | $3,000.00 | | $3,000.00 | $0.00 |
| Scheduled | Timothy Ferns | Scheduled | $2,126.03 | | $2,126.03 | $0.00 |
| Scheduled | Aaron Hill | Scheduled | $1,735.07 | | $1,735.07 | $0.00 |
| Scheduled | Matt Johnson | Scheduled | $1,483.33 | | $1,483.33 | $0.00 |
| Scheduled | Gregory Vierra | Scheduled | $0.00 | | $0.00 | $0.00 |
| Scheduled | Dalton Spires | Scheduled | $220.42 | | $220.42 | $0.00 |
| Scheduled | Hany Mehany | Scheduled | $211.66 | | $211.66 | $0.00 |
| Scheduled | Timothy Martin | Scheduled | $124.55 | | $124.55 | $0.00 |
| Scheduled | Benjamin Pass | Scheduled | $106.92 | | $106.92 | $0.00 |
| Scheduled | A-1 Brantley Waste Management | Scheduled | $570.00 | | | $570.00 |
| Scheduled | AAA Freight Inc. | Scheduled | $3,540.00 | | | $3,540.00 |
| Scheduled | AlsoEnergy, Inc. | Scheduled | $17,258.40 | | | $17,258.40 |
| Scheduled | American Express | Scheduled | $0.00 | | | $0.00 |
| Scheduled | American TeleCenters, Inc. | Scheduled | $3,091.50 | | | $3,091.50 |

Proof of Claim
Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | Anthony Christopher | Scheduled | $61.03 | | | $61.03 |
| Scheduled | Argo Surety | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Arrow North Surveying, LLC | Scheduled | $2,500.00 | | | $2,500.00 |
| Scheduled | Atlanta Fire Extinguisher, Inc. | Scheduled | $361.18 | | | $361.18 |
| Scheduled | Bento for Business | Scheduled | $298.00 | | | $298.00 |
| Scheduled | Blu Site Solutions | Scheduled | $395.00 | | | $395.00 |
| Scheduled | Blue Cross Blue Shield of Georgia | Scheduled | $31,315.43 | | | $31,315.43 |
| Scheduled | Boston Gin Company | Scheduled | $10,000.00 | | | $10,000.00 |
| Scheduled | Braswell Buildings, LLC | Scheduled | $1,500.00 | | | $1,500.00 |
| Scheduled | Capital Electric | Scheduled | $892.54 | | | $892.54 |
| Scheduled | Capital Partners | Scheduled | | | | $0.00 |
| Scheduled | CED-Greentech | Scheduled | $5,102.05 | | | $5,102.05 |
| Scheduled | CG Power Systems USA, Inc. | Scheduled | $10,115.00 | | | $10,115.00 |
| Scheduled | ChargePoint | Scheduled | $91,169.00 | | | $91,169.00 |
| Scheduled | Chase | Scheduled | $97,023.77 | | | $97,023.77 |
| Scheduled | Civic Solar | Scheduled | $2,951.93 | | | $2,951.93 |
| Scheduled | Construction Engineering Group | Scheduled | $44,700.00 | | | $44,700.00 |
| Scheduled | Cornerstone Solutions | Scheduled | $2,375.00 | | | $2,375.00 |
| Scheduled | Crawford Concrete, LLC | Scheduled | $65,550.00 | | | $65,550.00 |
| Scheduled | Creative Approach | Scheduled | $170.97 | | | $170.97 |
| Scheduled | Creative Solar USA | Scheduled | $3,441.00 | | | $3,441.00 |
| Scheduled | Diversified Resources | Scheduled | $109,065.00 | | | $109,065.00 |
| Scheduled | Dixon Hughes Goodman, LP | Scheduled | $26,875.00 | | | $26,875.00 |
| Scheduled | Duke Energy | Scheduled | $953.68 | | | $953.68 |
| Scheduled | DW Campbell of Atlanta, Inc. | Scheduled | $888.20 | | | $888.20 |
| Scheduled | Economy Electric Supply Co. | Scheduled | $855.20 | | | $855.20 |
| Scheduled | Energy Acuity LLC | Scheduled | $7,250.00 | | | $7,250.00 |
| Scheduled | Energy Systems Southeast, LLC | Scheduled | $1,312.14 | | | $1,312.14 |
| Scheduled | EV-Box North America, Inc. | Scheduled | $3,568.28 | | | $3,568.28 |
| Scheduled | EX Contractor LLC | Scheduled | $16,940.00 | | | $16,940.00 |
| Scheduled | Federal Express | Scheduled | $1,134.12 | | | $1,134.12 |
| Scheduled | FedEx Freight | Scheduled | $387.93 | | | $387.93 |
| Scheduled | Forming and Shoring Solutions | Scheduled | $2,950.00 | | | $2,950.00 |
| Scheduled | Funding Circle | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Funding Circle USA, Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Galarraga Engineering, P.C. | Scheduled | $500.00 | | | $500.00 |
| Scheduled | GDS Associates, Inc. | Scheduled | $31,461.54 | | | $31,461.54 |
| Scheduled | Gexpro | Scheduled | $79,808.00 | | | $79,808.00 |
| Scheduled | GMJ SurV, LLC | Scheduled | $1,500.00 | | | $1,500.00 |
| Scheduled | Grainger | Scheduled | $2,768.18 | | | $2,768.18 |
| Scheduled | Gray Engineering Consultants | Scheduled | $1,422.78 | | | $1,422.78 |
| Scheduled | Great Waste and Recycling | Scheduled | $2,016.95 | | | $2,016.95 |
| Scheduled | Greater Georgia Life | Scheduled | $1,441.07 | | | $1,441.07 |
| Scheduled | Greene Solar Power, Inc. | Scheduled | $24,060.80 | | | $24,060.80 |
| Scheduled | GreenSky | Scheduled | $9,658.84 | | | $9,658.84 |
| Scheduled | Greg Kelly | Scheduled | | | | $0.00 |
| Scheduled | GSBA | Scheduled | $900.00 | | | $900.00 |
| Scheduled | Hanwha Q Cells America, Inc. | Scheduled | $45,880.91 | | | $45,880.91 |
| Scheduled | Hill Realty (MMG, Inc.) | Scheduled | $425.00 | | | $425.00 |
| Scheduled | Howard Industries, Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | IBC Construction Corporation | Scheduled | $1,800.00 | | | $1,800.00 |

