

**IT IS ORDERED as set forth below:**

Date: October 30, 2020

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| HANNAH SOLAR, LLC, | ) | CASE NO. 19-57651-pmb |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING DISCLOSURE STATEMENT AND SETTING
DEADLINE FOR SUBMITTING BALLOTS AND OBJECTIONS TO DEBTOR'S
PLAN OF REORGANIZATION AND NOTICE OF CONFIRMATION HEARING**

Debtor, Hannah Solar LLC, (the "Debtor") filed a *Debtor's First Plan of Reorganization* on July 20, 2020 (the "Plan") [Docket No. 222] which Debtor subsequently amended [Docket Nos. 238, 243 and 248] (as amended, the "Plan"), and filed a *Disclosure Statement Concerning Debtor's First Plan of Reorganization* on July 20, 2020 [Docket No. 223], which Debtor subsequently amended [Docket Nos. 239, 244 and 249] (as amended, the "Disclosure Statement").

The Disclosure Statement came on for hearing on August 24, 2020 and again on September 14, 2020, at which time the Court announced that Debtor may make final revisions and file an amended Disclosure Statement for approval if no objections were filed within three (3) business days of filing. Debtor filed the Disclosure Statement, as amended, on October 23, 2020 [Docket No. 249]. Debtor subsequently filed a *Notice of Supplemental Revised Exhibit to Fourth Amended Plan of Reorganization* on October 28, 2020 [Docket No. 252] (the "Plan Budget") and a

*Notice of Supplemental Revised Exhibit to Disclosure Statement for Fourth Amended Plan of Reorganization* on October 28, 2020 [Docket No. 253] (the "<u>Disclosure Statement Budget</u>").  No objections have been filed to the Disclosure Statement, as amended, for which reason it is hereby

**ORDERED** that the Disclosure Statement, as amended, is **APPROVED**; and it is further

**ORDERED** that Debtor's counsel shall transmit to Debtor's twenty (20) largest unsecured creditors, equity security holders, other parties in interest who have requested notice in this case, all parties on the mailing matrix in this case, and the U.S. Trustee, within three (3) days of entry of this Order:  (a) the approved Disclosure Statement, together with the Disclosure Statement Budget, (b) the proposed Plan, together with the Plan Budget, (c) a Ballot for accepting or rejecting the Plan substantially conforming to Official Form B 314, and (d) a copy of this Order; and it is further

**ORDERED** that counsel for the Debtor is directed to file a Certificate of Service of the foregoing documents within three (3) days of their service; and it is further

**ORDERED** that **November 30, 2020** is fixed as the last day for holders of claims and interests to file written Ballots with acceptances or rejections of the Plan referred to above. All ballots must be filed with the Clerk of the United States Bankruptcy Court, Northern District of Georgia, Room 1340, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, by 4:00 p.m., or via the Court's Electronic Case Filing ("ECF") system, by 11:59 p.m. on the foregoing date; and it is further

**ORDERED** that Counsel for the Debtor shall file a Report of Balloting in accordance with BLR 3018-1, N.D. Ga.; and it is further

**ORDERED** that **November 30, 2020** is fixed as the last day for filing and serving written objections or briefs regarding confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020.  All objections must be in writing, indicate specifically the section(s) of the Plan to which they relate and the grounds for the objections, and must be filed with the Clerk of the United States Bankruptcy Court, Northern District of Georgia, Room 1340, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303, or via the Court's Electronic Case Filing ("ECF") system, by 4:00 p.m., or via the Court's ECF system, by 11:59 p.m. on the foregoing date, and shall be served on counsel for the Debtor.  *Objections not filed in writing setting forth the information required by this paragraph and served by the time and in the manner set forth herein may not be heard at the hearing*; and it is further

**ORDERED** that the date for the hearing on confirmation of the Plan, and a hearing for that purpose shall be held on **December 3, 2020 at 1:30 o'clock p.m. in Courtroom 1202**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, and may be adjourned and reconvened from time to time by announcement made in open Court without any further notice. **Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

PLEASE TAKE NOTICE that your rights may be affected by the Court's ruling on the Debtor's Plan. You should read the Plan, Disclosure Statement and any related or responsive pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. If you file a written response, you must attach a certificate of service stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk by the deadline set forth herein. You must also mail a copy of your response to the Debtor's counsel at the address stated below.

[END OF ORDER]

*Draft order submitted by:*

/s/ **Michael Robl**
Michael D. Robl
Georgia Bar No. 610905
ROBL LAW GROUP LLC
3754 Lavista Road, Suite 250
Tucker, Georgia 30084
(404) 373-5153 (telephone)
(404) 537-1761 (facsimile)
michael@roblgroup.com (e-mail)
**Counsel for Debtor**