**Schedule 4**

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | ICM-International Cleaning & Maint, LLC | Scheduled | $12,300.00 | | | $12,300.00 |
| Scheduled | Independent Electrical Contractors, Inc. | Scheduled | $4,529.50 | | | $4,529.50 |
| Scheduled | Jinko Solar | Scheduled | $78,078.00 | | | $78,078.00 |
| Scheduled | K & R Electric, Inc. | Scheduled | $12,260.00 | | | $12,260.00 |
| Scheduled | Kia Motors Finance | Scheduled | $975.00 | | | $975.00 |
| Scheduled | Krannich Solar | Scheduled | $27,332.60 | | | $27,332.60 |
| Scheduled | KSM | Scheduled | $1,400.00 | | | $1,400.00 |
| Scheduled | Langford & Associates, Inc. | Scheduled | $700.00 | | | $700.00 |
| Scheduled | Littlejohn Portable Toilets | Scheduled | $1,244.98 | | | $1,244.98 |
| Scheduled | Locus Energy, Inc. | Scheduled | $245.36 | | | $245.36 |
| Scheduled | Lucas Tax & Energy Consulting | Scheduled | $2,150.00 | | | $2,150.00 |
| Scheduled | Luke Electric | Scheduled | $132,259.54 | | | $132,259.54 |
| Scheduled | Maddox Industrial Transformer | Scheduled | $3,000.00 | | | $3,000.00 |
| Scheduled | Madewell Construction, LLC | Scheduled | $15,085.00 | | | $15,085.00 |
| Scheduled | Mark Cann | Scheduled | $64,307.00 | | | $64,307.00 |
| Scheduled | Maxim Crane Works L.P. | Scheduled | $50,460.80 | | | $50,460.80 |
| Scheduled | Mayer Electric Supply Company | Scheduled | $482.51 | | | $482.51 |
| Scheduled | McKinney Drilling Company, LLC | Scheduled | $85,224.52 | | | $85,224.52 |
| Scheduled | Mercer Farms Landscape Service | Scheduled | $17,000.00 | | | $17,000.00 |
| Scheduled | Milner, Inc. | Scheduled | $2,180.99 | | | $2,180.99 |
| Scheduled | Mobile Mini | Scheduled | $1,573.09 | | | $1,573.09 |
| Scheduled | Mobile Tech | Scheduled | $190.00 | | | $190.00 |
| Scheduled | Moody & Associates | Scheduled | $4,600.00 | | | $4,600.00 |
| Scheduled | N.F. Smith & Associates, L.P. | Scheduled | $8,051.92 | | | $8,051.92 |
| Scheduled | Nuance Energy Group, Inc. | Scheduled | $16,682.06 | | | $16,682.06 |
| Scheduled | Openstream Design, LLC | Scheduled | $1,140.00 | | | $1,140.00 |
| Scheduled | Orkin | Scheduled | $280.00 | | | $280.00 |
| Scheduled | OTT Hydromet Corp. | Scheduled | $2,259.00 | | | $2,259.00 |
| Scheduled | Pac Van, Inc. | Scheduled | $1,107.45 | | | $1,107.45 |
| Scheduled | Panel Claw, Inc. | Scheduled | $28,151.03 | | | $28,151.03 |
| Scheduled | Pascon | Scheduled | $85.00 | | | $85.00 |
| Scheduled | Peopleready, Inc. | Scheduled | $4,324.71 | | | $4,324.71 |
| Scheduled | Preformed Line Products Co. | Scheduled | $16,057.53 | | | $16,057.53 |
| Scheduled | Pursuit Engineering, Inc. | Scheduled | $19,500.00 | | | $19,500.00 |
| Scheduled | Quest Financial, LLC | Scheduled | $10,000.00 | | | $10,000.00 |
| Scheduled | Rackspace US, Inc. | Scheduled | $467.01 | | | $467.01 |
| Scheduled | RayTray Solar, LLC | Scheduled | $925.69 | | | $925.69 |
| Scheduled | Renergy Insurance LLC | Scheduled | $58,758.00 | | | $58,758.00 |
| Scheduled | Renusol America Inc. | Scheduled | $2,070.00 | | | $2,070.00 |
| Scheduled | Republic Services | Scheduled | $1,474.99 | | | $1,474.99 |
| Scheduled | RS Andrews Services, Inc. | Scheduled | $2,988.00 | | | $2,988.00 |
| Scheduled | Ryder Transportation Services | Scheduled | $5,264.12 | | | $5,264.12 |
| Scheduled | Silfab | Scheduled | $47,236.07 | | | $47,236.07 |
| Scheduled | SMA America, LLC | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Solar Panel Solutions, LLC | Scheduled | $621.00 | | | $621.00 |
| Scheduled | SolarBOS, Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Soligent, LLC | Scheduled | $17,122.81 | | | $17,122.81 |
| Scheduled | Southeastern Steel Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Southway Crane & Rigging | Scheduled | $888.10 | | | $888.10 |
| Scheduled | Spartan Global Consulting, LLC | Scheduled | $32,768.17 | | | $32,768.17 |

**Schedule 4**

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | Sprint Wireless | Scheduled | $1,442.95 | | | $1,442.95 |
| Scheduled | Strategic Capital Partners LLC | Scheduled | $0.00 | | | $0.00 |
| Scheduled | SubGallagher Investment Trust | Scheduled | $825,000.00 | | | $175,000.00 |
| Scheduled | Supreme Capital Source | Scheduled | $96,834.00 | | | $96,834.00 |
| Scheduled | Switch Storage Solutions | Scheduled | $3,451.00 | | | $3,451.00 |
| Scheduled | T.E.G. Enterprises, Inc. | Scheduled | $2,973.25 | | | $2,973.25 |
| Scheduled | Talesun | Scheduled | $291,286.13 | | | $291,286.13 |
| Scheduled | Telfair Forest Products, LLC | Scheduled | $25,000.00 | | | $25,000.00 |
| Scheduled | Tesla Energy Products | Scheduled | $18,000.00 | | | $18,000.00 |
| Scheduled | Thomas & Hutton | Scheduled | $2,821.50 | | | $2,821.50 |
| Scheduled | Thompson Hine | Scheduled | $69,862.00 | | | $69,862.00 |
| Scheduled | Tradesmen International, LLC | Scheduled | $10,698.85 | | | $10,698.85 |
| Scheduled | Tri County Ready Mix Concrete | Scheduled | $2,648.25 | | | $2,648.25 |
| Scheduled | Triple S Contracting LLC | Scheduled | $4,867.00 | | | $4,867.00 |
| Scheduled | Triplett Enterprises Inc. | Scheduled | $3,440.00 | | | $3,440.00 |
| Scheduled | US Specialty Coatings (USSC) | Scheduled | $97.70 | | | $97.70 |
| Scheduled | US Standard Products | Scheduled | $1,002.97 | | | $1,002.97 |
| Scheduled | Vector Structural Engineering | Scheduled | $1,200.00 | | | $1,200.00 |
| Scheduled | Veris Industries LLC | Scheduled | $1,018.14 | | | $1,018.14 |
| Scheduled | Verizon Wirless | Scheduled | $15,471.44 | | | $15,471.44 |
| Scheduled | Verizon Wirless | Scheduled | $2,556.24 | | | $2,556.24 |
| Scheduled | Waste Management | Scheduled | $1,154.74 | | | $1,154.74 |
| Scheduled | Wells Fargo Bank, NA | Scheduled | $404.37 | | | $404.37 |
| Scheduled | Wesco Receivables Corp. | Scheduled | $73,401.00 | | | $73,401.00 |
| Scheduled | White Engineering LLC | Scheduled | $1,250.00 | | | $1,250.00 |
| Scheduled | Yingli Solar | Scheduled | $7,979.40 | | | $7,979.40 |
| Scheduled | ZipTie | Scheduled | $965.00 | | | $965.00 |
| Scheduled | Zivelo, Inc. | Scheduled | $5,308.13 | | | $5,308.13 |
| | TD Auto Finance | | $31,617.91 | $31,617.91 | | $0.00 |
| | TD Auto Finance | | $13,619.04 | $13,619.04 | | $0.00 |
| | TOTAL | | $9,579,065.22 | $702,528.95 | $662,014.43 | $7,555,165.92 |

Inclusion in this spreadsheet does not constitute and admission as to validity or amount of any claim

# EXHIBIT "G"

Proof of Claims
Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| 1 | Resitech Industries, LLC | 5/17/2019 | $43,823.14 | | | $43,823.14 |
| 2 | Wetlands Preservation, LLC | 5/29/2019 | $9,407.00 | | | $9,407.00 |
| 3 | W.W. Grainger, Inc. | 5/29/2019 | $2,768.18 | | | $2,768.18 |
| 4 | Darrell Mathew Fulcher | 5/29/2019 | $9,687.50 | | $9,687.50 | $0.00 |
| 5 | Unger Electric | 5/30/2019 | $26,543.10 | | | $26,543.10 |
| 6 | Metal Menders, LLC | 6/3/2019 | $6,600.00 | | | $6,600.00 |
| 7 | CMIT Solutions | 6/3/2019 | $6,517.84 | | | $6,517.84 |
| 8 | South Carolina Dept. of Rev. | 6/3/2019 | $42,779.43 | | $39,548.03 | $3,231.40 |
| 9 | Bunnell Lammons Engineering | 6/5/2019 | $4,376.90 | | | $4,376.90 |
| 10 | Roger Allan Ricketts | 6/6/2019 | $13,770.00 | | $13,650.00 | $120.00 |
| 11 | Ahern Rentals, Inc. | 6/6/2019 | $54,653.31 | | | $54,653.31 |
| 12 | Tennessee Dept. of Rev. | 6/11/2019 | $383.68 | | $383.68 | $0.00 |
| 13 | FC Marketplace, LLC | 6/12/2019 | $443,048.66 | $159,292.00 | | $283,756.66 |
| 14 | Sage Intacct, Inc. | 6/13/2019 | $43,726.00 | | | $43,726.00 |
| 15 | William H. Elliott | 6/13/2019 | $13,770.00 | | $13,650.00 | $120.00 |
| 16 | United Rentals, Inc. | 6/13/2019 | $33,504.47 | | | $33,504.47 |
| 17 | Sunstate Equipment | 6/13/2019 | $44,338.58 | | | $44,338.58 |
| 18 | Atlanta Electric Distributors, LLC | 6/17/2019 | $318,420.97 | | | $318,420.97 |
| 19 | Sol Power, LLC | 6/17/2019 | $14,554.25 | | | $14,554.25 |
| 20 | American Express Nat'l Bank | 6/24/2019 | $498.14 | | | $498.14 |
| 21 | American Express Travel Related Services Company, Inc. | 6/26/2019 | $64,844.18 | | | $64,844.18 |
| 22 | World Electric Supply | 6/27/2019 | $113,384.15 | | | $113,384.15 |
| 23 | Alabama Dept. of Rev. | 6/28/2019 | $2,130.23 | | $1,936.80 | $193.43 |
| 24 | Internal Revenue Service | 6/28/2019 | $128,834.22 | | $128,834.22 | $0.00 |
| 25 | Queen Funding, LLC | 7/1/2019 | $807,888.70 | | | $807,888.70 |
| 26 | Argonaut Insurance Co. | 7/1/2019 | $0.00 | | | $0.00 |
| 27 | Lintech International, LLC | 7/3/2019 | $92,108.00 | | | $92,108.00 |
| 28 | Erica Eavenson Justice | 7/5/2019 | $10,817.31 | | $10,817.31 | $0.00 |
| 29 | Corporate Lodging Consultants | 7/8/2019 | $19,493.13 | | | $19,493.13 |
| 30 | Bernhardt Furniture Company | 7/11/2019 | $81,059.18 | | | $81,059.18 |
| 31 | Sunstate Equipment | 7/12/2019 | $0.00 | | | $0.00 |
| 32 | Windstream | 7/15/2019 | $778.56 | | | $778.56 |
| 33 | Gel Funding, LLC | 7/15/2019 | $599,119.52 | | | $599,119.52 |
| 34 | North Carolina Dept. of Rev. | 7/17/2019 | $65,929.60 | | $56,222.37 | $9,707.23 |
| 35 | JMK Landscapes, LLC | 7/22/2019 | $2,250.00 | | | $2,250.00 |
| 36 | International Cleaning and Maintenance, LLC | 7/24/2019 | $12,300.00 | | | $12,300.00 |

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| 37 | Ally Financial | 7/24/2019 | $6,500.00 | | | $6,500.00 |
| 38 | Complete Business Solutions Group, Inc. | 7/25/2019 | $150,763.63 | | | $150,763.63 |
| 39 | Fastenal Company | 7/25/2019 | $1,043.62 | | | $1,043.62 |
| 40 | Sunbelt Rentals | 7/25/2019 | $87,052.85 | | | $87,052.85 |
| 41 | RPM General Contractors, Inc. | 7/30/2019 | $48,345.20 | | | $48,345.20 |
| 42 | Georgia Dept. of Rev. | 7/31/2019 | $187,624.71 | | $197,538.94 | -$9,914.23 |
| 43 | Evan Becka | 7/31/2019 | $19,677.09 | | $13,650.00 | $6,027.09 |
| 44 | Cellco Partnership d/b/a Verizon Wireless | 8/2/2019 | $42,330.07 | | | $42,330.07 |
| 45 | SMA Solar Technology America, LLC | 8/5/2019 | $18,887.87 | | | $18,887.87 |
| 46 | Mississippi Dept. of Rev. | 8/8/2019 | $6,422.36 | | $5,765.12 | $657.24 |
| 47 | Mississippi Dept. of Rev. | 8/8/2019 | $0.00 | | | $0.00 |
| 48 | Rexel USA Inc. d/b/a Gexpro a/k/a General Supply and Services | 8/8/2019 | $79,808.39 | | | $79,808.39 |
| 49 | Cummins Sales and Service | 8/8/2019 | $102,706.68 | | | $102,706.68 |
| 50 | CAN Capital, Inc. | 8/14/2019 | $166,668.75 | | | $166,668.75 |
| 51 | Anthony A. Coker | 8/14/2019 | $26,220.00 | | $9,185.80 | $17,034.20 |
| 52 | Wells Fargo Commercial Distribution Finance | 8/15/2019 | $28,642.96 | | | $28,642.96 |
| 53 | U.S. Small Business Administration | 8/19/2019 | $0.00 | $0.00 | | $0.00 |
| 54 | Graybar Electric Co., Inc. | 8/19/2019 | $5,584.64 | | | $5,584.64 |
| 55 | Holder Electric Supply, Inc. | 8/21/2019 | $40,527.79 | | | $40,527.79 |
| 56 | James Talley | 8/21/2019 | $6,195.00 | | $4,642.16 | $1,552.84 |
| 57 | RBI Solar, Inc. a/k/a Renusol America, Inc. | 8/22/2019 | $2,070.00 | | | $2,070.00 |
| 58 | RBI Solar, Inc. a/k/a solar BOS | 8/22/2019 | $19,661.79 | | | $19,661.79 |
| 59 | RBI Solar, Inc. | 8/22/2019 | $95,157.42 | | | $95,157.42 |
| 60 | Austen Gallagher | 8/23/2019 | $5,000.00 | | $5,000.00 | $0.00 |
| 61 | Enterprise FM Trust | 8/26/2019 | $40,841.45 | | | $40,841.45 |
| 62 | Alexander Smith | 8/26/2019 | $2,416.66 | | $780.16 | $1,636.50 |
| 63 | Herc Rentals, Inc. | 8/26/2019 | $10,199.20 | | | $10,199.20 |
| 64 | Fischer Contractors, LLC | 8/27/2019 | $35,000.00 | | | $35,000.00 |
| 65 | Rackley Davis | 8/28/2019 | $8,494.20 | | $8,494.20 | $0.00 |
| 66 | North Carolina State University | 8/28/2019 | $32,574.40 | | | $32,574.40 |
| 67 | Cooperative Energy | 8/28/2019 | $374,736.00 | | | $374,736.00 |
| 68 | O Neal Constructors/Interface | 8/29/2019 | $361,145.00 | | | $361,145.00 |
| 69 | Synovus Bank | 8/29/2019 | $0.00 | $0.00 | | $0.00 |
| 70 | Precision Solar Installation | 8/29/2019 | $165,207.85 | | | $165,207.85 |
| 71 | REC Solar Commerical Corp. | 8/29/2019 | $281,853.64 | | | $281,853.64 |

Proof of Claims
Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| 72 | Grant Tallon | 8/29/2019 | $100,970.58 | | $13,650.00 | $87,320.58 |
| 73 | Fall Line Commerical Services | 8/30/2019 | $0.00 | | | $0.00 |
| 74 | Joe Powell & Associates, Inc. | 8/30/2019 | $16,421.65 | | | $16,421.65 |
| 75 | Ryan Lillehei | 8/30/2019 | $6,374.93 | | $4,738.43 | $1,636.50 |
| 76 | Kathleen Steil, ch. 7 trustee | 8/30/2019 | $0.00 | | $0.00 | $0.00 |
| 77 | Peter H. Marte | 8/30/2019 | $0.00 | | | $0.00 |
| 79 | Joseph Waybright | 8/30/2019 | $10,000.00 | | | $10,000.00 |
| 80 | Allen Gibbs | 8/30/2019 | $15,555.20 | | $3,444.04 | $2,755.24 |
| 81 | Solargy Lease-Gerrard Road, LLC | 8/30/2019 | $70,178.54 | | | $70,178.54 |
| 82 | Bay Point Capital Partners II, LP | 8/30/2019 | $498,000.00 | $498,000.00 | | $0.00 |
| 83 | Wells Fargo Vendor Financial Services, LLC | 8/30/2019 | $11,477.77 | | | $11,477.77 |
| 84 | Southern Power Company | 8/30/2019 | $0.00 | | | $0.00 |
| 85 | Tony Sabbagh | 9/16/2019 | $0.00 | | | $0.00 |
| 86 | Corporate Lodging Consultants | 9/16/2019 | $0.00 | | | $0.00 |
| 87 | Also Energy, Inc. | 9/23/2019 | $0.00 | | | $0.00 |
| 88 | United Rentals, Inc. | 9/24/2019 | $0.00 | | | $0.00 |
| 89 | CAB as assignee of Suzhoue Talesun Solar | 2/28/2020 | $0.00 | | | $0.00 |
| 90 | TEG Enterprises, Inc. | 5/11/2020 | $0.00 | | | $0.00 |
| 91 | Gel Funding, LLC | 5/13/2020 | $0.00 | | | $0.00 |
| Scheduled | City of Atlanta, Business Tax Div. | Scheduled | $14,558.16 | | $14,558.16 | $0.00 |
| Scheduled | Richard Turner | Scheduled | $14,487.27 | | $9,297.27 | $5,190.00 |

**Schedule 4**

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | Alan Varnson | Scheduled | $11,486.85 | | $9,416.85 | $2,070.00 |
| Scheduled | Ben Browning | Scheduled | $19,525.63 | | $9,875.63 | $9,650.00 |
| Scheduled | JP Sartori | Scheduled | $35,115.75 | | $13,650.00 | $21,465.75 |
| Scheduled | Patrick O'Donnell | Scheduled | $30,120.00 | | $13,650.00 | $16,470.00 |
| Scheduled | Virginia Johnston | Scheduled | $10,957.51 | | $10,957.51 | $0.00 |
| Scheduled | Ryan Brenny | Scheduled | $7,995.72 | | $7,995.72 | $0.00 |
| Scheduled | Cynthia White | Scheduled | $5,962.91 | | $5,962.91 | $0.00 |
| Scheduled | William B. Bowersox | Scheduled | $4,837.49 | | $4,837.49 | $0.00 |
| Scheduled | Jackie Tallon | Scheduled | $4,677.03 | | $4,677.03 | $0.00 |
| Scheduled | Kelly Curry | Scheduled | $2,759.12 | | $2,759.12 | $0.00 |
| Scheduled | Jeff Bos | Scheduled | $3,750.00 | | $3,750.00 | $0.00 |
| Scheduled | David Bradley Lofton | Scheduled | $3,000.00 | | $3,000.00 | $0.00 |
| Scheduled | Timothy Ferns | Scheduled | $2,126.03 | | $2,126.03 | $0.00 |
| Scheduled | Aaron Hill | Scheduled | $1,735.07 | | $1,735.07 | $0.00 |
| Scheduled | Matt Johnson | Scheduled | $1,483.33 | | $1,483.33 | $0.00 |
| Scheduled | Gregory Vierra | Scheduled | $0.00 | | $0.00 | $0.00 |
| Scheduled | Dalton Spires | Scheduled | $220.42 | | $220.42 | $0.00 |
| Scheduled | Hany Mehany | Scheduled | $211.66 | | $211.66 | $0.00 |
| Scheduled | Timothy Martin | Scheduled | $124.55 | | $124.55 | $0.00 |
| Scheduled | Benjamin Pass | Scheduled | $106.92 | | $106.92 | $0.00 |
| Scheduled | A-1 Brantley Waste Management | Scheduled | $570.00 | | | $570.00 |
| Scheduled | AAA Freight Inc. | Scheduled | $3,540.00 | | | $3,540.00 |
| Scheduled | AlsoEnergy, Inc. | Scheduled | $17,258.40 | | | $17,258.40 |
| Scheduled | American Express | Scheduled | $0.00 | | | $0.00 |
| Scheduled | American TeleCenters, Inc. | Scheduled | $3,091.50 | | | $3,091.50 |

Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | Anthony Christopher | Scheduled | $61.03 | | | $61.03 |
| Scheduled | Argo Surety | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Arrow North Surveying, LLC | Scheduled | $2,500.00 | | | $2,500.00 |
| Scheduled | Atlanta Fire Extinguisher, Inc. | Scheduled | $361.18 | | | $361.18 |
| Scheduled | Bento for Business | Scheduled | $298.00 | | | $298.00 |
| Scheduled | Blu Site Solutions | Scheduled | $395.00 | | | $395.00 |
| Scheduled | Blue Cross Blue Shield of Georgia | Scheduled | $31,315.43 | | | $31,315.43 |
| Scheduled | Boston Gin Company | Scheduled | $10,000.00 | | | $10,000.00 |
| Scheduled | Braswell Buildings, LLC | Scheduled | $1,500.00 | | | $1,500.00 |
| Scheduled | Capital Electric | Scheduled | $892.54 | | | $892.54 |
| Scheduled | Capital Partners | Scheduled | | | | $0.00 |
| Scheduled | CED-Greentech | Scheduled | $5,102.05 | | | $5,102.05 |
| Scheduled | CG Power Systems USA, Inc. | Scheduled | $10,115.00 | | | $10,115.00 |
| Scheduled | ChargePoint | Scheduled | $91,169.00 | | | $91,169.00 |
| Scheduled | Chase | Scheduled | $97,023.77 | | | $97,023.77 |
| Scheduled | Civic Solar | Scheduled | $2,951.93 | | | $2,951.93 |
| Scheduled | Construction Engineering Group | Scheduled | $44,700.00 | | | $44,700.00 |
| Scheduled | Cornerstone Solutions | Scheduled | $2,375.00 | | | $2,375.00 |
| Scheduled | Crawford Concrete, LLC | Scheduled | $65,550.00 | | | $65,550.00 |
| Scheduled | Creative Approach | Scheduled | $170.97 | | | $170.97 |
| Scheduled | Creative Solar USA | Scheduled | $3,441.00 | | | $3,441.00 |
| Scheduled | Diversified Resources | Scheduled | $109,065.00 | | | $109,065.00 |
| Scheduled | Dixon Hughes Goodman, LP | Scheduled | $26,875.00 | | | $26,875.00 |
| Scheduled | Duke Energy | Scheduled | $953.68 | | | $953.68 |
| Scheduled | DW Campbell of Atlanta, Inc. | Scheduled | $888.20 | | | $888.20 |
| Scheduled | Economy Electric Supply Co. | Scheduled | $855.20 | | | $855.20 |
| Scheduled | Energy Acuity LLC | Scheduled | $7,250.00 | | | $7,250.00 |
| Scheduled | Energy Systems Southeast, LLC | Scheduled | $1,312.14 | | | $1,312.14 |
| Scheduled | EV-Box North America, Inc. | Scheduled | $3,568.28 | | | $3,568.28 |
| Scheduled | EX Contractor LLC | Scheduled | $16,940.00 | | | $16,940.00 |
| Scheduled | Federal Express | Scheduled | $1,134.12 | | | $1,134.12 |
| Scheduled | FedEx Freight | Scheduled | $387.93 | | | $387.93 |
| Scheduled | Forming and Shoring Solutions | Scheduled | $2,950.00 | | | $2,950.00 |
| Scheduled | Funding Circle | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Funding Circle USA, Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Galarraga Engineering, P.C. | Scheduled | $500.00 | | | $500.00 |
| Scheduled | GDS Associates, Inc. | Scheduled | $31,461.54 | | | $31,461.54 |
| Scheduled | Gexpro | Scheduled | $79,808.00 | | | $79,808.00 |
| Scheduled | GMJ SurV, LLC | Scheduled | $1,500.00 | | | $1,500.00 |
| Scheduled | Grainger | Scheduled | $2,768.18 | | | $2,768.18 |
| Scheduled | Gray Engineering Consultants | Scheduled | $1,422.78 | | | $1,422.78 |
| Scheduled | Great Waste and Recycling | Scheduled | $2,016.95 | | | $2,016.95 |
| Scheduled | Greater Georgia Life | Scheduled | $1,441.07 | | | $1,441.07 |
| Scheduled | Greene Solar Power, Inc. | Scheduled | $24,060.80 | | | $24,060.80 |
| Scheduled | GreenSky | Scheduled | $9,658.84 | | | $9,658.84 |
| Scheduled | Greg Kelly | Scheduled | | | | $0.00 |
| Scheduled | GSBA | Scheduled | $900.00 | | | $900.00 |
| Scheduled | Hanwha Q Cells America, Inc. | Scheduled | $45,880.91 | | | $45,880.91 |
| Scheduled | Hill Realty (MMG, Inc.) | Scheduled | $425.00 | | | $425.00 |
| Scheduled | Howard Industries, Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | IBC Construction Corporation | Scheduled | $1,800.00 | | | $1,800.00 |

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | ICM-International Cleaning & Maint, LLC | Scheduled | $12,300.00 | | | $12,300.00 |
| Scheduled | Independent Electrical Contractors, Inc. | Scheduled | $4,529.50 | | | $4,529.50 |
| Scheduled | Jinko Solar | Scheduled | $78,078.00 | | | $78,078.00 |
| Scheduled | K & R Electric, Inc. | Scheduled | $12,260.00 | | | $12,260.00 |
| Scheduled | Kia Motors Finance | Scheduled | $975.00 | | | $975.00 |
| Scheduled | Krannich Solar | Scheduled | $27,332.60 | | | $27,332.60 |
| Scheduled | KSM | Scheduled | $1,400.00 | | | $1,400.00 |
| Scheduled | Langford & Associates, Inc. | Scheduled | $700.00 | | | $700.00 |
| Scheduled | Littlejohn Portable Toilets | Scheduled | $1,244.98 | | | $1,244.98 |
| Scheduled | Locus Energy, Inc. | Scheduled | $245.36 | | | $245.36 |
| Scheduled | Lucas Tax & Energy Consulting | Scheduled | $2,150.00 | | | $2,150.00 |
| Scheduled | Luke Electric | Scheduled | $132,259.54 | | | $132,259.54 |
| Scheduled | Maddox Industrial Transformer | Scheduled | $3,000.00 | | | $3,000.00 |
| Scheduled | Madewell Construction, LLC | Scheduled | $15,085.00 | | | $15,085.00 |
| Scheduled | Mark Cann | Scheduled | $64,307.00 | | | $64,307.00 |
| Scheduled | Maxim Crane Works L.P. | Scheduled | $50,460.80 | | | $50,460.80 |
| Scheduled | Mayer Electric Supply Company | Scheduled | $482.51 | | | $482.51 |
| Scheduled | McKinney Drilling Company, LLC | Scheduled | $85,224.52 | | | $85,224.52 |
| Scheduled | Mercer Farms Landscape Service | Scheduled | $17,000.00 | | | $17,000.00 |
| Scheduled | Milner, Inc. | Scheduled | $2,180.99 | | | $2,180.99 |
| Scheduled | Mobile Mini | Scheduled | $1,573.09 | | | $1,573.09 |
| Scheduled | Mobile Tech | Scheduled | $190.00 | | | $190.00 |
| Scheduled | Moody & Associates | Scheduled | $4,600.00 | | | $4,600.00 |
| Scheduled | N.F. Smith & Associates, L.P. | Scheduled | $8,051.92 | | | $8,051.92 |
| Scheduled | Nuance Energy Group, Inc. | Scheduled | $16,682.06 | | | $16,682.06 |
| Scheduled | Openstream Design, LLC | Scheduled | $1,140.00 | | | $1,140.00 |
| Scheduled | Orkin | Scheduled | $280.00 | | | $280.00 |
| Scheduled | OTT Hydromet Corp. | Scheduled | $2,259.00 | | | $2,259.00 |
| Scheduled | Pac Van, Inc. | Scheduled | $1,107.45 | | | $1,107.45 |
| Scheduled | Panel Claw, Inc. | Scheduled | $28,151.03 | | | $28,151.03 |
| Scheduled | Pascon | Scheduled | $85.00 | | | $85.00 |
| Scheduled | Peopleready, Inc. | Scheduled | $4,324.71 | | | $4,324.71 |
| Scheduled | Preformed Line Products Co. | Scheduled | $16,057.53 | | | $16,057.53 |
| Scheduled | Pursuit Engineering, Inc. | Scheduled | $19,500.00 | | | $19,500.00 |
| Scheduled | Quest Financial, LLC | Scheduled | $10,000.00 | | | $10,000.00 |
| Scheduled | Rackspace US, Inc. | Scheduled | $467.01 | | | $467.01 |
| Scheduled | RayTray Solar, LLC | Scheduled | $925.69 | | | $925.69 |
| Scheduled | Renergy Insurance LLC | Scheduled | $58,758.00 | | | $58,758.00 |
| Scheduled | Renusol America Inc. | Scheduled | $2,070.00 | | | $2,070.00 |
| Scheduled | Republic Services | Scheduled | $1,474.99 | | | $1,474.99 |
| Scheduled | RS Andrews Services, Inc. | Scheduled | $2,988.00 | | | $2,988.00 |
| Scheduled | Ryder Transportation Services | Scheduled | $5,264.12 | | | $5,264.12 |
| Scheduled | Silfab | Scheduled | $47,236.07 | | | $47,236.07 |
| Scheduled | SMA America, LLC | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Solar Panel Solutions, LLC | Scheduled | $621.00 | | | $621.00 |
| Scheduled | SolarBOS, Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Soligent, LLC | Scheduled | $17,122.81 | | | $17,122.81 |
| Scheduled | Southeastern Steel Inc. | Scheduled | $0.00 | | | $0.00 |
| Scheduled | Southway Crane & Rigging | Scheduled | $888.10 | | | $888.10 |
| Scheduled | Spartan Global Consulting, LLC | Scheduled | $32,768.17 | | | $32,768.17 |

Schedule 4

| Proof of Claim No. | Creditor | Date Entered (Bar Date 8/30/19) | Total | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|
| Scheduled | Sprint Wireless | Scheduled | $1,442.95 | | | $1,442.95 |
| Scheduled | Strategic Capital Partners LLC | Scheduled | $0.00 | | | $0.00 |
| Scheduled | SubGallagher Investment Trust | Scheduled | $825,000.00 | | | $175,000.00 |
| Scheduled | Supreme Capital Source | Scheduled | $96,834.00 | | | $96,834.00 |
| Scheduled | Switch Storage Solutions | Scheduled | $3,451.00 | | | $3,451.00 |
| Scheduled | T.E.G. Enterprises, Inc. | Scheduled | $2,973.25 | | | $2,973.25 |
| Scheduled | Talesun | Scheduled | $291,286.13 | | | $291,286.13 |
| Scheduled | Telfair Forest Products, LLC | Scheduled | $25,000.00 | | | $25,000.00 |
| Scheduled | Tesla Energy Products | Scheduled | $18,000.00 | | | $18,000.00 |
| Scheduled | Thomas & Hutton | Scheduled | $2,821.50 | | | $2,821.50 |
| Scheduled | Thompson Hine | Scheduled | $69,862.00 | | | $69,862.00 |
| Scheduled | Tradesmen International, LLC | Scheduled | $10,698.85 | | | $10,698.85 |
| Scheduled | Tri County Ready Mix Concrete | Scheduled | $2,648.25 | | | $2,648.25 |
| Scheduled | Triple S Contracting LLC | Scheduled | $4,867.00 | | | $4,867.00 |
| Scheduled | Triplett Enterprises Inc. | Scheduled | $3,440.00 | | | $3,440.00 |
| Scheduled | US Specialty Coatings (USSC) | Scheduled | $97.70 | | | $97.70 |
| Scheduled | US Standard Products | Scheduled | $1,002.97 | | | $1,002.97 |
| Scheduled | Vector Structural Engineering | Scheduled | $1,200.00 | | | $1,200.00 |
| Scheduled | Veris Industries LLC | Scheduled | $1,018.14 | | | $1,018.14 |
| Scheduled | Verizon Wirless | Scheduled | $15,471.44 | | | $15,471.44 |
| Scheduled | Verizon Wirless | Scheduled | $2,556.24 | | | $2,556.24 |
| Scheduled | Waste Management | Scheduled | $1,154.74 | | | $1,154.74 |
| Scheduled | Wells Fargo Bank, NA | Scheduled | $404.37 | | | $404.37 |
| Scheduled | Wesco Receivables Corp. | Scheduled | $73,401.00 | | | $73,401.00 |
| Scheduled | White Engineering LLC | Scheduled | $1,250.00 | | | $1,250.00 |
| Scheduled | Yingli Solar | Scheduled | $7,979.40 | | | $7,979.40 |
| Scheduled | ZipTie | Scheduled | $965.00 | | | $965.00 |
| Scheduled | Zivelo, Inc. | Scheduled | $5,308.13 | | | $5,308.13 |
| | TD Auto Finance | | $31,617.91 | $31,617.91 | | $0.00 |
| | TD Auto Finance | | $13,619.04 | $13,619.04 | | $0.00 |
| | TOTAL | | $9,579,065.22 | $702,528.95 | $662,014.43 | $7,555,165.92 |

Inclusion in this spreadsheet does not constitute and admission as to validity or amount of any claim

# EXHIBIT "H"

**Accounts Receivable Aging**
**June 30, 2020**
**Schedule 1**

| Customer Name | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|
| Adams, Joe | 04/20/2020 | INV-2000082 | 04/20/2020 | 71 | 3,731.08 |
| Anderson, Kyle | 01/27/2020 | 62459 | 01/27/2020 | 155 | 1,392.19 |
| BMVW Auto Sales | 12/09/2019 | 62402 | 12/09/2019 | 204 | 12,334.97 |
| CBRE | 10/04/2019 | 62289 | 10/04/2019 | 270 | 2,893.80 |
| Cohen, Jeff | 05/05/2020 | INV-2000094 | 05/05/2020 | 56 | 701.70 |
| Cosby Spears A&B | 09/01/2019 | 62382 | 09/01/2019 | 303 | 330.00 |
| Cosby Spears A&B | 10/01/2019 | 62383 | 10/01/2019 | 273 | 330.00 |
| Cosby Spears A&B | 12/01/2019 | 62385 | 12/01/2019 | 212 | 330.00 |
| Cosby Spears A&B | 01/16/2020 | 62437 | 01/16/2020 | 166 | 330.00 |
| Dobbie, Jeremy | 05/19/2020 | INV-2000118 | 05/19/2020 | 42 | 15,805.75 |
| Fairfield Properties | 04/26/2017 | 56700 | 04/26/2017 | 1,161 | 3,250.00 |
| Farmers Furniture | 05/16/2019 | 61959 | 05/16/2019 | 411 | 1,074.00 |
| Georgia Power Company | | QB | | 1,000 | 19,000.00 |
| IGS | 05/18/2020 | INV-2000116 | 05/18/2020 | 43 | 2,999.00 |
| Kronberg, Eric | 05/08/2020 | INV-2000112 | 05/08/2020 | 53 | 4,495.00 |
| Lautenbacher, Catherine | 09/28/2018 | 61153 | 09/28/2018 | 641 | 6,645.00 |
| McKinney, Austin | 05/12/2020 | INV-2000113 | 05/12/2020 | 49 | 9,527.28 |
| Metcon: Jones County School 856 kW | | QB | | 1,000 | 36,000.00 |
| Michael Shi | 04/20/2020 | INV-2000097 | 04/20/2020 | 71 | 5,267.19 |
| Mulligan, Bryan | 05/08/2020 | INV-2000096 | 05/08/2020 | 53 | 1,000.00 |
| Patel, Mahesh | 01/17/2020 | 62449 | 01/17/2020 | 165 | 5,335.45 |
| Piedmont Healthcare TE | 04/27/2020 | INV-2000084 | 04/27/2020 | 64 | 3,170.00 |
| Principal Builders Group | 09/17/2019 | 62171 | 09/17/2019 | 287 | 2,894.91 |
| Principal Builders Group | 09/30/2019 | 62227 | 09/30/2019 | 274 | 0.09 |
| Rosenthal, Paul | 10/31/2017 | 59717 | 10/31/2017 | 973 | 12,871.69 |
| Rutledge Property | 02/23/2018 | 60283 | 02/23/2018 | 858 | 39,036.79 |
| Skanska USA Building, Inc. (paid) | 02/28/2019 | 61715 | 02/28/2019 | 488 | - |
| SMA America, LLC [c] | | QB | | 1,000 | 1,000.00 |
| Stern, Steve | 10/30/2019 | 62342 | 10/30/2019 | 244 | 5,466.00 |
| Terraform | 04/30/2020 | INV-2000091 | 04/30/2020 | 61 | 1,624.00 |
| Terraform | 2020-06-01 | INV-2000128 | 2020-06-01 | 29 | 1,624.00 |
| Terraform | 2020-06-01 | INV-2000130 | 2020-06-01 | 29 | 324.80 |
| Terraform | 2020-06-01 | INV-2000131 | 2020-06-01 | 29 | 1,624.00 |
| Terraform | 2020-06-02 | INV-2000133 | 2020-06-02 | 28 | 649.60 |
| Terraform | 2020-06-03 | INV-2000132 | 2020-06-03 | 27 | 1,624.00 |
| Terraform | 2020-06-03 | INV-2000129 | 2020-06-03 | 27 | 324.00 |
| Terraform | 2020-06-04 | INV-2000127 | 2020-06-04 | 26 | 1,624.00 |
| Terraform | 2020-06-04 | INV-2000126 | 2020-06-04 | 26 | 1,624.00 |
| Terraform | 2020-06-08 | INV-2000136 | 2020-06-08 | 22 | 300.00 |
| Terraform | 2020-06-08 | INV-2000134 | 2020-06-08 | 22 | 823.25 |
| Terraform | 2020-06-08 | INV-2000135 | 2020-06-08 | 22 | 888.00 |
| Terraform | 2020-06-09 | INV-2000137 | 2020-06-09 | 21 | 980.00 |
| Terraform | 2020-06-10 | INV-2000138 | 2020-06-10 | 20 | 965.00 |
| Terraform | 2020-06-10 | INV-2000139 | 2020-06-10 | 20 | 888.00 |
| Terraform | 2020-06-11 | INV-2000140 | 2020-06-11 | 19 | 869.50 |
| Terraform | 2020-06-23 | INV-2000141 | 2020-06-23 | 7 | 32,339.10 |
| Terraform | 2020-06-30 | INV-2000143 | 2020-06-30 | 0 | 42,878.20 |
| Terraform | 2020-06-30 | INV-2000142 | 2020-06-30 | 0 | 4,976.40 |
| | | | | | **294,161,74** |